UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorneys Jonathan R. Barr, Bar Number 437334, telephone number (202) 514-9620 and David C. Woll, Jr., Bar Number 452454, telephone number (202) 514-4250. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jonathan R. Barr
ASSISTANT UNITED STATES ATTORNEY
Bar No. 437334
555 4th Street, N.W., Room 5241
Washington, DC 20530
(202) 514-9620