## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  06-228 (ESH)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| **JEFFREY S. MILLS et al.** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is currently assigned to

Assistant United States Attorney Jonathan Barr.  This is a notice that Assistant United States

Attorney David C. Woll, Jr., Bar Number 452454, telephone number (202) 514-4250, is entering his

appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
David C. Woll, Jr.
ASSISTANT UNITED STATES ATTORNEY
Bar No. 452454
555 4th Street, N.W., Room 5919
Washington, DC 20530
(202) 514-4250