UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :        CRIMINAL NO.  06-228 (ESH)

          v.                      :

JEFFREY S. MILLS,                 :        **FILED**
RODERIC L. BOLING, AND
ANNA BOLING                       :        SEP 1 8 2006

          Defendants             :        NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT
                                  :

**O R D E R**

Having considered the parties' Joint Motion to Exclude Period of Delay from Speedy

Trial Act Computation of Time for Commencement of Trial and the representations contained

therein, and the record of the September 14, 2006 status hearing, this Court makes the following

findings:

1.    Pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii), due to the

      voluminous amount of discovery in this case, the anticipated length of trial, and

      the nature of the charges and prosecution, this is a complex and unusual case for

      which it is unreasonable to expect adequate preparation for trial within the time

      limits established by 18 U.S.C. § 3161 by counsel exercising due diligence.

2.    Pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv),

      because of the complexity of this case and the necessity for providing attorneys

      for the defendants the reasonable time necessary for effective preparation of their

      defense, the ends of justice will be served by delaying commencement of trial for

      an additional 41 days beyond the 70 day Speedy Trial Act time limit for

      commencement of trial, and the ends of justice outweigh the defendants' and the

      public's interests  in a more speedy trial date.

Accordingly, IT IS HEREBY ORDERED THAT the period of delay from September 14, 2006, through October 25, 2006, of 41 days shall be excluded from the computation of time under the Speedy Trial Act within which the trial of the offenses charged in the above captioned matter must commence.

September /8 2006,

_____
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE