UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |

**UNOPPOSED MOTION BY THE UNITED STATES TO EXTEND DEADLINE FOR MAKING DOCUMENTS AVAILABLE TO DEFENDANTS**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia moves to extend the deadline for making documents available to the defendants for inspection and copying by ten days.  Counsel for each defendant has represented that they do not oppose the government's motion.

On November 3, 2006, the Court held a status hearing in this matter.  At the status hearing the United States indicated that it intended to contact the SEC to make sure that a copy of all material documents collected in the parallel civil investigation concerning the defendants' conduct had been provided to the United States so that the United States could make those documents discoverable under Rule 16 available to the defendants for inspection and copying.  The Court ordered that the United States obtain and make those documents discoverable under Rule 16 available to the defendants within three weeks of the status hearing.  The deadline for making these documents available to the defendants falls on the day after Thanksgiving.  The SEC is diligently compiling the records obtained during its investigation for production to the United States, but has indicated that given the Thanksgiving holidays, it needs additional time to produce the records.  Counsel for the United States will not be in town on the day after Thanksgiving.  Accordingly, the United States

requests that the deadline for making these documents available to the defendants be extended by ten days.

Wherefore, the United States respectfully requests that is unopposed motion to extend the deadline for making documents available to the defendants for inspection and copying be extended by ten days.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        United States Attorney

                        _____
                        Jonathan R. Barr
                        ASSISTANT UNITED STATES ATTORNEY
                        Bar No. 437334
                        555 4th Street, N.W., Room 5241
                        Washington, DC 20530
                        (202) 514-9620