UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS, RODERIC L. BOLING, AND ANNA BOLING | : | |
| Defendants | : | |

## ORDER

Having considered the Unopposed Motion of the United States to Extend the Deadline for Making Documents Available to the Defendants for Ten Days,

IT IS HEREBY ORDERED THAT, the motion is GRANTED, and

IT IS FURTHER ORDERED THAT, the deadline for making documents available to the defendants for inspection and copying is extended 10 days to December 8, 2006.

November 17, 2006,

Ellen S. Huvelle
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE