UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-228-01(ESH/JMF) |
| ) | |
| v. ) | |
| ) | |
| JEFFREY MILLS ) | |

**DEFENDANT'S RESPONSE TO MAGISTRATE JUDGE'S ORDER**
**REGARDING APPOINTMENT OF COUNSEL**

Jeffrey Scott Mills, through undersigned counsel respectfully submits the following response to the Magistrate Judge's November 27, 2006 regarding his eligibility for appointment of counsel pursuant to the Criminal Justice Act.

1.  On August 22, 2006, Mr. Jeffrey Scott Mills, appeared before Magistrate Judge Alan Kay for his initial appearance. Because of uncertainty regarding Mr. Mills interest and/or financial ability to retain counsel, undersigned counsel was appointed on an interim basis. In the event that Mr. Mills was unable to retain counsel, undersigned counsel was instructed to have Mr. Mills submit a financial affidavit.

2.  On September 15, 2006, Mr. Mills faxed a completed financial affidavit by to the Office of the Federal Public Defender. The financial affidavit was provided to Ms. Erica Freeman, the Criminal Justice Act Panel Coordinator for her review and records. Ms. Freeman then submitted Mr. Mills' affidavit to Magistrate Judge John M. Facciola. On September 20, 2006, Mr. Mills was approved for appointment of counsel.

3.  On September 27, 2006, Magistrate Judge Facciola issued a Memorandum Order in reference to Defendants Roderick Boling, Crim. No. 06-228-02(ESH/JMF )and Ana Boling,

Crim. No. 06-228-03(ESH/JMF).  The Memorandum specifically addresses the financial affidavits submitted by Mr. Roderick Boling and Ms. Ana Boling.  The Memorandum identifies the Bolings financial circumstances including income, pending bankruptcy proceedings, child care costs and equity in property as the basis for denying appointment of counsel based on indigence.

4. The September 27, 2006 Memorandum Order does not address anywhere Mr. Mills nor does it order undersigned counsel to supplement Mr. Mill's financial affidavit.  Accordingly, undersigned counsel was never under the belief that he was ordered to provide any additional information on behalf of Mr. Mills.

Wherefore, undersigned counsel submits that Mr. Mills has been previously and properly approved for appointment of counsel pursuant to the Criminal Justice Act.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500