UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Cr. No. 06-228-01 (ESH/JMF)

JEFFREY MILLS,

Defendant

FILED

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REPORT AND RECOMMENDATION

This defendant has previously established to my satisfaction that he is indigent and I therefore recommend that his representation by the Federal Public Defender continue until the conclusion of this case.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

December 14, 2006