UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 06-228(ESH) |
| v. | ) ) ) |  |
| JEFFREY MILLS ET AL | ) ) ) |  |

**MOTION TO WAIVE DEFENDANTS
APPEARANCE FOR THE JANUARY 26TH STATUS CONFERENCE**

Defendant, Jeffrey Mills, through counsel, respectfully moves the Court to waive his appearance for the Status Conference that is scheduled for Friday, January 26th at 10:00 a.m.[1]

As grounds for this motion, counsel for Mr. Mills states:

1.  Mr. Mills is before the Court charged in a nine count indictment with conspiracy, aiding and abetting and fraud related offenses. The parties last appeared before the Court on November 3, 2006 for a Status Conference. On that date the Court scheduled trial for April 30, 2007 and an interim Status Conference for January 26, 2007.

2.  Undersigned counsel has been informed by Mr. Jonathan Barr, the Assistant United States Attorney, that the scheduled trial date conflicts with the leave arrangements of a critical government witness. It is counsel's understanding that the government will be moving to rescheduled the trial date.

---

[1] Counsel for defendant Roderic Boling, Thomas Abbenante, has indicated that he joins the instant Motion to waive Mr. Boling's appearance on January 27, 2006. Likewise, Counsel for Anna Boling, Joanne Roney Hepworth, left a voicemail indicating her request to join the motion to waive Ms. Boling's appearance for the scheduled Status Conference.

1

3.     Undersigned counsel is requesting that the Court waive Mr. Mills' appearance for the January 26, 2007 Status Conference. The reasons for this exceptional request are account of Mr. Mills residence in Longwood, Florida and the expenses associated with the air fare to travel to the District of Columbia. Mr. Mills has informed undersigned counsel that he can participate in the Status Conference by speaker phone in the selection of a new trial date and can respond and concede to any waiver under the Speedy Trial Act.

4.     Undersigned counsel has spoken with Assistant United Sates Attorney Jonathan Barr regarding the Motion to Waive the Defendants appearance and he opposes the request.

Wherefore, Mr. Mills respectfully moves the Court to waive his appearance for the Status Conference scheduled for January 26, 2007

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500