UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 06-228(ESH) |
| v. | ) ) ) | |
| JEFFREY MILLS ET AL | ) ) ) | |

### ORDER

Upon consideration of the Defendant's Motion To Waive His Appearance for the January 27, 2007 Status Conference it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that Jeffrey Mills, Anna Boling, and Roderic Boling are excused from appearing before the Court for the January 26, 2007 Status Conference.

**SO ORDERED.**

_____
DATE

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2601

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Jonathan R. Barr
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 2053