UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS,<br>RODERIC L. BOLING, AND<br>ANNA BOLING | : | |
| Defendants | : | |

**O R D E R**

Having considered defendants' Motion to Waive Defendants' Appearance for the January 26th Status Conference, and the Government's Opposition thereto,

IT IS HEREBY ORDERED THAT defendants' Motion to Waive Defendants' Appearance for the January 26th Status Conference be **DENIED.**

January ____, 2007,

_____
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE