FILED
JAN 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06 CR 0228 (ESH) |
| Jeffrey S. Mills, et al. ) | |
| Defendant. ) | |

## ORDER

In this case, defendants ~~was~~ were initially detained/indicted on __7/27/06__, ~~and therefore, under~~ The ~~the~~ Speedy Trial Act, 18 U.S.C. Section 3161, et seq., ~~defendant must~~ has been tolled until April 30, 2008. brought to trial on or before __April 30, 2008__, unless either side moves to exclude time ~~pursuant to 18 U.S.C. Section 3161(h).~~

Upon consideration of the status hearing held on __1/24/0~~8~~7__, it is

ORDERED that all motions, including any Federal Evidence Rule 404(b) Notice, shall be filed by no later than __February 23__; responses to the motions shall be filed by no later than __March 16__; and replies shall be filed by no later than _____; and it is

FURTHER ORDERED that a motion/status hearing is scheduled for __April 10__, at __2:00__ p.m.; trial is scheduled for __April 30__ at __9:30__ a.m. before the undersigned Judge; and it is

Any special voir dire will be filed by April 6.

**FURTHER ORDERED** that in the event that defense counsel files no motions, it is the government's burden to bring this to the attention of the courtroom deputy, or Judge Huvelle's chambers, so that further proceedings, including an alternate trial date, as appropriate, may be scheduled. *See United States v. Wright*, 6 F.3d 811, 815 (D.C. Cir. 1993).

DATE: 1/26/07

ELLEN SEGAL HUVELLE
United States District Judge