UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | Crim. No. 06-228-01(ESH) |
| v. | ) ) ) | |
| **JEFFREY SCOTT MILLS** | ) ) ) | |

**ORDER**

Upon consideration of the Defendant's Motion To Sever his case and trial from co-defendants Ana Boling and Roderic Boling it is hereby

ORDERED that defendant's motion is granted; and it is

FURTHER ORDERED that the defendant Jeffrey S. Mills will proceed to trial alone.

**SO ORDERED.**

_____                                                     _____
DATE                                                                          ELLEN S. HUVELLE
                                                                                       UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2601

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Jonathan R. Barr,
Tejpal Singh Chawla
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 2053