UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Crim. No. 06-228-01(ESH) |
| v. | ) ) ) |  |
| JEFFREY SCOTT MILLS | ) ) ) |  |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE PRE-TRIAL MOTIONS**

Defendant Jeffrey Scott Mills, through undersigned counsel respectfully moves the Court to Extend the Time to File Pre-Trial Motions.

In support of the Motion undersigned counsel states;

1.  Mr. Mills is before the Court charged in a multi-count indictment with Conspiracy, Wire Fraud, Attempted Wire Fraud, Securities Fraud and Aiding and Abetting. On January 26, 2007 the parties appeared before the Court for a Status Conference. During the hearing the Court scheduled the trial date and the deadline for the submission of pre-trial motions.

2.  Undersigned counsel has been informed by Mr. Mills that he has retained attorney Robert Switzer to represent him in his criminal matter before the Court. Undersigned counsel spoke to Mr. Mills and Mr. Switzer on Thursday, February 22, 2007. Mr. Switzer has been apprised of the scheduled trial date and of today's filing deadline. Mr. Switzer asked undersigned counsel to move for an extension of the filing deadline. Because of the sheer volume of discovery Mr. Switzer will need additional time to review the discovery and decide

what, if any, motions need to be filed on behalf of Mr. Mills.

3. Additionally, undersigned counsel, will join and adopt on behalf of Mr. Mills, Mr. Roderic Boling's Motion for an Extension of Time to File pre-trial Motions.

Wherefore, undersigned counsel, request that the Court grant Mr. Mills an additional period of thirty (30) days in which to submit his pre-trial motions.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500