UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 06-228 (ESH) |
| : | |
| v. : | |
| : | |
| **JEFFREY S. MILLS** : | |
| **RODERIC L. BOLING; AND** : | |
| **ANNA BOLING,** : | |
| : | |
| **Defendants.** : | |

## ORDER

After having considered the United States' Motion *in Limine* to Introduce Inextricably Intertwined Evidence, and Evidence of Other Acts Pursuant to Fed. R. Evid. 404(b), Oppositions filed by the defendants,, and the entire record in this matter, it is hereby ORDERED that the United States' motion is GRANTED.

**SO ORDERED** this _____ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
  AUSA Tejpal Chawla
  AUSA Jonathan R. Barr
  Thomas Abbenante
  Carlos J. Vanegas
  Joann Roney Hepworth