UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

After having considered the Government's Motion to Introduce Evidence of Roderic L. Boling's Prior Convictions on Cross Examination, and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED and that all of Roderic Boling's previous convictions are admissible under FRE 609 should the defendant Roderic Boling testify.

**SO ORDERED** this _____ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
  AUSA Tejpal Chawla
  AUSA Jonathan R. Barr
  Thomas Abbenante
  Carlos J. Vanegas
  Joann Roney Hepworth