UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v.                                                      )<br>JEFFREY SCOTT MILLS              ) | Crim. No. 06-228-01(ESH) |

FILED

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Defendant's Motion for Extension of Time to File Pre-Trial Motions it is hereby

ORDERED that defendant's motion is granted; and it is *in part. Defendant shall have until March 10 to file motions*

SO ORDERED.

2/23/07
DATE

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2601

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Jonathan R. Barr, Tejpal Singh Chawla
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 2053