NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:06-CR-00228-ESH-1

**Jeffrey S. Mills**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Solomon L. Wisenberg DC Bar #464867
(Attorney & Bar ID Number)

WISENBERG & WISENBERG PLLC
(Firm Name)

1711 N Street NW; 2nd Floor
(Street Address)

Washington     DC     20036
(City)        (State)   (Zip)

(202) 261-3649
(Telephone Number)