UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| JEFFREY S. MILLS, : | Case No. 1:06-CR-00228-ESH-1 |
| RODERIC L. BOLING, AND : | |
| ANNA BOLING, : | |
| Defendants : | |

---

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

**TO THE HONORABLE JUDGE ELLEN S. HUVELLE, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC:**

COMES NOW Robert O. Switzer, Attorney, and moves this Honorable Court for leave to appear Pro Hac Vice in the above styled and numbered cause, and as grounds therefore would respectfully show the Court the following:

I

On July 27, 2006, the United States charged Jeffrey S. Mills in a multi-count indictment charging Conspiracy, Wire Fraud, Attempted Wire Fraud, and Aiding and Abetting in violation of 18 U.S.C. 2; 78; 371, 1343, 1349.

II

Robert O. Switzer, attorney for defendant, Jeffrey S. Mills, makes this his motion to Appear Pro Hac Vice in all aspects of the criminal case filed against him. Robert O. Switzer is licensed to practice law in the State of Texas, his bar ID number is 19590300, admitted 11/8/1985. Mr Switzer is admitted to the following bars:

*United States District Court, Western District of Texas, 1988;*

*United States Court of Appeals, Fifth Circuit, 1988;*

*United States District Court, Eastern District of Michigan, 1993;*

*United States Court of Appeals, Sixth Circuit, 1994;*

*United States District Court, Northern District of Texas, 1999;*

*United States District Court, Southern District of Texas, 2003;*

*Supreme Court of the United States of America, 2003;*

Mr. Switzer is a member in good standing in all bars in which he is admitted

III

Robert O. Switzer has read the United States District Court Rules for the District of Columbia. He is familiar with those rules, Titles 8, 21 and 28 of the United States Code, the Federal Rules of Evidence and the Federal Rules of Criminal Procedure and the United States Sentencing Guidelines, and agrees to be bound by those rules if admitted pro hac vice to represent Defendant, Jeffrey S. Mills, in the federal criminal judicial proceeding against him.

IV

Pursuant to Local Criminal Rule 44.1(d), the required declaration, signed by Mr. Robert O. Switzer, is attached as Exhibit "A."

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, it is respectfully prayed that this Honorable Court will allow Robert O. Switzer to be admitted *pro hac vice* for the purpose of representing Defendant, Jeffrey S. Mills, in all proceedings in the federal criminal case filed against him..

2

Respectfully submitted

ROBERT O. SWITZER
State Bar No. 19590300
111 Soledad St, Suite 1200
San Antonio, TX 78205
(210) 299-1053 Telephone
(210) 299-1482 Facsimile

Solomon L. Wisenberg
DC Bar #464867
1711 N. Street NW, 2nd Floor
Washington, DC 20036
(202) 261-3649



## CERTIFICATE OF SERVICE

I, Robert O. Switzer, do hereby certify that on this the _28_ day of February 2007, a true and correct copy of this Motion to Appear Pro Hac Vice was sent via first class mail to US Attorney's Office, Judiciary Center Building, 555 Fourth Street, NW, Room 5919, Washington, DC 20530

                                                    ROBERT O. SWITZER
                                                    Attorney for Defendant
                                                    Jeffrey S. Mills

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------

UNITED STATES OF AMERICA          :

    v.                                                      :

JEFFREY S. MILLS,                          :
RODERIC L. BOLING, AND          :     Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                               :
                                                   :
                Defendants      :
                                                 :

------------------------------------------------

## ORDER

Upon consideration of the Motion to Admit Pro Hac Vice, Robert O. Switzer, as counsel for defendant Jeffrey S. Mills, the lack of objection thereto, and the entire record herein,

It is this _____ day of _____ 2007,

**ORDERED** that Robert O. Switzer, is permitted to appear pro hac vice as counsel in this case.

                                                        **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| JEFFREY S. MILLS, : | Case No. 1:06-CR-00228-ESH-1 |
| RODERIC L. BOLING, AND : | |
| ANNA BOLING, : | |
| Defendants : | |

---

## DECLARATION ON
## MOTION TO APPEAR PRO HAC VICE
[Local Criminal Rule 44.1(d)]

TO THE HONORABLE JUDGE ELLEN S. HUVELLE, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC:

COMES NOW Robert O. Switzer, Attorney, and in support of his Motion to appear Pro Hac Vice on behalf of Mr. Jeffrey S. Mills, in the above styled and numbered cause, would respectfully show the Court the following:

1. My name is Robert O. Switzer.

2. My office address and telephone number is:
   111 Soledad, Suite 1200
   San Antonio, Texas 78205
   (210) 299-1053

3. I am admitted to the following bars:

   *State Bar of Texas, 1985; State Bar No. 19590300*
   *United States District Court, Western District of Texas, 1988;*
   *United States Court of Appeals, Fifth Circuit, 1988;*
   *United States District Court, Eastern District of Michigan, 1993;*
   *United States Court of Appeals, Sixth Circuit, 1994;*
   *United States District Court, Northern District of Texas, 1999;*
   *United States District Court, Southern District of Texas, 2003;*

*Supreme Court of the United States of America, 2003.*

4. I am in good standing in all bars in which I am a member. A certificate of good standing in the Western District of Texas is attached to this Declaration as Exhibit "B." I am "AV" rated by Martindale-Hubbell; and am on the A+ Criminal panel in the Western District of Texas (qualified for appointment to any and all Federal criminal cases including those designated as complex cases).

5. I have never been disciplined by any bar.

6. I have never been admitted *pro hac vice* in this court.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

8. I have read the United Stares District Court Rules for the District of Columbia. I am familiar with those rules, Titles 18, 21 and 28 of the United States Code, the Federal Rules of Evidence and the Federal Rules of Criminal Procedure, and the United States Sentencing Guidelines, and agree to be bound by those rules if admitted pro hac vice to represent Defendant, Jeffrey S. Mills, in the federal criminal judicial proceeding against him.


*Supreme Court of the United States of America, 2003.*

4. I am in good standing in all bars in which I am a member. A certificate of good standing in the Western District of Texas is attached to this Declaration as Exhibit "B." I am "AV" rated by Martindale-Hubbell; and am on the A+ Criminal panel in the Western District of Texas (qualified for appointment to any and all Federal criminal cases including those designated as complex cases).

5. I have never been disciplined by any bar.

6. I have never been admitted *pro hac vice* in this court.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

8. I have read the United Stares District Court Rules for the District of Columbia. I am familiar with those rules, Titles 18, 21 and 28 of the United States Code, the Federal Rules of Evidence and the Federal Rules of Criminal Procedure, and the United States Sentencing Guidelines, and agree to be bound by those rules if admitted pro hac vice to represent Defendant, Jeffrey S. Mills, in the federal criminal judicial proceeding against him.

Dated:      February 27, 2007
            San Antonio, Texas

                                        /s/ Robert O. Switzer
                                        _____
                                        ROBERT O. SWITZER
                                        State Bar No. 19590300
                                        111 Soledad St, Suite 1200
                                        San Antonio, TX 78205
                                        (210) 299-1053 Telephone
                                        (210) 299-1482 Facsimile

3

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
WESTERN DISTRICT OF TEXAS } ss.

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY

That **Robert Otto Switzer**, Texas State Bar Number 19590300, was duly admitted to practice in said Court on **October 11, 1988**, and is in good standing as a member of the bar of said Court.

DATED at San Antonio, Texas  
on February 22, 2007



WILLIAM G. PUTNICKI, CLERK

By: _____  
Mary Jane Moczygemba  
Attorney Admissions Deputy Clerk  
Western District of Texas