**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------
```

UNITED STATES OF AMERICA    :

    **v.**    :

JEFFREY S. MILLS,    :
RODERIC L. BOLING, AND    :    Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,    :

            **Defendants**    :

```
-------------------------------------------
```

FILED

MAR 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Motion to Admit Pro Hac Vice, Robert O. Switzer, as counsel

for defendant Jeffrey S. Mills, the lack of objection thereto, and the entire record herein,

It is this ___1___ day of __March__ 2007,

**ORDERED** that Robert O. Switzer, is permitted to appear pro hac vice as counsel in this

case. on the condition that he be ~~available~~ prepared for trial commencing on April 30, 2007. No continuances will be granted

_E/L  S Huck_

**UNITED STATES DISTRICT JUDGE**