IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

------------------------------------------
**UNITED STATES OF AMERICA**     :
    **v.**                                                     :
**JEFFREY S. MILLS,**                        :
**RODERIC L. BOLING, AND**          :      Case No. 1:06-CR-00228-ESH-1
**ANNA BOLING,**                             :
                                                              :
    **Defendants**                            :
                                                              :
------------------------------------------

REQUEST BY COUNSEL TO EXAMINE
PROSPECTIVE JURORS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.:

    Now comes the defendant, JEFFREY S. MILLS, who by and through his undersigned Counsel pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and requests that this Honorable Court allow Counsel for defendant to conduct the examination of prospective jurors or in the alternative to supplement the Court's examination of prospective jurors.

                                     Respectfully submitted:

                                     /S/_____
                                     ROBERT O. SWITZER
                                     State Bar No. 19590300
                                     111 Soledad St, Suite 1200
                                     San Antonio, TX  78205-3192
                                     (210) 299-1053 Telephone
                                     (210) 299-1482 Facsimile
                                     Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request has been mailed to the United States Attorney's Office, 555 Fourth Street, NW, Room 5919, Washington, DC 20530 on this the 9th day of March 2007

/S/_____
ROBERT O. SWITZER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

-------------------------------------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | |
| **JEFFREY S. MILLS,** | : | |
| **RODERIC L. BOLING, AND** | : | Case No. 1:06-CR-00228-ESH-1 |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

ORDER

On this date came on to be consideration Request By Counsel To Examine Prospective Jurors

(GRANTED)   (DENIED).

IT IS HEREBY ORDERED THAT _____

_____

\_\_\_\_

SIGNED and ENTERED this _____ day of _____, 2007.


_____
U.S. DISTRICT JUDGE