"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

------------------------------------------
| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| **JEFFREY S. MILLS,** | : |
| **RODERIC L. BOLING, AND** | :    Case No. 1:06-CR-00228-ESH-1 |
| **ANNA BOLING,** | : |
| | : |
| **Defendants** | : |
| | : |

------------------------------------------

MOTION TO ADOPT CERTAIN MOTIONS FILED BY CO-DEFENDANTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR DISTRICT OF COLUMBIA, WASHINGTON DC:

Now comes the defendant, JEFFREY S. MILLS by and through undersigned counsel, and respectfully moves for a leave to adopt certain motions filed by the co-defendants, and in support thereof, would respectfully show the following:.

Some of the pre-trial issues as to the Co-defendant's may overlap.  As Co-defendant's counsel have had more time to review the discovery (or may simply be more clever), Defendant wishes to adopt such motions as they pertain to Defendant Jeffrey S. Mills.

          Respectfully submitted:

          /S/_____
          ROBERT O. SWITZER
          State Bar No. 19590300
          111 Soledad St, Suite 1200
          San Antonio, TX  78205-3192
          (210) 299-1053 Telephone
          (210) 299-1482 Facsimile
          Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Adopt Motions Filed by Co-Defendant has been delivered to the United States Attorney's Office, 555 Fourth Street, NW, Room 5919, Washington, DC  20530, on this the 9th day of March 2007.


/S/ _____

ROBERT O. SWITZER