```
-------------------------------------------
UNITED STATES OF AMERICA            :
        v.                          :
JEFFREY S. MILLS,                   :
RODERIC L. BOLING, AND              :          Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                        :
                                    :
            Defendants              :
-------------------------------------------  :
```

MOTION FOR DISCOVERY OF WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR DISTRICT OF
COLUMBIA, WASHINGTON DC:

Now comes the defendant, JEFFREY S. MILLS, in the above styled and numbered cause, and

moves that this Honorable Court order the Government to disclose its witness list to defendant in

advance of trial, and, in support thereof, shows the following:

I.

Counsel must have the names and locations of the Government's witnesses in order that he

can interview them prior to trial, and otherwise properly investigate the case, and thereby render

effective assistance to defendant.

II.

Defendant will not intimate, harass, threaten or harm the witnesses should their identity be

disclosed to him.  To counsel's knowledge, the Government has not sought a protective order

pursuant to Fed. R. Crim. Proc. 16(d)(1).

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Court order the

Government to disclose to his counsel at least thirty days (30) days in advance of trial, the names

and addresses of each person it intends to call at the trial of this cause.

Respectfully submitted:

/S./_____

ROBERT O. SWITZER
State Bar No. 19590300
111 Soledad St, Suite 1200
San Antonio, TX  78205-3192
(210) 299-1053 Telephone
(210) 299-1482 Facsimile
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Discovery of Witness

List has been mailed to the United States Attorney's Office, 555 Fourth Street, NW, Room 5919,

Washington, DC  20530 on this the 9th day of March 2007.

/S/_____

ROBERT O. SWITZER

------------------------------------------

UNITED STATES OF AMERICA            :

    v.                                  :

JEFFREY S. MILLS,                       :
RODERIC L. BOLING, AND          :       Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                            :
                                               :
         Defendants    :
                                               :
------------------------------------------

ORDER


On this date came on to be considered Defendant's Motion for Discovery of Witness List

and said Motion is hereby

(GRANTED)   (DENIED).

ENTERED this _____ day of _____, 2007.


                              _____
                              U.S. DISTRICT JUDGE