```
-------------------------------------------
UNITED STATES OF AMERICA          :
     v.                           :
JEFFREY S. MILLS,                 :
RODERIC L. BOLING, AND            :    Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                      :
                                  :
           Defendants             :
                                  :
-------------------------------------------
```

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR DISCOVERY OF WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR DISTRICT OF COLUMBIA, WASHINGTON DC:

Although Rule 16 of the Federal Rules of Criminal Procedure does not compel disclosure of the names and addresses of government witnesses, the trial court clearly has discretion to do so. *E.g., United States v. Chaplinski*, 579 F.2d 373 (5th Cir.), *cert. denied*, 439 U.S. 1050 (1978). Factual investigation is the first and most basic element of rendering effective assistance of counsel. *See Powell v. Alabama*, 287 U.S. 45 (1932). In cases too numerous to cite, the Fifth Circuit Court of Appeals has held that counsel has a duty in every case to investigate the facts of the case and to interview witnesses independently, avoiding wholesale reliance on the prosecution's version of the case. Counsel respectfully contends that he will be unable to render effective assistance of counsel unless the names and addresses of the Government's witnesses are disclosed to him in advance of trial in order that he may interview them as is required by the Sixth Amendment to the United States Constitution. Additionally, refusal of the Government to disclose the identity and location of its witnesses prior to trial will deny defendant his right to due process and equal protection of law, guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

Respectfully submitted:

/S/_____
ROBERT O. SWITZER
State Bar No. 19590300
111 Soledad St, Suite 1200
San Antonio, TX  78205-3192
(210) 299-1053 Telephone
(210) 299-1482 Facsimile
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum of Law in Support of Motion for Discovery of Witness List has been mailed to the United States Attorney's Office, 555 Fourth Street, NW, Room 5919, Washington, DC  20530 on this the 9th day of March 2007.

/S/_____
ROBERT O. SWITZER

```
-------------------------------------------
UNITED STATES OF AMERICA          :
     v.                           :
JEFFREY S. MILLS,                 :
RODERIC L. BOLING, AND            :      Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                      :
                                  :
          Defendants              :
                                  :
-------------------------------------------
```

ORDER

On this date came on to be considered Defendant's Memorandum of Law in Support of Motion for for Discovery of Witness List and said Motion is hereby

(GRANTED)   (DENIED).

ENTERED this \_\_\_\_\_ day of _____, 2007.

_____

U.S. DISTRICT JUDGE