```
-------------------------------------------
UNITED STATES OF AMERICA          :
     v.                           :
JEFFREY S. MILLS,                 :
RODERIC L. BOLING, AND            :       Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                      :
                                  :
          Defendants              :
                                  :
-------------------------------------------
```

<u>MOTION FOR ORDERING OF GOVERNMENT'S PROOF OR
FOR SEPARATE HEARING TO DETERMINE EXISTENCE
OF CONSPIRACY FOR INVOCATION OF RULE
801(d)(2)(E),FED. R. CRIM. PROC., WITH AUTHORITIES
(RULE 104, F.R.EV. HEARING)</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR DISTRICT OF COLUMBIA, WASHINGTON DC:

Now comes the defendant, JEFFREY S. MILLS who by and through has Counsel of Record and pursuant to Rule 104(a), F.R.Ev., moves that this Honorable Court to direct the Government to "order their proof" or to conduct a separate hearing to determine the admissibility of any co-conspirator's statements which the Government intends to introduce under the "co-conspirator's exception" to the Hearsay Rule [Rule 801(d) 2(E), Fed. R. Crim. Proc.] and that by ordering their proof the Government should lay the proper predicate or in the alternative at said hearing, out of the presence and hearing of the jury, the Government should above the burden of establishing by competent credible evidence, independent of any hearsay declarations sought to be admitted under Rule 802(d)(2)(E), F.R.cr.P., the following beyond a reasonable doubt:

    1.    That a conspiracy in fact existed,

    2.    That this defendant voluntarily joined said conspiracy, and

    3.    That said statement sought to be admitted were, at the time they were made, in fact

made "during the course" and "in furtherance of" the conspiracy.

Accordingly, this Honorable Court should require the Government to satisfy this Court of the existence of the conspiracy and defendant's participation therein, and that the statements were in fact made "during the course" and "in furtherance" of that conspiracy at the time they were made beyond a reasonable doubt before admitting any such statements of co-conspirators pursuant to Rule 801(d)(2)(E), Fed. R. Crim. Proc., before the jury and the government, its Counsel and its witnesses, should be instructed to refrain from eliciting, volunteering or referring to any such hearsay statements until the Court makes such a determination or such hearing is conducted of the presence of the jury and this Court has had an opportunity to rule on same.

WHEREFORE, the defendant respectfully prays that this Honorable Court conduct a hearing outside the presence of the jury pursuant to Rule 104(a) and (c), F.R.Ev., to determine whether a conspiracy actually existed and this defendant was a willing participant and that the statements were in fact made "during the course" and "in furtherance" of that conspiracy, before admitting any statements of co-conspirators pursuant to Rule 801(d)(2)(E), Fed. R. Crim. Proc., before the jury.

Respectfully submitted:

/S/
ROBERT O. SWITZER
State Bar No. 19590300
111 Soledad St, Suite 1200
San Antonio, TX  78205-3192
(210) 299-1053 Telephone
(210) 299-1482 Facsimile
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion for Ordering of Government's Proof or for Separate Hearing for to Determine Existence of Conspiracy for Invocation of Rule 801(d)(2)(E), Fed. R. Crim. Proc., with Authorities (Rule 104, F.R.Ev. Hearing) has been mailed to the United States Attorney's Office, 555 Fourth Street, NW, Room 5919, Washington, DC  20530 on this the 9th day of March 2007.

/S/_____
ROBERT O. SWITZER

```
-------------------------------------------
UNITED STATES OF AMERICA          :
     v.                           :
JEFFREY S. MILLS,                 :
RODERIC L. BOLING, AND            :     Case No. 1:06-CR-00228-ESH-1
ANNA BOLING,                      :
                                  :
          Defendants              :
                                  :
-------------------------------------------
```

ORDER

On this date came on to be considered Defendant's Motion for Ordering of Government's Proof or for Separate Hearing to Determine Existence of Conspiracy for Invocation of Rule 801(d)(2)(E), Fed. R. Crim. Proc., With Authorities and said Motion is hereby

(GRANTED)   (DENIED).

ENTERED this _____ day of _____, 2007

_____

U.S. DISTRICT JUDGE