UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |

**UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FILED BY THE DEFENDANTS, AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, moves for an extension of time to March 26, 2007, to respond to motions filed by the defendants. Counsel for each defendant has been contacted, and all counsel for the defendants consent to the granting of this motion. Additionally, an extension of time should not effect the currently scheduled trial date.

On July 27, 2006, a Grand Jury, sitting in the District of Columbia, returned a nine count indictment charging defendants Jeffrey S. Mills, Roderic L. Boling, and Anna Boling with one count of conspiracy to commit wire fraud and securities fraud, one count of securities fraud, and seven counts of wire fraud. On January 26, 2007, the Court held a status hearing and ordered that all legal motions be filed February 23, 2007, and that responses be filed by March 16, 2007. On February 22, 2007, the defendants filed certain motions, and defendants Roderic Boling and Jeffrey S. Mills moved for an extension of time to file additional motions. On February 23, 2007, the Court granted defendants Roderic L. Boling and Jeffrey S. Mills an extension of time to March 10, 2007, to file additional motions. At that time, the Court did not make any adjustment to the Government's March 16, 2007 deadline for responding to motions filed by the defendants. On Sunday, March 11, 2007,

defendant Anna Boling filed a Motion to Exclude Audio Recording Evidence. On the evening of March 12, 2007, the United States received initial notice via ECF that defendant Jeffrey S. Mills had filed at least eight motions, apparently in paper filings with the Court.[1] These motions include among others, a second motion to sever, a motion for a bill of particulars, a motion for ordering government's proof or for a separate hearing to determine the existence of conspiracy, a motion to prohibit prior jury service in similar cases, a motion in limine (other crimes, uncharged conduct), a motion for discovery of witness list, a motion to disclose electronic or other surveillance, and a motion to adopt certain motions of Co-defendants. The United States did not receive a copy of these motions or notice that the motions would be filed until the evening of March 12, 2007.

The United States intends to file a response to the defendants' motions to sever very shortly, but needs additional time to respond to the defendants' other motions. Clearly, the United States should be given more than four business days to respond to the numerous motions filed by defendants. Accordingly, the United States respectfully requests that its motion for an extension of

---

[1] The United States has requested that Counsel for Defendant Mills fax, email or Federal Express filings to Counsel for the United States in the future rather than relying only upon service by U.S. Mail. As the Court is aware, because of the prior anthrax attacks in Washington, D.C., the Department of Justice's mail is irradiated which causes a significant time delay in the delivery of mail to the Department of Justice and the U.S. Attorney's Office for the District of Columbia. Counsel for defendant Mills has agreed in the future to provide service by fax, email or Federal Express rather than relying upon service by mail of Court filings.

time to March 26, 2007 to respond to defendants motions be granted.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    United States Attorney

                    _____
                    Jonathan R. Barr
                    Bar No. 437334
                    Tejpal S. Chawla
                    Bar No. 464012
                    Assistant United States Attorneys
                    555 4th Street, N.W., Room 5241
                    Washington, DC 20530
                    (202) 514-9620