UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |
| | : | |

**O R D E R**

Having considered the Unopposed Motion by the United States for an Extension of Time to

March 26, 2007 to Respond to Motions Filed by the Defendants,

IT IS HEREBY ORDERED THAT the Unopposed Motion by the United States for an

Extension of Time to March 26, 2007 to Respond to Motions Filed by the Defendants be

GRANTED, and that the United States has until March 26, 2007 to respond to the motions filed by

the defendants.

March _____ 2007,

_____
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE