For the reasons stated herein, the government requests the court deny defendant Mills' and Boling's in limine motions.

                                               Respectfully submitted,

                                               JEFFREY A. TAYLOR
                                               United States Attorney
                                               for the District of Columbia

                      By:         _____/s/_____
                                               TEJPAL S. CHAWLA
                                               D.C. Bar No. 464012
                                               Jonathan R. Barr
                                               D.C. Bar No. 437334
                                               Assistant U.S. Attorneys
                                               555 4th Street, N.W.
                                               Washington, D.C.  20530
                                               (202) 353-2442 (Chawla)
                                               (202) 514-9620 (Barr)

                                    CERTIFICATE OF SERVICE

     I hereby CERTIFY that a copy of the foregoing opposition has been sent by ECF filing to counsel for the defendants:

     Robert O. Switzer, Esq. (defendant Jeffrey Mills)
     Soloman Wisenberg, Esq. (defendant Jeffrey Mills)
     Thomas Abbenante, Esq. (defendant Roderic Boling)
     Joann Roney Hepworth, Esq.. (defendant Anna Boling)

this 26th day of March, 2007.

                                               _____/s/_____
                                               Tejpal S. Chawla
                                               ASSISTANT UNITED STATES ATTORNEY