UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANNA BOLING | : | |
| RODERIC L. BOLING, and | : | |
| JEFFREY S. MILLS | : | |
| Defendants. | : | |

**ORDER**

This matter comes before the Court upon defendants' various motions to sever (#34, #37, #41 and #56) and the government's Omnibus Opposition. The Court is persuaded by the arguments made by the government. Accordingly, it is this _____ day of _____ , 2007

ORDERED that all defendants' motions to sever are denied.

                                          _____
                                          The Honorable Ellen Segal Huvelle
                                          UNITED STATES DISTRICT JUDGE

copies:

Jonathan Barr
Tejpal S. Chawla
Assistant United States Attorneys
Fraud and Public Corruption Section

For Anna Boling
Joanne Hepworth, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.