**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 06-228 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

After having considered the Government's Motion in *Limine* to Strike Potential Expert

Testimony From Witnesses Retained by Anna Boling, any opposition thereto, and the entire

record in this matter, it is hereby ORDERED that the government's motion is GRANTED and

that any expert testimony sought to be introduced by Ms. Boling, specifically any testimony by

persons associated with Bek Tek LLC, is hereby stricken.

**SO ORDERED** this _____ day of _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
    AUSA Tejpal Chawla
    AUSA Jonathan R. Barr
    Thomas Abbenante
    Carlos J. Vanegas
    Joann Roney Hepworth