UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANNA BOLING** | : | |
| **RODERIC L. BOLING, and** | : | |
| **JEFFREY S. MILLS** | : | |
| Defendants. | : | |

**UNOPPOSED GOVERNMENT MOTION FOR LEAVE TO FILE THE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT RODERIC BOLING'S MOTION FOR ISSUANCE OF SUBPOENAS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17C**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for leave to filed the attached Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c). Counsel for defendant Roderic L. Boling does not oppose the granting of Government's Motion for Leave to File the Attached Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c). In addition, filing of the Government's Memorandum in Opposition United States will assist the Court and will not delay trial in this matter. Accordingly, the United States respectfully requests

that it's motion be granted, and that the attached Government Opposition be deemed filed.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610


By:   _____
        JONATHAN R. BARR
        D.C. Bar No. 437334
        TEJPAL CHAWLA
        D.C. BAR NO. 464012
        Assistant United States Attorneys
        Fraud and Public Corruption Section
        555 4th Street, N.W., Room 5245 and 5840
        Washington, D.C. 20530
        (202) 353-2442

## CERTIFICATE OF SERVICE

I HEREBY certify that I caused a copy of the foregoing Unopposed Government Motion for Leave to File the Attached Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c)  was served via ECF to defense counsel for the following defendants on this __ day of March, 2007:

For Anna Boling
Joanne Hepworth, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.

_____
JONATHAN R. BARR
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ANNA BOLING** | : | |
| **RODERIC L. BOLING, and** | : | |
| **JEFFREY S. MILLS** | : | |
| Defendants. | : | |

**O R D E R**

Upon consideration of the Unopposed Government Motion for Leave to File the Attached Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), on this _____ Day of March 2007,

**IT IS HEREBY ORDERED**, that the Government's Unopposed Motion is **GRANTED,** and **IT IS FURTHER ORDERED** that the Government's Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c) be deemed filed.

_____
The Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE

copies:

Jonathan Barr
Tejpal S. Chawla
Assistant United States Attorneys
Fraud and Public Corruption Section

For Anna Boling
Joanne Hepworth, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.