**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No.: 06-228 (ESH)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANNA BOLING** | **:** | |
| **RODERIC L. BOLING, and** | **:** | |
| **JEFFREY S. MILLS** | **:** | |
| **Defendants.** | **:** | |

**<u>O R D E R</u>**

Upon consideration of the Unopposed Government Motion for Leave to File the Attached

Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for

Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), on this _____ Day

of March 2007,

**IT IS HEREBY ORDERED**, that the Government's Unopposed Motion is **GRANTED,**

and **IT IS FURTHER ORDERED** that the Government's Memorandum of Points and

Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas

Pursuant to Federal Rule of Criminal Procedure 17(c) be deemed filed.


_____
The Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE


copies:

Jonathan Barr
Tejpal S. Chawla
Assistant United States Attorneys
Fraud and Public Corruption Section

For Anna Boling
Joanne Hepworth, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.