UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANNA BOLING | : | |
| RODERIC L. BOLING, and | : | |
| JEFFREY S. MILLS | : | |
| Defendants. | : | |

FILED
MAR 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Unopposed Government Motion for Leave to File the Attached Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c), on this 29 Day of March 2007,

**IT IS HEREBY ORDERED**, that the Government's Unopposed Motion is **GRANTED,** and **IT IS FURTHER ORDERED** that the Government's Memorandum of Points and Authorities in Opposition to Defendant Roderic Boling's Motion for Issuance of Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c) be deemed filed.

_____
The Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE

copies:

Jonathan Barr
Tejpal S. Chawla
Assistant United States Attorneys
Fraud and Public Corruption Section

For Anna Boling
Joanne Hepworth, Esq.