Defendant __Roderick Bell___ Case Number _0006-3663_ ITS Number _00 3222_

## SENTENCE

**(As to Count One )**

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _B._ _Kennedy_____, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

___ and the Court having on __6-24-92__ deferred imposition of sentence until this date.
(date)

___ and the Court having previously entered a judgment in this case on _____ now resentences the defendant.
(date)

___ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

## IT IS THE SENTENCE OF THE COURT THAT:

___ The defendant pay a fine of $ _____, pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

___ The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _____Orange_____ County, Florida.

___ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

___ For a term of natural life.

___ For a term of _____5 yrs._____.

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

**"split" sentence, complete the appropriate paragraph.**

___ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

It is further ordered that the sentence imposed for this count shall run _____ Concurrent with (check one) the sentence set forth in count _____ above. _____ Consecutive to

**FILED IN OPEN COURT**
THIS _2_ DAY OF _Oct._, 19_92_

Fran Carlton, Clerk
BY: _____ D.C.

CONSECUTIVE/
CONCURRENT

32-33 (7-92)

Defendant _Roland Whling_    Case Number _CR46-8663_

## SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm (Police Officer Weapon)**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1., Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**

___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**

___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**

___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

___ It is further ordered that the defendant shall be allowed a total of _223_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30 (7-92)    **Page _2_ of _3_**

32-40 (7/92)

Defendant ___Rodluck Koplui___    Case Number CR 90-5663

**Other Provisions, continued:**

**Consecutive/Concurrent
As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run

(check one) _____ consecutive to _____

with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent
As To Other Convictions**

_____ It is further ordered that the composite term of all sentences imposed for

the counts specified in this order, shall run

(check one) _____ consecutive to X

with the following:

(check one) X concurrent

_____ any active sentence being served.

X specific sentences: CR 90-13210

In the event the above sentence is to the Department of Corrections, the Sheriff of __ORANGE__

County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at

the facility designated by the department together with a copy of this Judgment and sentence and any other

documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of

appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance

of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends _____

**DONE AND ORDERED** in open court at ___Oct___    ___ORANGE___

this ___2___    day of ___Oct___    19 92.    County, Florida,

_____
Judge

STATE OF FLORIDA
COUNTY OF ORANGE

I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

Dated 3/30/06

_____ Clerk Circuit Court
by _____ D.C.

☐ PROBATION VIOLATOR

FILED IN OPEN COURT

THIS \_\_1\_\_ DAY OF \_\_May\_\_, 19 91

Fran Carlton, Clerk
By m. Elliott D.C.

STATE OF FLORIDA

-VS-

Roderick Lee Boling
Defendant

IN THE CIRCUIT COURT, NINTH JUDICIAL
CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.   CR   90-8663

DIVISION   15

377048 Orange Co., FL.
05/10/91   11:41:05am

OR4286 PG1356

CRIMINAL COURT

**JUDGMENT**

The Defendant, Roderick Lee Boling , being personally before this Court
represented by T. Turner , his attorney of record, and
having :

☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☑ Entered a plea of nolo contendere to the following crime(s)

☐ Check Applicable
Provision)

| COUNT | CRIME | OFFENSE STATUTE NO(S) | CRIME DEGREE |
|-------|-------|----------------------|--------------|
| 1 | Grand Theft Third Degree of Motor Vehicle. | 812.014 | F 3 |

AND no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the
Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay three ($3.00) dollars as court cost pursuant to F.S. 943.25(4).
The Defendant is hereby ordered to pay two ($2.00) dollars pursuant to F.S. 943.25(8). (This provision
is optional; not applicable unless checked.)
The Defendant is ordered to pay a sum of twenty ($20.00) dollars pursuant to F.S. 960.20 (Crimes Compensation
Trust Fund.)
The Defendant is ordered to pay Two-hundred ($200.00) dollars pursuant to F.S. 27.3455.
The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835.
(This refers to optional fine for Crime Compensation Trust Fund; not applicable unless checked. Fines as part
of sentence recorded on sentence page.)
The Court hereby imposes additional court cost of $_____.

32-12   (9/89)

Page 1 of \_\_\_\_\_

Imposition of Sentence
Stayed and Withheld
(Check if Applicable)

Sentence Deferred
Until Later Date
(Check if Applicable)

☐ The Court hereby stays and withholds the imposition of sentence as to
count(s)_____ and places the Defendant on probation or
community control for a period of _____
under the supervision of the Department of Corrections/ Orange County Probation
(conditions of probation/community control set forth in a separate order.)

☐ The Court hereby defers imposition of sentence until _____

DONE AND ADJUDGED in open Court at _____ Orlando _____, Orange County, Florida this the
1 day of _____ may _____, 19 91, pursuant to Rule 3.670.

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal
with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant
to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said
appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at _____ Orlando, Orange County,
_____ may _____, 19 91.

Fingerprints of the Defendant, _____ Roderick Lee Boling _____
by said Defendant in my presence in Open Court this date.

Name and Title

Fingerprints taken by:

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 0. L. Little |

FINGERPRINTS OF DEFENDANT

OR 4286 PG 1357

_____ Page _____ of _____

STATE OF FLORIDA

JUDGE

I HEREBY CERTIFY that the above and
foregoing fingerprints are the _____ day
_____ and that they were placed thereon

Dated 8-30-91

RECORDED & RECORD VERIFIED
Martha O. Haynie
County Comptroller, Orange Co., FL

32-12 (9/89)

1a

ST 11/04/92

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR

CASE NO. __L91-0002S5CFA__
REEL ____ BD D
REEL ____ LOOP
COURT REPORTER __C. Mess__

STATE OF FLORIDA

vs.

RODERIC LEE
BOLING III

DEFENDANT

MINUTES, JUDGMENT AND SENTENCE

BY _____
SEMINOLE CO. FLA.

FILED IN OFFICE
MARYANNE HORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 41

Court was convened with the Honorable __JUDGE NEWMAN BROCK__ presiding, and in attendance, Assistant
State Attorney _____ Clerk Clerk __M. KLINGMAN__

The Defendant, __RODERIC LEE     BOLING III__ , being personally before the Court represented by

_____ , his attorney of record and having:

( ) been tried and found guilty of the following crime(s)
(✓) entered a plea of guilty to the following crime(s) __Count II__
( ) Entered a plea of nolo contendere to the following crime(s) __Count I__

| Count | | Crime/Statute Number(s) | Degree of Crime |
|---|---|---|---|
| 01 | POSS STOLEN D/L | 322.212(1) | F 3 |
| 02 | RESIST W/O VIOLENCE | 843.02 | M 1 |

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
(✓) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudicated guilty,
     IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION:  White - Court File  •  Green - Sheriff  •  Yellow - State Attorney  •  Pink - Probation & Parole  •  Goldenrod - Defense Attorney
              ___ Dept. of Corrections (2)  ___ Sentencing Guidelines Commission

Page 1 of 5

Defendant: _____    Case No. _____

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions of Corrections.

( )  Followed by a period of _____ of Correction according to the terms and conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Correction according to the terms and conditions set forth in this order.

**PROBATION:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  With same conditions set forth in previous Order excluding any costs previously paid.

( )  Said Probation/Community Control to run concurrent/consecutive with _____.

(✓)  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 960.20, $3.00 _____ to F.S. 960.20, $3.00 pursuant to F.S.25.

( )  The Court hereby imposes a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____.

( )  The Court hereby assessed a lien of $ _____ for the services of the _____ Public defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $ _____ to _____.

( )  The Court appointed the Public defender for appeal purposes.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further probation/community control and that if you violate any of the conditions of your probation/community control you may be arrested and after providing you an opportunity to be heard, the Court may revoke your probation/community control, you may be arrested and impose any sentence which it might have imposed before placing you on probation/community control, or place you in community control.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida this _____ day of _____.

CIRCUIT JUDGE  _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instructions.

DATE _11/5/02_

PROBATION/COMMUNITY CONTROLEE

Page _2_ of _2_

CRc0790.121

H&M

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA  2-27-07

BY _____  DEPUTY CLERK

DEFENDANT _Robbie Pelley_ ___ CASE NO. _91-2465-CFA_

SENTENCE

(As to Count _I_ )

The Defendant, being personally before this Court, accompanied by his attorney, _____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

( ) and the Court having on _____ deferred imposition of sentence until this date;

( ) and the Court, having previously entered a judgment on the defendant, now resentences the defendant;

( ) and the Court, having placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered herein;

IT IS THE SENTENCE OF THE LAW that:

( ) The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

( ✓ ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check only unmarked sections are inapplicable)

( ✓ ) for a term of Natural Life.

( ✓ ) for a term of _15 years_

( ) Said SENTENCE SUSPENDED for a period of _____
Order.

( ) _____ subject to conditions set forth in this
Order.

( ) Imprisonment in Department of Corrections,
However, after serving a period of _____
the balance of such sentence shall be suspended and the Defendant shall be
CONTROL for a period of _____ under the supervision of the Department of Corrections
according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL, under the
supervision of the Department of Corrections according to the terms and conditions of Probation/Community
Control set forth in this Order.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

RETENTION OF          ( ) The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).
JURISDICTION

JAIL CREDIT           ( ✓ ) It is further ordered that the defendant shall be allowed a total of _53 days_
                      credit for such time as he has been incarcerated prior to imposition of this sentence.

CREDIT FOR            ( ) It is further ordered that the defendant be allowed credit for all time previously served on this
TIME SERVED               in the Department of Corrections prior to imposition of this sentence.

CONSECUTIVE/          ( ) It is further ordered that the sentence imposed for this count shall run [ ] consecutive to
CONCURRENT                [ ] concurrent with the sentence set forth in Count _____.

CR40790.021                                    Page _2_ of _5_

H&H

DEFENDANT _Robert Philip_    CASE NO. _91-2665-CFA_

## SENTENCE
### (As to Count __II__ )

The Defendant, being personally before this Court, accompanied by his attorney, _____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

( ) and the Court having on _____ deferred imposition of sentence until this date;

( ) and the Court having previously entered a judgment on the defendant, now resentences the defendant;

( ) and the Court having previously placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered herein;

IT IS THE SENTENCE OF THE LAW that:

( ) The Defendant pay a fine of $_____

( ) The Defendant pay a fine of $_____, plus $_____ as the 5% surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( ) for a term of Natural Life.

(✓) for a term of _53 years_

( ) for a term of _____

( ) Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

By appropriate notation, the following provisions apply to the sentence imposed in this section:

### SPECIAL PROVISIONS

RETENTION OF JURISDICTION

( ) The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).

JAIL CREDIT

(✓) It is further ordered that the Defendant shall be allowed a total of _53 days_ credit for such time as he has been incarcerated prior to imposition of this sentence.

CREDIT FOR TIME SERVED

( ) It is further ordered that the Defendant be allowed credit for all time previously served on this sentence in the Department of Corrections prior to resentencing.

CONSECUTIVE/ CONCURRENT

( ) It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
( ) concurrent with the sentence imposed/set forth in Court.

Page _4_ of _5_

CR407PO.021

MMM





DEFENDANT _____    CASE NO. _____

# FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____

Name and Title _____

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _____, and that they were placed thereon by said Defendant in my presence in Open Court this date.

Date: _____

_____
CIRCUIT JUDGE

CR&O790.02I                    PAGE ___ OF ___

10

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA 2.2\.07

BY _____
DEPUTY CLERK

ST. 11/04/92

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO. _____ L90-001569CFA

( ) RETRIAL

( ) RESENTENCING                                    REEL _____ BO #_____

( ) PROBATION VIOLATOR                              LOG# _____ Cuskody

( ) COMMUNITY CONTROL VIOLATOR                      COURT REPORTER _____

                                                    MINUTES, JUDGMENT AND SENTENCE
STATE OF FLORIDA
VS.                                                 BY _____ A. Ahlquist
                                                       SEMINOLE CO. FLA., D.C.
RODERIC LEE        BOLING
DEFENDANT

Court was opened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding; and in attendance: _____ M. KLINGMAN _____

State Attorney _____ ; Court Clerk _____ , being personally before the Court represented by

The Defendant, _____ RODERIC LEE     BOLING _____ ; No attorney of record and having:

( ) Been tried and found guilty of the following crime(s)
( x ) Entered a plea of guilty to the following crime(s)
( ) Entered a plea of nolo contendere to the following crime(s)

Court

■    FORGERY                        Crime/Statute Number(s)        4/11/91

                                    831.01                         Degree of Crime

                                                                   F.3

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( x ) ADJUDICATED GUILTY
      IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD; and no cause having been shown why the Defendant should not be adjudicated guilty,
      IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File  -  Green - Sheriff  -  Yellow - State Attorney  -  Pink - Probation & Parole  -  Goldenrod - Defense Attorney
              _____ Dept. of Corrections (2)  _____ Sentencing Guidelines Commission

Page 1 of _5_

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 12

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____

DEPUTY CLERK

Defendant _____    Case No. 90-1369-CFA

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Correction according to the terms and conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Correction according to the terms and conditions set forth in this order.

**PROBATION:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby imposes the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

(✓)  With same conditions set forth in previous order.

Said probation/community control to run concurrent/consecutive with Case 91-365-CFA

91-1571-CFA

( )  The Defendant is hereby ordered to pay restitution in the amount of $_____ to _____.

( )  The Defendant was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit Court within 30 days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )  The Court appointed the Public Defender for appeal purposes.

(✓)  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.  (✓) the Court waived statutory costs.

( )  The Court hereby imposes a fine of $_____ plus the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____ as the 5% surcharge required by F.S. 960.25, under the supervision of the _____.

( )  The Court hereby assessed a lien of $_____ for the services of the _____ Public Defender.

**You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further probation/community control. And that if you violate any of the conditions of your probation/community control, you may be arrested and after providing you an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty and impose any sentence which it may have imposed before placing you on probation/community control.**

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 15 day of _____ 19 93.

_____
CIRCUIT JUDGE

Page ___ of ___

_____
PROBATION/COMMUNITY CONTROL OFFICER

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford, Florida, for further instructions.

DATE 1/15/93

CRC0790.021

M&M

DEFENDANT _Roberto Bolog__    CASE NO. _90-152,3-064_
_90-00-1571-0f3;_

It is further ordered that the Defendant comply with the following STANDARD
CONDITIONS AND SANCTIONS OF COMMUNITY CONTROL/PROBATION:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Community Control/Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida $____.00 _$40.00_ dollars per month toward the cost of your supervision, unless otherwise waived in compliance with Florida statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Community Control/Probation Officer.

(4) You will neither possess, carry, or own any weapons or firearms.

(5) You will live and remain at liberty without violating the law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your Community Control/Probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Community Control/Probation Officer. Any period of unemployment in excess of thirty (30) days shall presumptively be a violation of this probation.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Community Control/Probation Officer and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) You will report in person within 72 hours of _____ release from confinement to the Probation and Parole Office in Seminole County, Florida, unless otherwise instructed by your Community Control/Probation Officer.

If the Defendant has been placed on Community Control, he is further ordered
to comply with the following additional STANDARD CONDITIONS OF COMMUNITY
CONTROL:

(10) You will report to your Community Control Officer at least four (4) times a week, or, if unemployed full time, daily.

(11) You will remain confined to your approved residence except for one-half hour before and after your approved employment, public service work, or any other special activities approved by your Community Control Officer.

(12) You will submit to urinalysis, breathalyzer, or blood test at any time requested by your Community Control Officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.

(13) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

( ) You will participate, at your own expense, in the Electronic Monitoring Program as directed by the Florida Department of Corrections.

When placed in the Electronic Monitoring Program, you will, at your own expense, maintain a private telephone which is approved by the Florida Department of Corrections. The telephone line and telephone will be available within five (5) working days of being placed on the Electronic Monitoring Program.

When placed in the Electronic Monitoring Program, you will comply with special instructions of the Department of Corrections concerning the electronic monitoring system.

( ) You will be financially responsible for any loss or damage of electronic equipment. Reimbursement will be made to the Department of Corrections. (Anklet only)

C810790.021

Page _3_ of _5_

10

DEFENDANT _Robert Kelley_                          CASE NO. _F9-15569-08_
                                                            _90-15771-08_

And it is further ordered that the Defendant comply with the following
SPECIAL CONDITIONS OF COMMUNITY CONTROL/PROBATION that have been checked
below:

a.  You will pay the following sums to the Clerk of the Circuit Court, P.O. Box 850, Sanford, Florida 32772;
    ( )  (1)  Pursuant to Sec. 960.20, F.S., the sum of $20.00 for the Crimes Compensation Trust Fund;
    ( )  (2)  Pursuant to Sec. 943.25, F.S., the sum of $3.00 for the Criminal Justice Training Trust Fund;
    ( )  (3)  Pursuant to Sec. 943.25, F.S., the sum of $2.00 as a court cost to be deposited in the Criminal Justice Education by Municipalities and Counties.
    ( )  (4)  Additional court costs @ $200.00, _plus $_ _____ as directed by
    ( )  (5)  Probation/Community Control Costs @ _____
    ( )  (6)  Fine/Court Costs $ _____
    ( )  (7)  Investigative Costs in the amount of $100.00/$

b.  ( )  You will pay the following sum to the Board of County Commissioners, Seminole County;

c.  (X)  You will pay the following sum to the _____, Florida 32771, for the services of the Public Defender in this case;
    $250.00 + $_____ to be paid as directed by your Community Control/Probation Officer, as the $6 surcharge required by F.S. 960.25.

d.  ( )  You will pay restitution:
    ( )  as it is not applicable.
    ( )  due to the financial resources of the defendant.
    $_____ per attached schedule.
    $_____ per schedule to be prepared by the Probation Supervisor.
    ( )  in an amount and according to a schedule to be established at a subsequent hearing.
    ( )  in an amount and according to a schedule to be agreed upon with your Probation Supervisor. (The Court will hold a hearing to determine the amount if agreement cannot be reached.)
    ( )  (other):

e.  ( )  You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your Probation/Community Control Officer.

f.  ( )  You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your Probation/Community Control Officer.

g.  ( )  You will undergo mental health screening and, if deemed necessary, undergo mental health counseling as directed by your Probation/Community Control Officer.

h.  ( )  You will undergo psychiatric treatment/mental health counseling at/with _____ keeping all scheduled appointments, until such time as the person in charge of the treatment and your Probation/Community Control Officer determine that treatment is no longer necessary.

i.  ( )  You will undergo drug or alcohol screening as directed by your Probation/Community Control Officer to determine if you need treatment for drug or alcohol abuse.

j.  ( )  You will pay the provider for any screening and evaluation expenses ordered including drug/alcohol screening and psychological/psychiatric examination and testing:
    ( )  Pay $60.00 to I&C, the Grove Counseling Center, Inc., P.O. Box 4055, Winter Springs, FL 32708.
    ( )  within _____ days.
    ( )  as directed by your Community Control/Probation Officer.

k.  ( )  You will immediately enroll or continue to attend and successfully complete the following drug/alcohol rehabilitation program, including any after care:
    the rules and regulations of which are hereby made conditions of your probation.

l.  ( )  As directed by your Probation/Community Control Officer, you will enroll in, regularly attend, and successfully complete such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including, but not limited to, alcohol and drug treatment and counseling, mental health counseling, vocational and educational courses and rehabilitation programs, and evaluation and therapy.

( )  Enroll and successfully complete the Life Skills Program sponsored by the Department of Corrections.

CR90790.021

Page _4_ of _5_

50

DEFENDANT [signature]    CASE NO. 90-1582-CFA

n. ( ) You will enroll and successfully complete a counseling program for persons who have been abusive to their parents or partners.

o. ( ) You will not possess any stolen property.

p. ( ) You will not use or possess marijuana, cocaine, or controlled substances of any kind (except upon prescription of a duly licensed medical doctor), not associate with persons illegally possessing controlled substances, nor be in areas where controlled substances are sold or used. You will possess no controlled substance paraphernalia, that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

q. ( ) You shall not enter any bar or liquor lounge without the permission of your Probation/Community Control Officer.

r. ( ) You will not consume or possess any alcohol.

s. ( ) You will submit to physical or chemical examinations, upon the request of your Probation/Community Control Officer, to determine the systemic presence of alcohol, controlled substances or unlawfully acquired drugs. You will pay the costs of these examinations.

t. ( ) The Court retains custody over your person and authorizes any Probation/Community Control Officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

( ) You will have no contact with the following person(s): _____ either personally, by telephone, in writing, or by messages delivered by others or otherwise.

u. ( ) You will not enter or go upon the premises of _____, nor come within a _____ radius thereof.

v. ( ) As directed by your Probation/Community Control Officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity, to wit: _____

w. ( ) You will serve _____ days in the Seminole County Jail with credit for _____ days; ( ) and shall be released upon successful completion of TASC Cell Drug Rehabilitation Program.

x. ( ) You will serve _____ weekends in the Seminole County Jail from 7:00 o'clock p.m., _____ to 5:00 o'clock p.m. _____, beginning _____.

y. ( ) Defendant is NOT authorized to participate in the Alternative Community Service Program.

z. ( ) If you are permitted to leave the jurisdiction of the Court for any reason, you must voluntarily return for any scheduled court proceedings.

aa. ( ) You will remain full-time employed unless you are a student or enrolled in a residential program.

bb. ( ) Your driving privileges are _____.

cc. ( ) You will not operate a motor vehicle while your driver's license is suspended or revoked.

dd. ( ) You will not maintain a checking account or have check writing authority on any other account.

ee. (✓) You will enroll and successfully complete the worthless check diversion program sponsored by the State Attorney's Office.

ff. ( ) Other: _____

CRO0090.021

Page 5 of 5

H&M

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO. _____ L90-001569CFA

REEL _____ 80 #

LOOP _____

COURT REPORTER _____ C. Alexander

MINUTES, JUDGMENT AND SENTENCE

FILED IN OFFICE
1992 NOV -5 PM 4: 12
MARYANNE MORSE
CLERK CIRCUIT COURT
SEMINOLE CO. FLA.
BY _____ D.C.

STATE OF FLORIDA
VS.

RODERIC   LEE   BOLING
DEFENDANT

Court was opened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding, and in attendance:

State Attorney _____ Court Clerk _____ Ms. KLINGMAN _____

The Defendant, _____ RODERIC   LEE   BOLING _____, being personally before this Court represented by

_____ , No attorney of record and having:

( ) Been tried and found guilty of the following crime(s)

( X ) Entered a plea of guilty to the following crime(s)

( ) Entered a plea of nolo contendere to the following crime(s)

| Count | | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|---|
| 1 | FORGERY | 831.01 | 4/11/91 | F 3 |

( ) REVOKED PROBATION.

( ) REVOKED COMMUNITY CONTROL.

( ) CONFIRMED PRIOR ADJUDICATION OF GUILT.

( ) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudicated guilty,
IT IS ORDERED THAT the Defendant is hereby, ADJUDICATED GUILTY of the above crime(s).

( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File    Green - Sheriff    Yellow - State Attorney    Pink - Probation & Parole    Goldenrod - Defense Attorney
_____ Dept. of Corrections (2)    Sentencing Guidelines Commission

Page 1 of 5

RETRIAL
RESENTENCING
PROBATION VIOLATOR
COMMUNITY CONTROL VIOLATOR



FINGERPRINTS OF DEFENDANT

DEFENDANT _____

CASE NO. _____

| | | |
|---|---|---|
| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____

Name and Title   17763

I HEREBY CERTIFY that the above and foregoing
fingerprints of the Defendant, _____ and
that they were placed thereon by said Defendant in my presence in open
Court this date.

Date: 11/5/92

_____
CIRCUIT JUDGE

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____
DEPUTY CLERK

Defendant _____    Case No. _____

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

**PROBATION:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  With same conditions set forth in previous Order--excluding any costs previously paid.

Said probation/community Control to run concurrent/consecutive with _____

( )  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20 $3.00 and $2.00 pursuant to F.S. 943.25.

( )  The Court hereby imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____ .

( )  The Court hereby assesses a lien of $ _____ for the services of the _____ Public Defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $ _____ .

The Defendant was advised of his right to appeal from this judgement by filing notice of appeal with the Clerk of the Circuit Court within 30 days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

**You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation/community control, you may be arrested and, after affording you an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty, and impose any sentence which it may have imposed before placing you on probation/community control.**

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _____ day of _____ 19 ___ .

_____
CIRCUIT JUDGE

_____
PROBATION/COMMUNITY CONTROL

Page ___ of ___

CR:0790.021

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA  2-27-07

BY _____
_____ DEPUTY CLERK

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instructions.

DATE _____



IN THE CIRCUIT COURT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA
VS.

_____
DEFENDANT.

CASE NO.  90-2560-CFA

OBTS#

COURT REPORTER

MINUTES, JUDGMENT, AND SENTENCE

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR
( ) DRUG OFFENDER VIOLATOR

COURT WAS OPENED WITH THE HONORABLE _____
PRESIDING; AND IN ATTENDANCE; ASSISTANT STATE ATTORNEY
COURT CLERK _____

COUNT    CRIME(STATUTE-NUMBER(S))

Forgery          831.01

THE DEFENDANT, _____ BEING PERSONALLY BEFORE
THIS COURT REPRESENTED BY _____
AND HAVING:

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

DEGREE OF CRIME
F-3

(#) REVOKED:PROBATION:COMMUNITY:CONTROL;
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
    NOT BE ADJUDICATED GUILTY; IT IS ORDERED THAT THE DEFENDANT IS HEREBY
    ADJUDICATED GUILTY OF THE ABOVE CRIME(S);
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE
    WITHHELD OF THE ABOVE CRIME(S)
( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
    OFFENSES RELATING TO SEXUAL BATTERY (CH. 794) OR LEWD OR, LASCIVIOUS
    CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
    SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
PINK-PROBATION ( PAROLE; GOLDENROD-DEFENSE ATTORNEY
------ DEPT OF CORRECTIONS(2)
                          SENTENCING GUIDELINES COMMISSION

PAGE 1 OF __

STATE OF FLORIDA
VS.
DEFENDANT _Walter Miller_      CASE NO. _91-2667 CFA_   OBTS# _____

SENTENCE

(As to Count _____)

IT IS THE SENTENCE OF THE LAW:

( ) The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5%
surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( ) for a term of Natural Life.

(✓) for a term of _three (3) years_

( ) The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) however, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portion shall be satisfied before the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT ( ) It is further ordered that the Defendant shall be allowed a total of _0_ days
credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT ( ) It is further ordered that the Defendant be allowed credit for all time previously served on this
count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT ( ) It is further ordered that the sentence imposed for this count shall run [ ] consecutive to
AS TO OTHER [ ] concurrent with the sentence set forth in Count _____.
COUNTS

PREVIOUS
CREDIT ( ) Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
shall compute and apply credit for time served and unforfeited gain-time awarded during prior service
of case number/court number _____.

Page 2 of 24

CR/OTPS.021
HP

State of Florida
vs.
DEFENDANT Public Robbery                     CASE NO. 90-1564 CFA

Consecutive/Concurrent
(as to other convictions)

It is further ordered that the composite term of all sentences imposed for the counts specified
in this order shall run [ ] consecutive to [X] concurrent [ ] contentinous
[ ] non-contentinous with the following:

( )   Any active sentence being served     90-1591 CFA

      Specific sentences:

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby
ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department
together with a copy of this Judgment and sentence and any other documents specified by Florida Statute.

( )   The Defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal
      within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance
      of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )   Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends

( )   Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 22 day of Dec, 19__

                                                        _____
                                                        JUDGE

INSTRUCTED BY: _____

DATE: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

                                                        _____
                                                        PROBATIONER/COMMUNITY CONTROLEE

CR&0793.021
KP

Page 3 of 3

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____ 3-27-07

DEPUTY CLERK

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA
VS.                                          CASE NO. _____
DEFENDANT _Bradley Jon Belcher_              OBTS# _896 1597764 CRA_

                                             COURT REPORTER _____

_____ RETRIAL                                MINUTES, JUDGMENT AND SENTENCE
_____ RESENTENCING
_____ PROBATION VIOLATOR
_____ COMMUNITY CONTROL VIOLATOR
_____ DRUG OFFENDER VIOLATOR

COURT WAS OPENED WITH THE HONORABLE _____
PRESIDING, AND IN ATTENDANCE: ASSISTANT STATE ATTORNEY _____
COURT CLERK _____

THE DEFENDANT, _Bradley Jon Belcher_, BEING PERSONALLY BEFORE
THIS COURT REPRESENTED BY _____, *ATTORNEY OF RECORD
AND HAVING

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

| COUNT | CRIME/STATUTE NUMBER(S) | | DEGREE OF CRIME |
|-------|-------------------------|----|-----------------|
| I     | Attemp Falgery          | 831.02 | F-3 |
| II    | Attend Forgery          | 831.02/140.01 | F-3 |
| III   | Attemp Forgery          | 831.02 | F-3 |
| IV    | Attemp Forgery          | 831.02 | F-3 |

( ) REVOKED PROBATION/COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
ADJUDICATED GUILTY; AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY
ADJUDICATED GUILTY OF THE ABOVE CRIME(S).

( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE
WITHHELD OF THE ABOVE CRIME(S)

( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
OFFENSES RELATING TO SEXUAL BATTERY (CH. 794) OR LEWD OR LASCIVIOUS
CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
SPECIMENS.

DISTRIBUTION: WHITE—COURT FILE; GREEN—SHERIFF; YELLOW—STATE ATTORNEY;
PINK—PROBATION & PAROLE; GOLDENROD—DEFENSE ATTORNEY;
_____ DEPT OF CORRECTIONS(2)
_____ SENTENCING GUIDELINES COMMISSION

PAGE 1 OF ___

State of Florida

VS.

DEFENDANT _Robert Seeley_   CASE NO. _91-3571CFA_  OBTS#

<table>
<tr><td></td><td>SENTENCE<br>(As to Count _1_ )</td></tr>
</table>

IT IS THE SENTENCE OF THE LAW:

( )   The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5%

    surcharge required by F.S. 960.25.

( )   The Defendant is hereby committed to the custody of the Department of Corrections.

( )   The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )   The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( )   For a term of Natural Life.

( )   For a term of _Fifteen (15) years_

( )   The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this

    Order.

( )   followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of

    the Department of Corrections according to the terms and conditions of Probation/Community Control set forth

    in this Order.

( )   However, after serving a period of _____ imprisonment in Department of Corrections, the

    balance of such sentence shall be suspended and the Defendant be placed on PROBATION/COMMUNITY CONTROL

    for a period of _____ under the supervision of the Department of Corrections according to

    the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section.

JAIL CREDIT    ( )   It is further ordered that the Defendant shall be allowed a total of _5 years___

    credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT    ( )   It is further ordered that the Defendant be allowed credit for all time previously served on this

    count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT
AS TO OTHER
COUNTS    ( )   It is further ordered that the sentence imposed for this count shall run ( ) concurrent with
( ) concurrent with the sentence set forth in Count _____

PREVIOUS
CREDIT    ( )   Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and date of this resentencing. The Department of Corrections shall apply original jail credit awarded and
shall compute and apply credit for time served and unforfeited gain-time awarded during prior service
of the same sentence/court number.

CR/DP05.021
KP

Page _24_ of _49_

STATE OF FLORIDA
vs.
DEFENDANT _Wallace Costelloss_ CASE NO. _90-1577/CR9 OBTS_

**SENTENCE**
(As to Count _II_ )

**IT IS THE SENTENCE OF THE LAW:**

( ) The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5%
surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable)

( ) for a term of Natural Life.

(✓) for a term of _natural life_ (5) years)

( ) The SENTENCE is SUPPENDED for a period of _____
Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the
balance of said sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL
for a period of _____ under the supervision of the Department of Corrections, the Defendant to serve additional split sentences, all incarceration portions shall be satisfied before
the terms and conditions of Probation/Community Control set forth in this Order.

( ) In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**JAIL CREDIT** (✓) It is further ordered that the Defendant shall be allowed a total of _____
credit for time incarcerated before imposition of this sentence.

**PRISON
CREDIT** ( ) It is further ordered that the Defendant be allowed credit for all time previously served on this
count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/
CONCURRENT
AS TO OTHER
COUNTS** (✓) It is further ordered that the sentence imposed for this count shall run ( ) concurrent to
( ) consecutive to _____ _5 years_ dep. the sentence set forth in Count _____ consecutive to

**PREVIOUS
CREDIT** ( ) Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
shall compute and apply credit for time served and unforfeited gain-time awarded and
of case number/count number. _____

CR/0793.021
KP

Page _25_ of _49_

STATE OF FLORIDA

vs.

DEFENDANT: _____ CASE NO. 96-3591/CF/A

SENTENCE _III_
(As to Count ____)

IT IS THE SENTENCE OF THE LAW:

( ) The Defendant shall pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____ as the 5%
surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one) unmarked sections are inapplicable)

( ) _____ for a term of Natural/Life.

( ) for a term of _____

( ✓ ) The SENTENCE is SUSPENDED for a period of _Five (5) Years_
Order.

( ) followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the
balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY
CONTROL for a period of _____ under the supervision of the Department of Corrections,
the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT

( ✓ ) It is further ordered that the Defendant shall be allowed a total of _5 years_
credit for time incarcerated before imposition of this sentence.

CONSECUTIVE/
CONCURRENT
AS TO OTHER
COUNTS

( ) It is further ordered that the Defendant be allowed credit for all time previously served on this
count in the Department of Corrections prior to resentencing.

It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
concurrent with the sentence set forth in Count _____

PREVIOUS
CREDIT

( ) Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and the date of resentencing. The Department of Corrections shall apply original jail credit awarded and
shall compute and apply credit for time served and unforfeited gain-time awarded during prior service
of case number/count number.

Page _4_ of _6_

CR/0793.021
XP

State of Florida

Vs.

DEFENDANT _____ CASE NO. _____

OBTS# _____

SENTENCE

(As to Count ____ )

IT IS THE SENTENCE OF THE LAW:

( )  The defendant shall pay a fine of $ _____ pursuant to F.S. 775.083, plus $ _____ as the 5%
surcharge required by F.S. 960.25.

( )  The defendant is hereby committed to the custody of the Department of Corrections.

( )  The defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one) unmixed sections are inapplicable)

( )  For a term of natural life.

(✓)  For a term of ____ fixed (5) years

( )  The SENTENCE is suspended for a period of _____ subject to conditions set forth in this
Order.

( )  Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
in this Order.

( )  However, after serving a period of _____ imprisonment in Department of Corrections, the
balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL
for a period of _____ under the supervision of the Department of Corrections according to
the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentence, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation relating to the following provisions apply to the sentence imposed in this section

JAIL CREDIT  (✓)  It is further ordered that the Defendant shall be allowed a total of ____ 5 years
credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT  ( )  It is further ordered that the Defendant be allowed credit for all time previously served on this
count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT  (✓)  It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
COUNTS  ( ) concurrent with the sentence set forth in Count ____ 5 years

PREVIOUS
JAIL CREDIT  ( )  Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
shall compute and apply credit for time served and unforfeited gaintime awarded during prior service
of case number/count number _____ .

Page 5 of 6

CRJ0795.dt1
KP

State of Florida,

vs.

DEFENDANT: _Kathleen Coblins_    CASE NO. _D-1571/04_

CR10793.021
KP

It is further ordered that the consecutive term of ___ sentences imposed for the counts specified
Consecutive/Concurrent    in this order shall run ( ) consecutive to, ( ) concurrent to _____
(as to other convictions)    ( ) non-concurrent with the following:

( ) _____ active sentence being served.

Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby
ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department
together with a copy of this Judgment and sentence and any other documents specified by Florida Statute.

( )    The Defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal
        within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance
        of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )    Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

( ) Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 23rd day of April, 19 04

_____
JUDGE

PROBATION/COMMUNITY CONTROLLEE

DATE: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

INSTRUCTED BY: _____

Page _4_ of _4_

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____   2-27-07

_____ DEPUTY CLERK

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR

CASE NO. _____ L90-001571CFA
REEL _____ 80 P
LOCB _____ Carbody
COURT REPORTER C. Carbody

STATE OF FLORIDA
VS.                                          MINUTES, JUDGMENT AND SENTENCE
                                             SEMINOLE CO. FLA., D.C.
RODERIC LEE        BOLING
DEFENDANT

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
92 NOV -5 PM 4: 13

Court was opened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding, and in attendance: Assistant
State Attorney _____ Ph. Kler _____ Court Clerk _____ M. KLINGMAN

The Defendant, _____ RODERIC LEE         BOLING _____, being personally before this Court represented by
_____ RODERIC LEE         BOLING _____, the attorney of record and having:

( ) Been tried and found guilty of the following crime(s)
( ) Entered a plea of guilty to the following crime(s)
( X ) Entered a plea of nolo contendere to the following crime(s)

| Count | | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|---|
| 01 | UTTERING FORGERY | 831.02 | | F 3 |
| 02 | GRAND THEFT | 812.014(1) | | F 3 |
| 03 | UTTERING FORGERY | 831.02 | 812.014121C(1 | F 3 |
| 04 | UTTERING FORGERY | 831.02 | | F 3 |

4/11/91

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) ADJUDICATED PRIOR ADJUDICATION OF GUILT
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudica. ed guilty,
IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File • Green - Sheriff • Yellow - State Attorney • Pink - Probation & Parole • Goldenrod - Defense Attorney
_____ Dept. of Corrections (2) _____
Sentencing Guidelines Commission

64
60

Page 1 of 5



FINGERPRINTS OF DEFENDANT

DEFENDANT _____

CASE NO. _____

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____

Name and Title _____ 17-63

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _____, and that they were placed thereon by said Defendant in my presence in Open Court this date.

Date: 4/5/92

_____
CIRCUIT JUDGE

CR50700.021

PAGE ___ of ___

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____
        DEPUTY CLERK

Defendant _Robert Bobby_                    Case No. _40-1571-CFA_

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the conditions set forth in this order.

**PROBATION:**

(✓)  The Court hereby stays and withholds the imposition of sentence as to Count(s) _I, II, III & IV_ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence for a period of _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( )  With same conditions set forth in previous Order excluding any costs previously paid.

Said Probation/Community Control to run _concurrent/consecutive_ with _____

( )  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.5655, $20.00 pursuant to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.

( )  The Court hereby imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____.

( )  The Defendant hereby assessed a lien of $ _____ for the services of the _____ Public Defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $ _____ to _____.

( )  The Court appointed the Public Defender for appeal purposes.

You are hereby placed on notice that the Court may rescind or modify any of the conditions of your probation/community control or may extend the period of probation/community control as authorized by law or may discharge you from further supervision. If you violate any of the conditions of your probation/community control, you may be arrested and after revocation you may be adjudged guilty and the Court may revoke your probation/community control, adjudge you guilty and impose any sentence which it may have imposed before placing you on probation/community control.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, the ____ day of _November_, 19_92_.

_Robert Bobby_
CIRCUIT JUDGE

DATE: _5/5/92_

CRC0790.021

PROBATION/COMMUNITY CONTROLEE
_Robert Bobby_

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instructions.

Page ____ of ____

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____

DEPUTY CLERK

Defendant _Robert Lee Bed_ + Case Number _CR-92-3990_ OBTS Number _503/06 5_

# SENTENCE

**(As to Count _D.C._)**

The defendant, being personally before this court, accompanied by the defendant's attorney of record,

_Wm Gibson_, and having been adjudicated guilty herein, and the court having given the defendant

an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should

not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

___ and the Court having on _____ (date) deferred imposition of sentence until this date.

___ and the Court having previously entered a judgment in this case on _____ (date) now resentences

the defendant.

___ and the Court having placed the defendant on (Probation)/community control and having subsequently revoked

the defendant's probation/community control.

**IT IS THE SENTENCE OF THE COURT THAT:**

___ The defendant pay a fine of $ _____ pursuant to section 775.083, Florida Statutes, plus $ _____

as the 5% surcharge required by section 960.25, Florida Statutes.

___ The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _Orange_ County, Florida.

___ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

___ For a term of natural life.

___ For a term of _3½ years_.

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in

this order.

**If "split" sentence, complete the appropriate paragraph.**

___ Followed by a period of _____ on probation/community control under the supervision of the

Department of Corrections according to the terms and conditions of supervision set forth in a separate order

entered herein.

___ However, after serving a period of _____ imprisonment in _____, the

balance of the sentence shall be suspended and the defendant shall be placed on probation/community

control for a period of _____ under supervision of the Department of Corrections

according to the terms and conditions of probation/community control set forth in a separate order entered

herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be

satisfied before the defendant begins service of the supervision terms.**

___ It is further ordered that the sentence imposed for this count shall run _____ Consecutive to

___ Concurrent with (check one) the sentence set forth in count _____ above.

FILED IN OPEN COURT

THIS _17th_ DAY OF _March_, 19_94_

Fran Carlton, Clerk

BY _[signature]_ D.C.

CONSECUTIVE/
CONCURRENT

Defendant _Nadine Lee Delong_    Case Number _CR 92-0390_

# SPECIAL PROVISIONS

### (As to Count _One_)

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**
**Capital Offense**
___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Continuing Criminal Enterprise**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
X It is further ordered that the defendant shall be allowed a total of _219_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Defendant _Roslie Lee Boling_    Case Number _CR 90-8390_

**Other Provisions, continued:**

**Consecutive/Concurrent**
**As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent**
**As To Other Convictions**

_____ It is further ordered that the composite term of all sentences imposed for
the counts specified in this order shall run
(check one) _____ consecutive to _____
with the following:
(check one) _____ concurrent

_____ any active sentence being served.

_✓_ Specific sentences: _CRA 90-1571 & CRA 90-7569_

In imposing the above sentence, the court further recommends _____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

In the event the above sentence is to the Department of Corrections, the Sheriff of _ORANGE_
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this judgment and sentence and any other
documents specified by Florida Statute.

DONE AND ORDERED in open court at _____ **ORANGE** _____ County, Florida,

this _17_ day of _March_ 19_94_.

_____
Judge

I HEREBY CERTIFY
that the above...
STATE OF FLORIDA
...original filed in this office
ORANGE COUNTY
...the records of the
...PAULA BARBER, Clerk Circuit Court

Dated 3/17

By _____ D.C.

32-60 (7/92)

COURT MINUTES  ☑ ORDER (PLEA/SENTENCING/RELEASE)

STATE OF FLORIDA

vs

CHARGED WITH: _Robbie Lee Parker_
1) _Att. Robery_
2) _Poss Firearm_

IN THE CIRCUIT COURT IN AND FOR ORANGE
COUNTY, FLORIDA

CASE _CR92-3990_
DIVISION _15_

COURT OPENED AT _8:30A_  _10.1.92_   HONORABLE _V V Brat_   JUDGE

ASSISTANT PUBLIC DEFENDER _____

COURT REPORTER _D. Gundeson_   COURT DEPUTY _____

ASSISTANT STATE ATTORNEY _B. McCoy_

This case came on this date for ___ Plea ☑ Sentencing ___ Trial ___ Pre-Trial.

The Defendant was ___ present, ___ not present, ☑ present with Counsel _B. Kinane_

Plea of not guilty withdrawn. ___ Defendant t'fied and found guilty of: ___ Defendant sworn and pled ___ Guilty to: ___

___ Nolo contendere to: _____

SENTENCING:

Defendant reserves right to appeal ___ Adjudication of guilt withheld, finding of guilt entered.

Defendant adjudged guilty.  ___ $5.00 C.C.  ___ $50.00 C.C.F.  ___ $200.00 C.J.T.F.  or  ___ $60.00 C.J.T.F.(27.3455)

P.S.I. ORDERED. It is hereby Ordered that the Department of Corrections submit P.S.I. or a scoresheet of Defendant and deliver a written report of same to the undersigned Judge within two working days before sentencing. STATUS _____

Sentencing set for _____ , 19___ , at _____ .M., Courtroom _____

P.S.I. Bond set at _____ .  ___ P.D.R. ORDERED.  ___ P.S.I. waived.

SENTENCE:

_Defendant adjudged guilty._  ☑ $3.00 C.C.  ☑ $30.00 C.C.F.  ☑ $200.00 C.J.T.F. (27.3455) or ___ $50.00 C.J.T.F.

_3 yrs DOC — CR04 to CR90-8663_
_4-8 WP w/d in open court_

_Pay not to refuse_
_No DOC w/d in open court_

SENTENCING:

Adjudication of guilt was withheld, a finding of guilt entered.
_Defendant adjudged guilty._

RELEASE - Defendant is Ordered released from custody as to this case only.

ORDERED THIS _____ day of _____ , 199_.

_Oct_

STATE OPEN FLORIDA, ORDERED THIS _____ day of _____ , 199_.

FILED IN OPEN COURT THIS _____ DAY OF _____
FRAN CARLTON, Clerk of the Circuit County Courts.

by: _____
DEPUTY CLERK in attendance.

COURT RECESSED at _10:10 Am  10.2.92_

32-60(b)  (7-92)

_____ CIRCUIT JUDGE

Distribution:
☒ Surety/Cash Bond
☒ Defendant
☒ Probation/Parole
___ Court Deputy
___ S.O. on

IN THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

COURT OF THE

STATE OF FLORIDA

vs.

CASE NO. _CR 92 - 3990_

DIVISION _____

FILED IN OPEN COURT
THIS _2_ DAY OF _Oct_, 192_
Fran Carlton, Clerk
BY _J. Shields_ D.C.

THE STATE OF FLORIDA enters a Nolle Prosequi in the

above-entitled action as to _ct II petit theft oft_

**NOLLE PROSEQUI**

I do certify that a copy hereof has been furnished to

by (delivery)(mail) this _21_ day of _Oct_, 192_

LAWSON LAMAR
State Attorney

By: _Carolyn Von Fest_
Print Name: _Carolyn Von Fest_
Florida Bar No. _462680_
Assistant State Attorney
Post Office Box 1673
Orlando, Florida  32802-1673
Telephone:  (407)836-2400

_____  Exculpatory info. received
_____  Formerly placed in jeopardy
_____  Case to be refiled
_____  Key evidence suppressed
_____  Unable to locate key witness
_____  Key witness problems--civilian
_____  Key witness problems--LEO
_____  Pled to another case or count
_____  Other

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
FRAN CARLTON GARDNER, Clerk Circuit Court

Dated _3-20-06_    BY _____ D.C.

cc:  State Attorney
     Counsel for Defendant

29-141 (6/91)

32-34  (8/92)

In the Ci..it Court, ___ Ninth ___ Judicial Circuit,

in and for ___ Orange ___ County, Florida

Division ___ 15

Case Number CR-92-3990

___ Probation Violator

___ Community Control Violator

___ Retrial

___ Resentence

State of Florida

v.

Bodevic Lee Belvis
Defendant

FILED IN OPEN COURT
THIS 10 DAY OF Sept. 1992
Fran Carlton, Clerk
By J. Bechtold D.C.

## J U D G M E N T

The defendant, Bodevic Lee Belvis ___, being personally before this court
represented by B. Kisane ___, the attorney of record, and the state
represented by Vogant ___, and having

___ been tried and found guilty by jury/ by court of the following crime(s)

___ entered a plea of guilty to the following crime(s)

___ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| One | Attempted Forgery | 831.02-63 | 503.1065 | |
| Two | Petit theft | 812.014 | M.2 | |
| | | 2.D | | OR4462 PG3161 |

421.7875 ORANGE CO. FL.
09/18/92    11:36:11am

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating
to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to sub-
mit blood specimens.

X and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and good cause being shown:    IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page 1 of 2



State of Florida

v.

Rodrick Lee Belcher

Defendant

Case Number CR92-3990

**FINGERPRINTS OF DEFENDANT**

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, _Rodrick Lee Belcher_, and that they were placed thereon by the defendant, in my presence in open court this date.

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,

this _____ day of _____ 19___.

_____
Judge

_____
Name

_____
Title

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.

Dated 8-22

LYDIA GARDNER, Clerk Circuit Court

By _____ D.C.

32-37 (7/92)

Page 2 of 2

RECORDED & RECORD VERIFIED
Martha Haynie
County Comptroller, Orange Co. FL

OR4462 PG3162

Probation Violator

Community Control Violator

Retrial

Resentence

In the Ci___ t Court, Ninth___ Judi___ Circui___,

in and for ___ Orange ___ County, Florida

Division 15

Case Number CR 92 - 11046

State of Florida

v.

Defendant Roderic Boling

FILED IN OPEN COURT '93

THIS 2 DAY OF Aug.

Fran Carlton Clerk

By ___ D.C.

J  U  D  G  M  E  N  T

The defendant, Roderic Boling , being personally before this court
represented by B. Kinane , the attorney of record, and the state
represented by C. Tankard , and having

___ been tried and found guilty by jury/ by court of the following crime(s)
___ entered a plea of guilty to the following crime(s)
✗ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| 1 | Uttering Forgery | 831.02 | F3 | 5517754 |

44292242 ORANGE CO., FL.
04/13/93   08:28:40am

OR4548 PG3327

✗ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating
to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to sub-
mit blood specimens.

___ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

32-34 (8/92)

Page 1 of 2



State of Florida
v.
Roderic Boling
Defendant

Case Number CR92-11646

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____
Name

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, Roderic Boling and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in _____ County, Florida,
this _____ day of April 19 73.

ORANGE

_____
Judge

Title
ofc OCSO

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
Dated _____
_____ Clerk Circuit Court
_____ D.C.

RECORDED & RECORD VERIFIED
Martha Haynie
County Comptroller, Orange Co. Fla.

OR4548 PG3328

32-37 (7/92)

*[handwritten across top: "CASE NO action taken - Prev filed"]*

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

vs.

CASE NO. CR92-11646

DIVISION ___ 15

RODERIC BOLING

**NOLLE PROSEQUI**

THE STATE OF FLORIDA enters a Nolle Prosequi in the

above-entitled action as to __CT.2 = PETIT THEFT__

I do certify that a copy hereof has been furnished to

PUBLIC DEFENDER, 1 N. ORANGE AVE. SUITE 500, ORLANDO, FL 32801

by (delivery) (mail) this __2__ day of __April__ , 199 _3_ .

LAWSON LAMAR
State Attorney

By: *[signature]*

Print Name: __CAROLYN VAN ZANT__

Florida Bar No. __402620__

Assistant State Attorney

Post Office Box 1673

Orlando, Florida  32802-1673

Telephone:  (407)836-2400

Reasons (checklist):
- ___ Exculpatory info. received
- ___ Formerly placed in jeopardy
- ___ Case to be refiled
- ___ Key evidence suppressed
- ___ Unable to locate key witness
- ___ Key witness problems--civilian
- ___ Key witness problems--LEO
- _41_ Pled to another case or count
- ___ Other

cc:  State Attorney
     Counsel for Defendant
29-141 (6/91)

STATE OF FLORIDA, COUNTY OF ORANGE    I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

Dated __3-3-9__

LYDIA GARDNER, Clerk Circuit Court
By *[signature]* D.C.

*[seal: CLERK OF CIRCUIT COURT * ORANGE COUNTY * FLORIDA]*

*[stamp: FILED IN OFFICE CRIMINAL DIVISION 93 AUG 27 PM 3:45 FRAN CARLTON CLERK OF CIRCUIT COURT ORANGE COUNTY, FL]*

Defendant _Josephine Doe_   Case Number _CR 92-11654_   BTS Number _551795-4_

## SENTENCE

### (As to Count _One_ )

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _Jm. Gilson_ , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

\_\_\_\_ and the Court having on _____ deferred imposition of sentence until this date.
                                (date)

## IT IS THE SENTENCE OF THE COURT THAT:

\_\_\_\_ The defendant pay a fine of $ _____ , pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

_(✓)_ The defendant.

\_\_\_\_ and the Court having previously entered a judgment in this case on _____ now resentences
                                                                           (date)
the defendant.

_(✓)_ and the Court having placed the defendant on _(probation/community control)_ and having subsequently revoked the defendant's _(probation/community control)_.

\_\_\_\_ The defendant is hereby committed to the custody of the Sheriff of _____ **Orange** _____ County, Florida.

\_\_\_\_ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

\_\_\_\_ For a term of natural life.

_(✓)_ For a term of _3 1/2 years_

\_\_\_\_ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

**IN A "split" sentence, complete the appropriate paragraph.**

\_\_\_\_ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

\_\_\_\_ However, after serving a period of _____ imprisonment in _____ , the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

\_\_\_\_ It is further ordered that the sentence imposed for this count shall run _____ Consecutive to
\_\_\_\_ Concurrent with (check one) the sentence set forth in count _____ above.

**CONSECUTIVE/**
**CONCURRENT**

32-33 (7-92)

FILED IN OPEN COURT
THIS _12_ DAY OF _March_ , 19 _94_
Fran Carlton, Clerk
BY _____ , D.C.

Defendant _____   Case Number CR. 2-1164C

## SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087s, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1., Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent**
**Felony Offender**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement**
**Protection Act**
___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle,**
**Shotgun, Machine Gun**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing**
**Criminal Enterprise**
___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction:**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
✓ It is further ordered that the defendant shall be allowed a total of _219_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30  (7-92)

Page _2_ of _3_

Defendant _Yadira Bolis_    Case Number _CFA 92-1146_

**Other Provisions, continued:**

**Consecutive/Concurrent As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent As To Other Convictions**

_X_ It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run (check one) _____ consecutive to _X_ concurrent with the following: (check one)

_____ any active sentence being served.

_X_ Specific sentences: _CC92-3990 , CFA 90-1571_

_9t CFA 90-1549_

In imposing the above sentence, the court further recommends _____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In the event the above sentence is to the Department of Corrections, the Sheriff of **ORANGE** County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

DONE AND ORDERED in open court at **ORANGE** County, Florida,

this _17_ day of _March_ , 19_94_.

_signature_
Judge

STATE OF FLORIDA, COUNTY OF ORANGE

I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office

LYDIA GARDNER, Clerk Circuit Court

Dated _3, 2000_    By _signature_ D.C.

32-40 (7/92)

Page _3_ of _3_

In the Circuit ( _____ , _____ ) 2ND _____ Judicial Circuit,

in and for _____ LEON _____ County, Florida

Division _____ FELONY _____

Case Number _____ 93-1573AF _____

State of Florida

v.

RODERIC L. BOLING

Defendant

_____
_____
_____
_____

Probation Violator

Community Control Violator

Retrial

Resentence

## JUDGMENT

The defendant, _____ RODERIC L. BOLING _____ being personally before this court

represented by _____ C. MCLEOD _____ the attorney of record, and the state

represented by _____ P. VILLENEUVE _____ and having

_____ been tried and found guilty by jury/by court of the following crime(s)

_____ entered a plea of guilty to the following crime(s)

_____ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|-------------|
| 5 | FAILURE TO APPEAR | 843.15(1A) | FEL. 3 | 93-1573AF | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to
sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit
blood specimens.

_____ and good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page 1 of 2

79

State of Florida
v.

Defendant

RODERIC L. BOLING

Case Number _____  93-1573AF



## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _Katherine Bradham_

_Katherine Bradham_
Name

_Deputy Sheriff_
Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant,

RODERIC L. BOLING

and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in LEON
this ____ day of _March_ 19__, _____ County, Florida.

_____
Judge

Page 2 of 2

A Certified Copy
Attest

**Bob Inzer**
Clerk Circuit Court
Leon County, Florida

By: _____
D.C.

80

Defendant  RODERIC L. BOLING                    Case Number    93-1573AF            OT            Number _____

## SENTENCE

(As to Count ___5___)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable.)

_____    and the Court having on _____ (date) _____ deferred imposition of sentence until this date

_____    and the Court having previously entered a judgment in this case on _____ (date) _____ now resentences the defendant

_____    and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

## Is The Sentence Of The Court that:

_____    The defendant pay a fine of $_____ pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

_____    The defendant is hereby committed to the custody of the Department of Corrections.

_____    The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

_____    The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

## To Be Imprisoned (Check one; unmarked sections are inapplicable,):

_____    For a term of natural life.

_____    For a term of  *3 years + 238 days*

_____    Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

"split" sentence, complete the appropriate paragraph.

_____    Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

_____    However, after serving a period of _____ imprisonment in _____ the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

C.   MCLEOD

Page ___ of ___

81

Defendant ____ RODERIC L. BOLING ____   Case Number ___ 93-1 ___ AF ___

## SPECIAL PROVISIONS

(As to Count ___ 5 ___)

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

**Firearm**
— It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
— It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**
— It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
— The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**
— The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**
— It is further ordered that the defendant shall serve a minimum of ____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
— It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**
— It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**
— It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

### Other Provisions:

**Retention of Jurisdiction**
— The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
√ It is further ordered that the defendant shall be allowed a total of _114_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
— It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Defendant _____ RODERIC L. BOLING _____    Case Number ____ 93-1 ____ AF ____

**Other Provisions, continued:**

Consecutive/Concurrent
As To Other Counts

_____ It is further ordered that the sentence imposed for this count shall run

(check one) _____ consecutive to _____ concurrent

with the sentence set forth in count _____ of this case.

Consecutive/Concurrent
As To Other Convictions

_____ It is further ordered that the composite term of all sentences imposed for the counts

specified in this order shall run

(check one) ✓ consecutive to _____ concurrent

with the following:

(check one)

_____ ✓ any active sentence being served.

_____ specific sentences: _____

_____ _____

_____ _____

_____ _____

In the event the above sentence is to the Department of Corrections, the Sheriff of ____ LEON ____

County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility

designated by the department together with a copy of this judgment and sentence and any other documents specified by

Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within

30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal

at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends _____

_____ _____

_____ _____

DONE AND ORDERED in open court at ____ LEON ____ County, Florida,

This ___ 8 ___ day of ____ March ____ 19 _95_

_____ Judge

A Certified Copy
Attest:

**Bob Inzer**
Clerk Circuit Court
Leon County, Florida

By: _____ D.C.

Page ___ of ___

83