## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 06-228 (ESH) |
| : | |
| v. : | |
| : | |
| **JEFFREY S. MILLS** : | |
| **RODERIC L. BOLING; AND** : | |
| **ANNA BOLING,** : | |
| : | |
| **Defendants.** : | |

## ORDER

After having considered defendant Anna Boling's Motion for Sanctions, the United States' Memorandum in Opposition, and the entire record in this matter, it is hereby ORDERED that the defendant's Motion for Sanctions is DENIED.

**SO ORDERED** this _____ day of _____, 2007.


_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
    AUSA Tejpal Chawla
    AUSA Jonathan R. Barr
    Thomas Abbenante
    Robert O. Switzer
    Joanne Roney Hepworth