UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Cr. No.  06-228-01 (ESH/JMF) |
| | ) |             06-228-02 (ESH/JMF) |
| Jeffrey S. Mills, | ) |             06-228-03 (ESH/JMF) |
| Roderic L Boling, and | ) | |
| Anna Boling | ) | |
| _____ | ) | |

## JOINT DEFENSE MOTION FOR CONTINUANCE

Defendants Jeffrey S. Mills, Roderic L. Boling, and Anna Boling, through undersigned counsel, jointly move the Court to continue the trial date in this case, which is tentatively set for July 2, 2007, to an available date after October 1, 2007.  In support of this motion, defendants rely on the following points and authorities.

This is a complex matter that involves charges of conspiracy, mail/wire fraud, and securities fraud.  The Government has advised the Court and counsel that it has some 60 witnesses and it estimates that the trial will take 5-6 weeks all told.  The Government has a repository of tens of thousands of documents that it has/is disclosing to the defense in discovery.  These documents occupy some 42 CDs.

At a status hearing on April 10, 2007, the Court replaced appointed counsel for Ms. Boling and Leslie McAdoo entered her appearance as new counsel for Ms. Boling.  The Court also postponed the trial date, which had

been scheduled for April 30, 2007, because Ms. McAdoo could not prepare for trial in such a short period of time. Given the projected length of the trial, the need to utilize a special jury panel, and the other demands on the Court's trial calendar, it was difficult to find alternative time slots on the Court's trial calendar during the remainder of 2007. Ultimately, the Court set July 2, 2007, as the tentative trial date.

Upon reflection and discussion, counsel for all three defendants have concluded that it would be very difficult, and likely impossible, for them to be adequately prepared for trial by July. There are two principal reasons. First, the volume of discovery is so great that it will be difficult to review and properly master by July. Second, the defendants plan to call one or more experts from academia, and having made inquiry as to their availability, it is very difficult to secure the cooperation in preparation and appearance of academics during the summer months.

In order to properly prepare the defense, counsel need several more months beyond July. They can be ready by October 1, 2007. Counsel understand that the Court already has an even longer, multiple-defendant criminal case set for October that may last up to two months. Thus, realistically, a postponement of the trial in this case may push it into the early part of 2008. That outcome is acceptable to the defense and would not prejudice the rights of the Government or the community. None of the defendants is incarcerated and none presents any danger to the community

or risk of flight. All three defendants are prepared to waive their speedy trial rights in order to obtain the additional time that counsel believe is needed to adequately prepare for the defense of this case.

WHEREFORE it is respectfully requested that this motion be granted and that the Court continue the trial date to an available date after October 1, 2007 mutually available to the Court, the Government and the Defense.

Respectfully submitted,

/s/ Leslie McAdoo
Leslie McAdoo
Bar # 456781
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293 0534 telephone
(202) 318-3005 facsimile
Counsel for Anna Boling


/s/ Thomas Abbenante
Thomas Abbenante
Bar #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
(202) 223-6539 telephone
Counsel for Roderic L. Boling


/s/ Robert O. Switzer
Robert O. Switzer
(Admitted *pro hoc vice*)
111 Soledad Street
Suite 1200
San Antonio, TX 78205
Counsel for Jeffrey S. Mills

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of April 2007, a copy of the foregoing Joint Defense Motion for Continuance was served electronically to:

Jonathan Barr
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530

Robert O. Switzer
111 Soledad Street
Suite 1200
San Antonio, TX 78205

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

/s/ Leslie McAdoo
Leslie McAdoo