UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 06-00228 (ESH) |
| JEFFREY S. MILLS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

To enable the Court to try a case at the end of June, and to permit Ms. McAdoo to complete a trial in the Eastern District of Tennessee before the start of trial in this case, it is hereby ordered that trial shall commence on July 9, 2007, at 9:30 a.m.

                                                      s/
                                 ELLEN SEGAL HUVELLE
                                 United States District Judge

Date:   April 19, 2007