UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | |
| ANNA BOLING | : | |
| | : | |
| Defendants | : | |

**UNOPPOSED MOTION OF THE UNITED STATES TO EXCLUDE THE PERIOD OF DELAY FROM APRIL 30, 2007, THROUGH JULY 9, 2007, FROM THE SPEEDY TRIAL ACT COMPUTATION OF TIME FOR COMMENCEMENT OF TRIAL**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia moves pursuant to 18 U.S.C. § 3161(h) to exclude the period of delay from April 30, 2007, through the currently scheduled trial date of July 9, 2007, from the computation of time under the Speedy Trial Act within which trial of the offenses charged in the above captioned matter must be commenced.  Counsel for each of the defendants has been contacted, and all counsel have represented that their clients consent to the granting of the Unopposed Motion of the United States to Exclude the Period of Delay from April 30, 2007, through July 9, 2007, from the Speedy Trial Act Computation of Time for Commencement of Trial.  For the reasons set forth below, the United States respectfully requests that the Unopposed Motion of the United States to Exclude the Period of Delay from April 30, 2007, through July 9, 2007, from the Speedy Trial Act Computation of Time for Commencement of Trial be GRANTED.

I.      BACKGROUND

On July 27, 2006, a Grand Jury, sitting in the District of Columbia, returned a nine count indictment charging defendants Jeffrey S. Mills, Roderic L. Boling, and Anna Boling with one count of conspiracy to commit wire fraud and securities fraud, one count of securities fraud, and seven

counts of wire fraud. The defendants voluntarily surrendered in Orlando, Florida on August 1, 2006, and appeared for the first time in this Court on August 22, 2006 for arraignment. At the August 22, 2006 arraignment, all three defendants indicated that they were attempting to retain private counsel to represent them, and all three defendants waived application of the Speedy Trial Act for the time period of August 22, 2006, through the status hearing scheduled for September 14, 2006, so that they could attempt to obtain counsel of their choice. The Honorable Alan Kay, Magistrate Judge, found that the ends of justice were served by allowing the 23 day delay in the 70 day Speedy Trial Act time limit for the commencement of trial, and that the ends of justice outweighed the interest of the public and defendants in a speedy trial. Accordingly, Magistrate Judge Kay excluded 23 days from the computation of time under the Speedy Trial Act within which trial of the instant offenses must be commenced. After the September 14, 2006 status hearing, this court made an ends of justice finding and excluded the 41 days from the September 14, 2006 status hearing to the next scheduled status hearing on October 25, 2006, from the computation of time under the Speedy Trial Act within which trial of the instant offenses must be commenced.

On October 24, 2006, the Court continued the October 25, 2006 status hearing to November 3, 2006. At the November 3, 2006 status hearing the Court set a trial date of April 30, 3007. In addition, the parties filed a Joint Motion to Exclude the Period of Delay from October 25, 2006, through the April 30, 2007 trial date from the Speedy Trial Act Computation of Time for Commencement of Trial. On November 6, 2006, the Court made an ends of justice finding and granted the parties Joint Motion to Exclude Time from October 25, 2006, through April 30, 2007.

At the April 10, 2007 pre-trial status hearing, the Court granted the Motion of Attorney Joanne Hepworth to withdraw as counsel for defendant Anna Boling, and granted the request of defendant Anna Boling to continue the April 30, 2007 trial date to July 2, 2007 so that new counsel

Leslie S. McAdoo could enter an appearance on behalf of defendant Anna Boling. The United States, defendant Roderic Boling and defendant Jeffrey Mills did not oppose the continuance to July 3, 2007, and all agreed that the continuance was necessary. At the April 10, 2007 pre-trial status hearing the Court did not make an ends of justice finding for excluding additional time from the Speedy Trial Act computation of time for commencement of trial.

On April 14, 2007, all defendants filed a Joint Motion for an additional continuance of the July 2, 2007 trial date to an available date after October 1, 2007. In this motion, defendants represented that they were all willing to waive their speedy trial right in order to obtain an additional continuance. On April 17, 2007, the Court denied the defendants' joint motion for continuance, but on April 19, 2007, the Court continued the trial to July 9, 2007.

As the Government has previously informed the Court, the evidence gathered during the investigation is voluminous. The government proffers that more than 30 hard drives were obtained during the investigation, and estimates that more than 26,000 pages of discovery has been turned over to the defendants. The government has also turned over numerous CD-ROM disks to the defendants during discovery. The government currently estimates that trial in this matter, which involves allegations of conspiracy and securities fraud, will take several weeks and will involve the testimony of numerous witnesses.

II.     DISCUSSION

The government and the defendants agree that based upon the voluminous amount of discovery in this case, the anticipated length of trial, and the nature of the prosecution, this is a complex and unusual case for which it is unreasonable to expect adequate preparation for the trial within the limits established by 18 U.S.C. § 3161 by counsel exercising due diligence. The United States has contacted counsel for each defendant who have represented that they have conferred with

their respective clients, and that each defendant agrees that it would be in his/her best interest for commencement of trial to be delayed beyond the seventy day period specified in the Speedy Trial Act, 18 U.S.C. § 3162 et. seq., so that counsel and the defendants can be adequately prepared to proceed at trial.  As the Court is aware from information provided at the Status Hearing on April 10, 2007, and information contained in the defendants' joint motion to continue, delay of commencement of trial to July 9, 2007, was also necessary in order to allow defendant Anna Boling the ability to have Leslie McAdoo serve as her counsel.  The government, counsels for the defendants, and the defendants agree and represent to the Court that the ends of justice will be served by delaying commencement of trial for an additional 70 days (from April 30, 2007, through July 9, 2007) beyond the 70 day Speedy Trial Act time limit for commencement of trial; and that the ends of justice outweigh the defendants' and the public's interests  in a more speedy trial date.  Accordingly, without opposition, the government moves this Court to issue an order, pursuant to 18 U.S.C. §§ 3161(h)8(A), (h)(8)(B)(ii) and (h)(8)(B)(iv), declaring this matter to be a complex case, and excluding the period of delay from April 30, 2007, through the currently scheduled trial date of

July 9, 2007, from the computation of time under the Speedy Trial Act within which the trial of the offenses charged in the above captioned matter must commence.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        _____
        Jonathan R. Barr
        ASSISTANT UNITED STATES ATTORNEY
        Bar No. 437334
        Tejpal Chawla
        ASSISTANT UNITED STATES ATTORNEY
        Bar No. 464012
        555 4th Street, N.W., Room 5241
        Washington, DC 20530
        (202) 514-9620 (Barr)
        (202) 353-2442 (Chawla)

## CERTIFICATE OF SERVICE

_____ I hereby certify that I have on this 30th day of April 2007 caused a copy of the forgoing Unopposed Motion of the United States to Exclude the Period of Delay from April 30, 2007, through July 9, 2007, from the Speedy Trial Act Computation of Time for Commencement of Trial to be served via ECF to the following Counsel for the defendants:

    Leslie S. McAdoo, Esq., Counsel for defendant Anna Boling

    Thomas Abbenante, Esq., Counsel for defendant Roderic L. Boling

    Robert O. Switzer, Esq., Counsel for defendant Jeffrey S. Mills

        _____
        JONATHAN R. BARR
        ASSISTANT UNITED STATES ATTORNEY