UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

After having considered the Government's Motion in *Limine* to Present Evidence of the Financial Status of Defendants' Anna and Roderic Boling, any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED and that the government be permitted to introduce evidence of the financial status of Defendants' Anna and Roderic Boling at trial.

**SO ORDERED** this _____ day of _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
   AUSA Tejpal Chawla
   AUSA Jonathan R. Barr
   Thomas Abbenante
   Carlos J. Vanegas
   Leslie McAdoo