**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **Cr. No. 06-228-01 (ESH/JMF)** |
| | § | |
| **JEFFREY S. MILLS,** | § | |
| **Defendant** | § | |

**DEFENDANT'S  DESIGNATION OF EXPERT WITNESS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant, Jeffrey S. Mills, Movant herein and files this his Designation of Expert witness as follows:

I.

Mr. Robert W. Lowry

19228 Charandy Drive

Leesburg, VA 20175

Business number (703) 737-3167

Facsimile number (703) 737-3169

Email address rwlowry@anent.com

Respectfully submitted,

/S/ ROBERT O. SWITZER
ROBERT O. SWITZER
State Bar No. 19590300
111 Soledad St. Suite 1200
San Antonio, TX 78205
(210) 490-1207 Telephone
(210) 299-1482 Facsimile
Attorney for JEFFREY S. MILLS

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 4th day of June, 2007, a copy of the foregoing Defendant's

Designation of Expert Witness was served electronically to:


Mr. Jonathan Barr
Assistant United States Attorney
555 Fourth Street, N.W.
Room 5919
Washington, DC 20001
(202) 514-9620

Mr. Tejpal Singh Chawla
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 514-7630


                                        /S/ ROBERT O. SWITZER
                                        ROBERT O. SWITZER