UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT MOTION FOR EXTENSION OF TIME FOR FILING
PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
AND MEMORANDUM IN SUPPORT THEREOF**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby flies this Motion for Extension of Time for Filing Proposed Jury Instructions and Verdict Forms. As basis for this motion the Government asserts the following:

On May 22, 2007, this Court ordered the United States to produce its proposed exhibit list, list of witnesses, list of co-venturers/co-conspirators, identify all statements by said co-venturers/co-conspirators who are not testifying, identify and produce all Jencks and *Giglio* information for all of its witnesses, and submit proposed jury instructions and a verdict form by June 14, 2007 at 9:00 am. Since that date the Government has reviewed several thousand pages of documents and materials, and has diligently been working to meet this Court's deadlines. However, Government counsel does not believe it can complete its proposed jury instructions and verdict forms by June 14, 2007 by 9:00 am. The Government believes it can submit a copy of proposed jury instructions and verdict forms by Thursday June 21, 2007. Government counsel has contacted defense counsel about this request, and Mr. Abbenante and Ms. McAdoo do not oppose the Government's request. The Government has not yet received a response from Mr. Switzer.

The Government understands that Ms. McAdoo's trial in Tennessee has been continued so that additional time exists for counsel to meet on this matter prior to trial, and that there will be no prejudice to any party in granting this continuance.

## **CONCLUSION**

The government hereby respectfully requests that it be permitted to submit its proposed jury instructions and verdict form by June 21, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia


By: _____/s/_____
TEJPAL S. CHAWLA
D.C. Bar No. 464012
Jonathan R. Barr
D.C. Bar No. 437334
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2442 (Chawla)
(202) 514-9620 (Barr)

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Government's Motion for Extension of Time for Filing Proposed Jury Instructions and Verdict Forms and Memorandum Thereof served via ECF to defense counsel for the following defendants on this 13th day of June, 2007:

For Anna Boling
Leslie McAdoo, Esq.

For Roderic Boling
Thomas A. Abbenate, Esq.

For Jeffrey A. Mills
Robert O. Switzer, Esq.

                                                    /s/
                                    TEJPAL S. CHAWLA
                                Assistant United States Attorney