UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

After having considered the Government's Motion for Extension of Time for Filing Proposed Jury Instructions and Verdict Forms and Memorandum Thereof, it is hereby

ORDERED that:

The United States shall submit proposed jury instructions and voir dire by June 21, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
   AUSA Tejpal Chawla
   AUSA Jonathan Barr
   Thomas Abbenante
   Robert Switzer
   Leslie McAdoo