UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-228 (ESH) |
| v. | : | |
| **JEFFREY S. MILLS** | : | |
| **RODERIC L. BOLING; AND** | : | |
| **ANNA BOLING,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S PROPOSED EXHIBIT LIST

Attached as Exhibit 1 is the Government's Proposed Exhibit List which includes exhibits the Government *may* utilize in its case in chief. The Government expressly reserves its right to introduce additional materials not included on this list to rebut defenses or arguments raised by the defense, or to include newly obtained evidence. The Proposed Exhibit List also does not include demonstrative exhibits, or summary exhibits and charts which will summarize voluminous writings, documents, and records which are included in the Government's Exhibit List. As a result, the Exhibit List utilizes temporary exhibit numbers. The Government anticipates that it will likely modify the order of exhibits to streamline their presentation at trial. If the Government changes the order of its exhibits prior to trial it will provide a new exhibit list and a document key that will include the temporary exhibit number and the final exhibit number. The Government will submit a final list of exhibits with summary exhibits and charts prior to trial.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        for the District of Columbia

By:    _____s_____
        JONATHAN R. BARR
        D.C. Bar No. 437334
        TEJPAL S. CHAWLA
        D.C. Bar No. 464012
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2442 (Chawla)
        (202) 514-9620 (Barr)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2007, I have caused a copy of the Government's Proposed Witness List to be delivered electronically by ECF to the following counsel for the defendants:

Thomas Abbenante, Esq.

Robert O. Swtizer, Esq.

Leslie McAdoo, Esq.

_____
TEJPAL S. CHAWLA
ASSISTANT U.S. ATTORNEY