| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 1 | | Voicemail Recording: MAUG | 407.wav / KC-TBC-00001 | | | | |
| 2 | | Voicemail Recording: IVFH (A) rb_081104_PWRM.wav and (B) 01.wav | rb_806_live_01_old.wav / KC-TBC-00001 and 01.wav / A01151476 | | | | |
| 3 | | Voicemail Recording: PWRM (1) (A) rb_081104_PWRM.wav and (B) 02.wav | rb_081104_PWRM.wav / KC-TBC-00001 and 02.wav on A01151476 | | | | |
| 4 | | Voicemail Recording: FGWC (A) rb_081104_FGWC.wav and (B) 04.wav | rb_081104_FGWC.wav / KC-TBC-00001 and 04.wav / A01151476 | | | | |
| 5 | | Voicemail Recording: DNNI (A) rb_081104_DNNI.wav and (B) 03.wav on A01151476 | rb_081104_DNNI.wav / KC-TBC-00001 and 03.wav / A01151476 | | | | |
| 6 | | Voicemail Recording: PWRM (2) | TWRM.wav / KC-TBC-00001 | | | | |
| 7 | | Voicemail Recording: AMUT | AMUT.wav / KC-TBC-00001 | | | | |
| 8 | | Voicemail Recording: AMUT(2) | 08.wav on A01151476 | | | | |
| 9 | | Voicemail Recording: TWTN | TWTN.wav / KC-TBC-00001 | | | | |
| 10 | | Voicemail Recording: TWTN (2) | 07.wav on A01151476 | | | | |
| 11 | | Voicemail Recording: CRLU | 05.wav on A01151476 | | | | |
| 12 | | Voicemail Recording: MHPD | 06.wav on A01151476 | | | | |
| 13 | | Anna Boling (Debbie) Answering Message from 407-399-9810 | "Debbie Answering Message from 407-399-9810.wav," | | | | |
| 14 | | Anna Boling (Renee) Answering Message from 407-491-8093 | "Renee Answering Message from 407-491-8093.wav" | | | | |
| 15 | | Transcripts for "407.wav," "rb_0806_live_01_old.wav," "rb_081104_PWRM.wav," "rb_081104_FGWC.wav," "04.wav," "rb_081104_DNNI.wav," "TWTN.wav," "07.wav," "AMUT.wav," "08.wav," "TWRW.wav," "05.wav," "06.wav," "Debbie Answering Message from 407-399-9810.wav," "Debbie Answering Message from 407-491-8093.wav" | Stipulation #7 | | | | |
| 16 | | CD from Telephone Broadcast Company containing wave files and other files saved on Kathryn Corns computer with directory printout | CD-TBC-00001 | | | | |
| 17 | | CD containing wave files retrieved from Adam Folks' computer with directory printout | A01151476 | | | | |
| 18 | | Securities Exchange Commission Press Release 8/19/04 Announcing Investor Alert | DOJ000001-002 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 19 | | Securities and Exchange Commission Investor Alert | CD#55 and http://www.sec.gov/investor/pubs/wrongnumberscam.htm | | | | |
| 20 | | Telephone Broadcast Company Billing Records to WET/Direct Activation 7/04 | HO10015-006-SEC009532-549 | | | | |
| 21 | | Telephone Broadcasting Company electronic files (6) saved on Kathryn Corns' Computer (CD #33): da_dallas_081804.txt, da_dncdallas_dump_fer_roddy_0812.txt, daATL_dump_fer_Roddy_0812.txt, dish_dallas_081804.txt, dishatl_dump_fer_Roddy_0812.txt, dishPacifica_dump_fer_roddy_0812.txt | CD # 33 | | | | |
| 22 | | Telephone Broadcast Company Phone Records (UCN Phone Records) for 7/24/04-8/10/04 (Paper Copy) | CD # 31 | | | | |
| 23 | | Michael O'Grady Phone Address Book (CD # 38) | CD # 38 | | | | |
| 24 | | Email from Dawn Justice to Mike O'Grady 5/13/04 | HO10015-006-SEC009487-88 | | | | |
| 25 | | Email from Susan Cox to Carlos Rojas dated 9/30/04 | HO10015-006-SEC009321 | | | | |
| 26 | | <u>Securities Exchange Commission v. Michael O'Grady and Telephone Leasing Co.</u>: Consent of Defendant Michael O'Grady, Final Judgment as to Defendant Michael O'Grady, Consent of Defendant Telephone Leasing Co., Final Judgment as to Defendant Telephone Leasing Co. and Complaint (CD#39) | SEC00835-871 | | | | |
| 27 | | Telephone Broadcast Company Emails from Susan Cox re RB Campaign (CD ROM # 21) | DOJ00035O-356, HO10015-006-SEC009149 | | | | |
| 28 | | Telephone Broadcast Company Emails to Direct Activation and Roderic Boling re DS-3 Lease Agreement and Signed DS-3 Lease Agreement | HO10015-006-SEC009444-45, 9473, 417-419, HO10012-2005-2007 | | | | |
| 29 | | Telephone Broadcast Company Billing of Water Equipment Technology and Direct Activation 7/2004-8/2004 | HO10015-006-SEC009377-78, HO10015-006-SEC009308-9319 | | | | |
| 30 | | Telephone Broadcast Company Email from Kathryn Corns to Adam Folks dated 7/29/04 re Roddy_hush campaign | H10015-006-SEC009150 | | | | |
| 31 | | Telephone Broadcast Company Email from Kathryn Corns re RB Campaign (CD ROM # 21) | DOJ000354 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 32 | | Telephone Broadcast Company New Order Records for RB Campaigns: 7/25/04; 7/28/04; 7/29/04; 7/30/04; 8/1/04; 8/2/04 | HO10015-006-SEC009143-48 | | | | |
| 33 | | CD-Rom Disk bates labeled 2-TBC-00256 containing TBC produced emails | Previously made available to counsel | | | | |
| 34 | | New Order Emails (10) re RB Campaigns from Michael O'Grady's Computer: 7/28/04; 7/29/04; 7/30/04; 8/1/04; 8/2/04; 8/18/04 | Previously made available to counsel | | | | |
| 35 | | New Order Emails (3) re Direct Activation Campaign: 8/2/04 from Michael O'Grady Computer | Previously made available to counsel | | | | |
| 36 | | Telephone Broadcast Company Onebox Notifications for RB Campaigns 8/04 | HO10015-006-SEC099334-37, 342-368 | | | | |
| 37 | | Onebox Notifications for RB Campaigns from Telephone Broadcast Company, email production CD-ROM Bates labeled 2-TBC-00256 | DOJ000323-349 | | | | |
| 38 | | Onebox Notification emails (26) for RB Campaign from Michael O'Grady's Computer, Emails dated: 7/24/04; 8/11/04; 8/13/04; 8/17/04 and 8/18/04 | Previously made available to counsel | | | | |
| 39 | | Telephone Broadcast Company Onebox Notifications for Direct Activation Campaigns 7/04 | HO10015-006-SEC009370-75, 338-41, 324-25 | | | | |
| 40 | | Subscription information and toll records for Telephone Broadcast Company Onebox System toll free number | DOJ00357-359 | | | | |
| 41 | | Email notifications from notifications@onebox.com to support@telephonebroadcast.com for the dates of July 24, 2004, August 6, 2004, August 11, 2004, August 13, 2004, August 17, 2004, and August 18, 2004 | Obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of these email notifications are contained on Discovery Disk #21. | | | | |
| 42 | | Account Records for Jefferson Murray 7/04-8/04 | HO10015-004-SEC006622-34, 006634, 006852-715 | | | | |
| 43 | | Account Records for Frank Askin | CD# 57 | | | | |
| 44 | | Sprint Subscriber, toll, and billing Records for Anna and Roderic Boling (provided in CD # 30) | Disc. CD # 30 | | | | |
| 45 | | Photos of Telephone Broadcast Company and Money | 2DOJ000005-14 | | | | |
| 46 | | Bank of America Statement for Nomrah Records, Inc. DBA Direct Activation | BOA000001-70, DOL000047-66 | | | | |
| 47 | | Bank of America Account Records for Jeff Mills 6/1/06-10/1/04 | BOA000073-84 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 48 | | National Securities Corp. Account Records for Louis Steinmetz 7/04-9/04 | STE000044-87 | | | | |
| 49 | | Search Warrant Recovery Roderic Boling Computer (4) Emails from Joe Settecase to Roderic Boling on 7/8/04 | Previously made available to counsel | | | | |
| 50 | | Letter from Mark Stein on behalf of Emeril's Restaurants to Innovative Food Holdings, Inc. | EML000003-9 | | | | |
| 51 | | Invoices to Emerils Restaurants | IVFH000172-180 | | | | |
| 52 | | Email from Connie Fatina to Emerils | EML000014015 | | | | |
| 53 | | Cell phone subscriber and toll records for Joseph Camillo | CING000199-200, 207-239 | | | | |
| 54 | | Jovest Sunstate Account Statements | CAM000362-365, 428-432 | | | | |
| 55 | | Consulting Agreement between Coast Market Research and Progressive Media | GBM0010-17 | | | | |
| 56 | | Bellsouth Subscriber and toll records for Bayhill Partners Phone | BEL00001-293 | | | | |
| 57 | | Alltel Cellphone Subscriber and toll Records for Robert Esposito | ALT000210-211, ALT000251-310 | | | | |
| 58 | | Emails between Devin Bosch and Joseph Camillo | CAM00017-23 | | | | |
| 59 | | Telephone, Toll and Billing Records for Bay Hill Partners (Ray Burghard) 7/04-11/04 | SEC000704-842 | | | | |
| 60 | | Phone Numbers Recovered During Search Warrant of Jeffrey Mills' Home and Wallet | SW-MIL000269, SW-MIL000993 | | | | |
| 61 | | Verizon Wireless Telephone, Billing, and Toll Records for Jeffrey Mills and Certificate of Authenticity | VER000001-631 | | | | |
| 62 | | Empire Financial/Penson Financial Account Opening Documents for Jeffrey Mills | PEN00033-79 | | | | |
| 63 | | Cingular Telephone Subscription, Toll and Billing Records for Peter Veugeler | SEC00333-479 | | | | |
| 64 | | Search Warrant Recovery Roderic Boling Computer 7/13/04 email from Roderic Boling to Direct TV | Previously made available to counsel | | | | |
| 65 | | Search Warrant Recovery Roderic Boling Computer 5/01/04 email from Susan Cox to Roderic Boling | Previously made available to counsel | | | | |
| 66 | | Search Warrant Recovery Roderic Boling Computer Classmates.com Profile | Previously made available to counsel | | | | |
| 67 | | Search Warrant Recovery Roderic Boling Computer 7/13/04 email from Telephone Leasing Company with invoices, and 7/28/04 email from Telephone Leasing Company with invoices | Previously made available to counsel | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 68 | | Search Warrant Recovery Roderic Boling Computer: email from Joe Settecase to Anna Boling with Recording Instruction 9/8/04 | Previously made available to counsel | | | | |
| 69 | | Search Warrant Recovery: Roderic Boling Computer email from Roderic Boling forwarding email from Joe Settecase 7/8/04 | Previously made available to counsel | | | | |
| 70 | | Search Warrant Recovery: Roderic Boling Computer email from Roderic Boling to Anna Boling- 7/8/04 | Previously made available to counsel | | | | |
| 71 | | Search Warrant Recovery: Roderic Boling Computer website hits for PWRM: 612.htm; 404.htm; 455.htm; 936.htm; 308.htm; 394.htm; 606.htm; | Previously made available to counsel | | | | |
| 72 | | Search Warrant Recovery: Roderic Boling Computer Website hits for MAUG: 936.htm; 581.htm; 239.htm; 718.htm | Previously made available to counsel | | | | |
| 121 | | Search Warrant Recovery: Roderic Boling Computer: Internet Explorer History 2004 | Previously made available to counsel | | | | |
| 73 | | Power 3 Medical Website, and Press Releases (selected) | CD # 42 | | | | |
| 74 | | Maui General Store materials, website, Press Releases and SEC filings | CD # 42 | | | | |
| 75 | | Handwritten Notes by Jeffrey Mills of MHPD Stock Promotion | SW-MIL000324-325, SW-MIL000350 | | | | |
| 76 | | Memo to Sunstate Equity from Jeffrey Mills | SW-MIL600346 | | | | |
| 77 | | July 9, 2004 Agreement between Jeffrey Mills and Trendline, Inc. for $35,000 | SW000445 | | | | |
| 78 | | AT&T Prepaid Phone Package and Instructions | SW-MIL00002-004, SW-MIL00006 | | | | |
| 79 | | File "Roddy_hush_0801_RTF" from Kathryn Corns' Computer | CD # 33 | | | | |
| 80 | | Roderic Boling Cell Phone Contacts List | BOL000001-008 | | | | |
| 81 | | Nextel Cellular Phone Records for Direct Activation (Roderic Boling) 321-436-1468 | CD #55 | | | | |
| 82 | | Metron North America v. Nomrah Records, Inc. d/b/a Direct Activation, Roderic Boling and Anna Boling Default Judgments | BOL 000710-711, BOL000745-746 | | | | |
| 83 | | CNBC News Story 8/19/04 on Street Signs | CD # 48 | | | | |
| 84 | | CNBC News Story 8/19/04 on Power Lunch | CD # 47 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 85 | | 8/20/04--CBS Evening News Story--video and transcript | CD # 45 | | | | |
| 86 | | Deposition of Anna August Boling 8/4/2005 | CD # 32 | | | | |
| 87 | | July 23, 2004 Complaint in DSI Distributing Inc. v. Nomrah Records d/b/a Direct Activation and Roderic Lee Boling | HO-012-20434-454 | | | | |
| 88 | | Washington Mutual Bank Account Statements and Records for Water Equipment Technologies of CF Inc.; Roderic Boling; and Anna August Boling; for 6/04-10/04 | WMB000002-22; 35-49; 67-71; 133; 141-142; 154; 168; 188-190; 224; 366 | | | | |
| 89 | | Deposition of Roderic Boling, 8/8/2004 | BOLDEP000001-2 | | | | |
| 90 | | Telephone Subscriber Records for Mike Hale | HO10015-006-SEC010072-92 | | | | |
| 91 | | Cingular Wireless Subscriber, Billing, and Toll Cell Records for Stephen Tebo | SEC000595-634 | | | | |
| 92 | | Roderic Boling Discover Card Statements and Charge Records, and Certificate of Authenticity 6/04-9/04 | DIS000042-48, DIS000062-69 | | | | |
| 93 | | Shareholder's List for PWRM | PWRM000467-538 | | | | |
| 94 | | Anna Boling Citi Platinum Card Statements 7/04-9/04 | CIT000077-82 | | | | |
| 95 | | Roderic Boling AT&T Universal Card Statements 7/04-9/04 and Certificate of Authenticity | CIT000001-13 | | | | |
| 96 | | Roderic Boling Signature Card and Chase Credit Card Statements 5/04-9/04 | JPM000003-8 | | | | |
| 97 | | AMUT Press Releases 6/04-12/04 | CD # 38 | | | | |
| 98 | | DNNI Press Releases 4/04-1/06 | CD # 38 | | | | |
| 99 | | TWTN Press Releases 4/04-9/04 | CD # 38 | | | | |
| 100 | | MAUG Press Releases 7/02-12/05 | CD # 38 | | | | |
| 101 | | MAUG Press Releases 7/14/04-8/24/04 | HO10015-002-SEC002579-2586 | | | | |
| 102 | | PWRM Press Releases 7/28/04-8/19/04 | PWRM000959-963 | | | | |
| 103 | | PWRM Press Releases 5/04-10/04 | CD # 38 | | | | |
| 104 | | FGWC Press Releases 6/04-10/04 | CD # 38 | | | | |
| 105 | | IVFH Press Releases for 6/2004-12/2005 | CD # 38 | | | | |
| 106 | | IVFH Press Releases for 8/4/04; 8/16/04 and 8/18/04 | IVFH000198-203 | | | | |
| 107 | | Email from Mark Patterson to Z. Ziakis | IVFH000127 | | | | |
| 108 | | American Express Account Statements for Roderic Boling/DA for 7/04-9/04 and Certificate of Authenticity | AMEX000001, AMEX000039-54 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 109 | | American Express Account Statements for Roderic Boling/WET 7/04-10/04 | AMEX000138-161 | | | | |
| 110 | | American Express Account Statements for Anna Boling 7/2004-9/2004 | AMEX000493-512 | | | | |
| 111 | | Currency Verification Sheets for Currency Recovered from Michael O'Grady | 2DOJ0000015-16 | | | | |
| 112 | | August Acquisitions American Express Statements 7/2004-9/2004 | AMEX000336-345, AMEX000221-230, AMEX000678-681, AMEX000685-691 | | | | |
| 113 | | Notice of Federal Tax Lien dated August 24, 2004 | BOL000228 | | | | |
| 114 | | 2004 Tax Returns for Roderic and Anna Boling, Water Equipment Technologies of Central Florida, Inc. and August Acquisitions, Inc. | BOL000814-860 | | | | |
| 115 | | Electronic/Paper Records of trades of MAUG; IVPH; PWRM; FGWC; DNNI; AMUT; and TWTN in 7/2004-8/2004 (being updated) | CD # 3 | | | | |
| 116 | | Florida Secretary of State Records for Water Equipment Technologies of Central Florida, Inc. | CD#55 | | | | |
| 117 | | FGWC Internet Website hits from Michael O'Grady's computer: 7828.htm; 4033.htm; 11713.htm | Previously made available to counsel | | | | |
| 118 | | Computer Search result for "Roddy" on Michael O'Grady's computer showing phone number 3214361486; 3698.htm; 3091.htm; address.dat6custom1 | Previously made available to counsel | | | | |
| 119 | | DNNI Internet Website hits on Michael O'Grady's computer: 4016.htm; 11350.htm | Previously made available to counsel | | | | |
| 120 | | IVFH Shapshot Website hits on Michael O'Grady's computer: 7615.htm; 8136.htm; 13264.htm; 1392.htm | Previously made available to counsel | | | | |
| 122 | | MAUG Internet Website hits on Michael O'Grady's Computer: 8339.htm; 11795.htm; 5517.htm; 8179.htm; 13263.htm; 2999.htm; 6725.htm; 9133.htm; 15630.htm | Previously made available to counsel | | | | |
| 123 | | TWTN Internet Website hits on Michael O'Grady's Computer: 8745.htm; 8744.htm | Previously made available to counsel | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 124 | | PWRM Raging Bull.com Website hits on Michael O'Grady's Computer: 1410.htm; 1502.htm; 1583.htm; 1591.htm; 1436.htm; 1430.htm; 1431.htm; 1418.htm; 1447.htm; 1579.htm; 1492.htm; 1472.htm from 2004 | Previously made available to counsel | | | | |
| 125 | | Website Images from Michael O'Grady's Computer PWRM Stock Research: 1983.htm; 1408.htm; 8352.htm; 13753.htm | Previously made available to counsel | | | | |
| 126 | | Website Images from Michael O'Grady's Computer with Google Searches for Jeffrey Mills: 458.htm; 2120.htm; 3674.htm; 601.htm; 603.htm; 1793.htm; 607.htm; 604.htm | Previously made available to counsel | | | | |
| 127 | | Website Image from Michael O'Grady's Computer re Sunstate Equity Trading: 1780.htm | Previously made available to counsel | | | | |
| 128 | | Grand Casino Records for Michael O'Grady, Jeffrey Mills, and Roderic Boling | DOJ000287-317 | | | | |
| 129 | | Printout of Call Log from Michael O'Grady Trio Cell Phone | From Discovery CD # 30 | | | | |
| 130 | | Account Opening Documents for Michael O'Grady Brokerage Account at Oppenheimer | HO10015-011-SEC019019-019021 | | | | |
| 131 | | Account Opening Documents for Michael O'Grady and Jill O'Grady Brokerage Account at Oppenheimer | HO10015-011-SEC019014-18 | | | | |
| 132 | | Oppenheimer Brokerage Account Letter to Michael O'Grady for Non-Recommended Transaction | HO10015-011-SEC018850-52 | | | | |
| 133 | | Confirmations for Mike O'Grady Purchases and Sales of Stock in Oppenheimer Account | HO10015-011-SEC018986 | | | | |
| 134 | | Order Ticket Information for Michael O'Grady Oppenheimer Stock Purchases | HO10015-006-SEC008989-8992 | | | | |
| 135 | | Subscriber Records and Toll Records for Robert Esposito Cell Phone | ALT000210-310 | | | | |
| 136 | | Wire Transfer Records for Jovest Brokerage Account at Sunstate Equity Trading, Inc. | HO10015-008-SEC014548-555 | | | | |
| 137 | | Account Opening Documents and Wire Instructions Documents for Sunstate Futures' brokerage account at Sunstate Equity Tradings, Inc. | | | | | |
| 138 | | Wire Transfer Documents for Progressive Media brokerage account at Sunstate Equity Trading Inc. | | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 139 | | Account Statements for Progressive Media Group, Inc. brokerage account at Sunstate Equity Trading, Inc. | Discovery CD # 30 | | | | |
| 140 | | Transfer Agent Records for FGWC Stock | XC00003-44 | | | | |
| 141 | | Account Opening Documents for Robert Esposito's Brokerage Account at Sunstate Equity, Inc. | SEC000379-397 | | | | |
| 142 | | Account Statements for Robert Esposito's Brokerage Account at Sunstate Equity, Inc. | From Discovery Disk # 20: Esposito, Robert, July2004.pdf, Aug2004.pdf | | | | |
| 143 | | Account Opening Documents for Terrence Byrne brokerage account at Sunstate Equity Trading, Inc. | SSE00410-432 | | | | |
| 144 | | Emails concerning IVFH planned Press Release relating to Emerils | DOJ000078-79 | | | | |
| 145 | | Food Innovations, Inc., Company Overview | DOJ000099-109 | | | | |
| 146 | | Listing of Press Releases for IVFH by Angeline Cook | COOK000003 | | | | |
| 147 | | Certified Convictions for Roderic Boling | Filed with the Court | | | | |
| 148 | | 7/8/04 Memo to File re Non-Recommended Transactions from Geoff Johnston | H1O10015-006-SEC009076 | | | | |
| 149 | | Oppenheimer Account Statements for Michael O'Grady and Jill O'Grady 2004 | HO10015-006-SEC009021-035, SEC000237-240, HO10015-006-SEC009039-74 | | | | |
| 150 | | Letter from Direct TV to Mark Harmon dated July 30, 2004 | Previously made available to counsel | | | | |
| 151 | | Search Warrant Recovery Roderic and Anna Boling's Home--Letter to Roderic Boling | SW-BOL000313 | | | | |
| 152 | | Search Warrant Recovery Anna and Roderic Boling Home--Notes by Anna Boling | SW-BOL002719 | | | | |
| 153 | | Search Warrant Recovery Roderic and Anna Boling's Home--DS3 Lease Agreement | SW-BOL002856-61 | | | | |
| 154 | | Search Warrant Recovery--Roderic and Anna Boling's Home--Note from Anna Boling | SW-BOL002718 | | | | |
| 155 | | Trading Account Record for Ralph Chianelli 8/2004 | CD#55 | | | | |
| 156 | | Trading Account Records for Norma Lindsey 8/2004 | CD#55 | | | | |
| 157 | | Trading Account Records for Diana Steuterman 8/2004 and 9/2006 | CD#55 | | | | |
| 158 | | Account Trading Records for Judith Bosch 8/2004 | CD#55 | | | | |
| 159 | | Trading Account Records for Teresa Gibbons 8/2004 | CD#55 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 160 | | Trading Records for George Iaizzi 8/2004 | CD#55 | | | | |
| 161 | | Trading Records for Larry Prejean 8/2004 | CD#55 | | | | |
| 162 | | Trading Records for Cliff Hedrick 8/2004 | CD#55 | | | | |
| 163 | | Trading Records for Hershel Kilpatrick 8/2004 | CD#55 | | | | |
| 164 | | Photos of Phone, Answering Machine and home of Hershel and Velma Kilpatrick | CD#55 | | | | |
| 165 | | Photos of Hershel and Velma Kilpatrick | CD#55 | | | | |
| 166 | | Trading Records for Connia Fatina 8/2004 | CD#55 | | | | |
| 167 | | News Stories re Phone Scam 8/2004 | NEWS00010-11; 14-15; 18-22; 24-35; 39-40; 47-51; 54-59; 63-67; 74-75 | | | | |
| 168 | | Search Warrant Recovery--Roderic Boling Telephone--Recent Calls and Cellular Telephone Data | SW-BOL002830 | | | | |
| 169 | | Search Warrant Recovery Photos of Boling Residence off loose CD-ROM | Previously made available to counsel | | | | |
| 170 | | Search Warrant Recovery Roderic Boling Computer: Internet webpage "PWRM" - 455.htm | Previously made available to counsel | | | | |
| 171 | | Email from joesettecase@yahoo.com to support@telephonyleasing.com dated 8/5/2004, subject: DO NOT RUN DISH UNTIL FURTHER NOTICE. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email notification is contained on Discovery Disk #21. | | | | |
| 172 | | Email from joesettecase@yahoo.com to support@telephonyleasing.com dated 8/5/2004, subject: NO TRAVEL DIALING TODAY EITHER. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email notification is contained on Discovery Disk #21. | | | | |
| 173 | | Email from Susan@telephonbroadcast.com to support@telephonebroadcast.com dated 7/29/2004, Subject: Additional RB Numbers. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email notification is contained on Discovery Disk #21. | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 174 | | Email from support5@telephonyleasing.com to joesettecase@yahoo.com, and support@telephonyleasing.com dated August 7, 2004 with copy of original message from joesettecase@yahoo.com.  Subject: JUST TO CONFIRM, NO MORE DIALING UNTIL FURTHER NOTICE!!!! | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email notification is contained on Discovery Disk #21. | | | | |
| 175 | | Email from support@telephonyleasing.com to support@telephonyleasing.com dated August 5, 2004, subject Comet Setup 08/06 Counts! | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email notification is contained on Discovery Disk #21. | | | | |
| 176 | | Email from suppor4t@telephonyleasing.com reply to support@telephonyleasing.com dated August 2, 2004, Subject: comet setup 08/02. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21. | | | | |
| 177 | | Email from Kathryn@telephonebroadcast.com to afolks@telephonebroadcast.com dated July 29, 2004, Subject: rb setup 07/29. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21. | | | | |
| 178 | | Email from Kathryn@telephonebroadcast.com to support@telephonyleasing.com dated July 29, 2004, Subject: comet setup 07/29 rev_02. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21. | | | | |
| 179 | | Email from neworder@telephonebroadcast.com to neworder@telephonebroadcast.com dated July 30, 2004, Subject: A New Order Was Placed by Direct Installation Services. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21. | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 180 | | Emails between theman@directactivation.com to support@telephonyleasing.com, Subjects: Please, or area codes. | Emails obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of these emails are contained on Discovery Disk #21. | | | | |
| 181 | | Email from support4@telephonyleasing.com to joe@directactivation.com, support@telephonyleasing.com, dated 7/13/2004, Subject: RODDY HAD EMAILED SOME NEW AREAS AND WAS LOOKIN FOR A REPORT OF HOW MANY LEADS YOU HAD IN THESE AREAS AND HOW MANY YOU COULD OBTAIN? | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | | | |
| 182 | | Email from neworder@telephonebroadcast.com to neworder@telephonebroadcast.com, dated July 25, 2004, Subject: A New Order Was Placed by Roddy Boling. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | | | |
| 183 | | Email from neworder@telephonebroadcast.com to neworder@telephonebroadcast.com, dated July 28, 2004, Subject: A New Order Was Placed by RB. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | | | |
| 184 | | Email from support4@telephonyleasing.com to support@telephonyleasing.com, dated July 30, 2004, Subject: comet setup 07/30 rev01. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | | | |
| 185 | | Email from Kathryn@telephonebroadcast.com to support@telephonyleasing.com, dated August 1, 2004, Subject: comet setup 08/01 rev_04. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | | | |
| 186 | | Account Opening Documents for Capital Group International Western Series brokerage account at Sunstate Equity Trading, Inc. | SSE00205-241 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 187 | | Stock Certificates issue in name of Capital Group International LLP--Western Series | PEN000111, 113, 114 | | | | |
| 188 | | OTC Digest Newsletter about PWRM | DOJ000214-218 | | | | |
| 189 | | 42020131 07-04.pdf, 08-04.pdf, 11-04.pdf, 12-04.pdf | from Discovery CD # 19 | | | | |
| 190 | | Instructions of Devin Bosch to Sunstate Equity Trading, Inc. | SSE00285, 286, 267, 265 | | | | |
| 191 | | Account Statements for Progressive Media Group brokerage account at Sunstate Equity Trading | SW1-SSE001320-1341 | | | | |
| 192 | | Account Statements for Progressive Media brokerage account at Sunstate Equity Trading | COH00050-57 | | | | |
| 193 | | Instructions by Bryce Boucher to DTC MAUG Shares to Bayhill Partner's Account | PEN000107-110 | | | | |
| 194 | | Wire Instruction Request of Raymond Burghard | HO10015-005-SEC007474-98 | | | | |
| 195 | | Correspondence of Raymond Burghard with Sunstate | SW1-SSE000711 | | | | |
| 196 | | Account Opening Documents for Bayhill Partners brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE000647-660, 683-685 | | | | |
| 197 | | Account Statements for Coast Market Research brokerage account at Sunstate Equity Trading, Inc. | from discovery disc # 30, 11768595 8-2004.pdf; 42021758 8-2004.pdf, 7-2004.pdf, Journal for account 42021782 to 42021758.Tif | | | | |
| 198 | | Instructions Concerning Transfer of IVFH Stock to Coast Market Research | HO10015-005-SEC007764 | | | | |
| 199 | | Instructions of Grant Miller to Sunstate Equity Trading, Inc. to journal 250,000 shares of IVFH to Direct Results of Sweetwater | SEC000454, HO10015-001-SEC001472 | | | | |
| 200 | | Account Statements for Coast Market Research brokerage account at Sunstate Equity Trading, Inc. | GBM0104-108 | | | | |
| 201 | | Account Statements & Confirmations for Coast Market Research brokerage account at Newbridge Securities | HO10015-001-SEC001521-526, GBM0086-96 | | | | |
| 202 | | Account Opening Documents for Coast Market Research Securities brokerage account at Sunstate Equity Trading, Inc. | GBM0033-58, 104-108 | | | | |
| 203 | | Account Opening Documents for Coast Market Research brokerage account at Newbridge Securities | GBM0064-77 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 204 | | IVFH Stock Certificates in name of Equity Media, Ltd. and Letter of Instruction Gerald C. Young, III and IVFH Stock Certificate for Coast Market Research | GBM0059-60, GBM0018-31 | | | | |
| 205 | | Plea Agreement, Information and Statement of Offense from Michael O'Grady | CD# 55 | | | | |
| 206 | | Email between Angeline Cook and Grant Miller | DOJ000207-209, IVFH000056, IVFH0000112, DOJ000097-98 | | | | |
| 207 | | Wire transfer instructions for Coast Market Research | HO10015-007-SEC012559-50 | | | | |
| 208 | | Instruction by Coast Market Research concerning IVFH Shares | HO10015-001-SEC001462 | | | | |
| 209 | | Account Statements for Coast Market Research brokerage account at J. Alexander Securities | from discovery disk # 30, 111768595 8-2004.pdf | | | | |
| 210 | | Securities Movements report for Direct Results of Sweetwater | HO10015-007-SEC012413 | | | | |
| 211 | | Articles of Organization for Direct Results of Sweetwater LLC | DOJ000272-274 | | | | |
| 212 | | Instructions from Jeff Mills to Sunstate Equity Trading, Inc. and Limited Liability Company Authorization | SSE00393 | | | | |
| 213 | | Account Opening Documents for Direct Results of Sweetwater brokerage account at Sunstate Equity Trading, Inc. | PEN000003-15 | | | | |
| 214 | | Trade Confirmations for Direct Results of Sweetwater brokerage account at Sunstate Equity Trading, Inc. | PEN000016-17 | | | | |
| 215 | | Brokerage Account Statements at Sunstate Equity Trading, Inc. for Direct Results of Sweetwater, LLC | provided by Penson Financial Services and taken from Discovery Disk 18, 42021758 08-04.pdf | | | | |
| 216 | | Wire transfer documents for Direct Results account at Sunstate Equity Trading, Inc. | PEN000018-20 | | | | |
| 217 | | Deposit Slips for the Deposit of 2 Bayhill Partners Checks into Direct Results Suntrust Bank Account | HO10015-010-SEC017642 | | | | |
| 218 | | Account Statements for South Shore Harbor LLP Bank Account at Southtrust Bank | SEC1726-1762 | | | | |
| 219 | | Documents Concerning Deposit of PWRM Shares into brokerage account of South Shore Harbor Group LP LLLP | SW1SSE001601-1617 | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 220 | | Account Opening Documents for South Shore Harbor Group LP LLP brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE001576-1600 | | | | |
| 221 | | Account Opening Documents for South Shore Harbor LLP at South Trust Bank | SEC001718-1725 | | | | |
| 222 | | Account opening documents "Old Paperwork" for Trendline brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE001866-1874 | | | | |
| 223 | | Account Statements for Trendline Inc. brokerage account at Sunstate Equity Trading, Inc. | Discovery CD # 30 | | | | |
| 224 | | Documents concerning loan for Trendline, Inc. to Direct Results of Sweetwater LLC | HO10015-005SEC007236-37, SEC007695 | | | | |
| 225 | | Account Statements for Trendline Inc. bank account at Bank of America | HO10015-010-SEC017410-415 | | | | |
| 226 | | Account Statements & Wire Transfer Records for Arborcrest Assets bank account at Moody National Bank | SEC001574-001634 | | | | |
| 227 | | Account Opening Documents for Arborcrest Assets LP LLP Bank Account at Moody National Bank | SEC001574-1634 | | | | |
| 228 | | Correspondence from Arborcrest Assets concerning sale or transfer PWRM Stock to Trendline, Inc. | SW1-SSE000625-633 | | | | |
| 229 | | Correspondence relating to deposit of PWRM Stock into Arborcrest Assets Brokerage account at Sunstate Equity Trading, Inc., PWRM Stock Certificates included in exhibit | SW1-SSE000606-624 | | | | |
| 230 | | Account Opening Documents for Arborcrest Assets LP LLLP brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE000577-605 | | | | |
| 231 | | Toll Records for Cellphone Number (407) 491-8093 with incoming call data | From Discovery Disk #22 Reseller Print of Calls to 4074918093.pdf and HO10015-006-SEC0019809-9811 | | | | |
| 232 | | Roderic and Anna Boling Phone Bills | from Discovery Disk #30 4076822921 aug.tif, july.tif, nov.tif, oct.tif, sep.tif | | | | |
| 233 | | Subscriber Records and Toll Records for Cellular Number 386-216-8059 | from DOJ Discovery Disk # 30 | | | | |
| 234 | | Toll Records for Devin Bosch Cellphone (858) 774-6489 | discovery disk # 22 Report 7.5_68270.pdf | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 235 | | Toll Records for Cellphone Number (407) 399-9810 | from discovery disk # 22 File 57693 SubActivity & LTD.pdf | | | | |
| 236 | | Ruddy Hush.rtf | from discovery disk 21 | | | | |
| 237 | | Emails sent from Directresults@earthlink.net on June 13, 2005 to Money59212@aol.com and October 14, 2005 to Brc279@aol.com, | from Discovery CD # 17, Investigation directresult@earthlink.net--sent phone.msg and sent sure.msg | | | | |
| 238 | | Gunn Allen Account Statements for Bartholomew Int'l Investments, attention OCK-119349 for June-Sep. 2004 | taken from PDF files on discovery disk # 16 BII Ltd. Statements.pdf | | | | |
| 239 | | Peter Veugeler AT&T Wireless Phone Subscriber and Toll Records for 727-421-2688 | from discovery CD # 15. File: 220831 Report26.txt 6/01/04 through 9/07/04 | | | | |
| 240 | | Toll Records for Bayhill Partners | SEC00543-802 | | | | |
| 241 | | Account Opening Documents for Bayhill Partners brokerage account at Sunstate Equity Trading, Inc. | DOJ000234-248 | | | | |
| 242 | | Toll Records from Michael Hale Cell Phone | taken from discovery CD # 22 | | | | |
| 243 | | Account Statements for South Shore Harbor LP LLP brokerage account at Sunstate Equity Trading | Discovery Disk # 30 Aug2004.pdf, September 2004 (awaiting production) | | | | |
| 244 | | Account Statements for Arborcrest Assets LP LLLP brokerage account at Sunstate Equity Trading, Inc. | Discovery Disk # 20 10272004\ArborcrestAssets\Jul2004.pdf, Aug2004.pdf, Sep.2004.pdf | | | | |
| 245 | | Account Opening Documents and Wire Transfer Documents for Direct Results bank account | HO10015-010-SEC017650-58 | | | | |
| 246 | | Account Statements for Direct Results' Suntrust Bank Account | HO10015-010-SEC017602 | | | | |
| 247 | | Checks and deposit items for Direct Results Suntrust Bank Account | HO10015-010-17623-17647 | | | | |
| 248 | | Cellular Phone Records of Lou Steinmetz | Will be provided once received | | | | |
| 249 | | Freerealtime.com Website Information (subscription) http://quotes.freerealtime.com/dl/frt/X | CD #55 | | | | |
| 250 | | Search Warrant recovery from Roderic Bolings' computer: internet webpage snapshot Freerealtime.com installation- 8/2/2004 | Previously made available to counsel | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 251 | | Search Warrant recovery from Roderic Bolings' computer: internet webpage snapshot Freerealtime.com MAUG quotes from 7/29/04 and 8/2/2004 | Previously made available to counsel | | | | |
| 252 | | Wire Transfer Instructions and related documents for Arborcrest Assets brokerage account at Sunstate Equity Trading, Inc. | HO10015-005-SEC008357-363, 1497-1498; SW1-SSE000636-639, 641-645; HO10015-005-SEC000636-639, 641-643, 645 | | | | |
| 253 | | Subscriber Information for Robert Esposito Cellphone | ALT000210 | | | | |
| 254 | | Account Statements for Bayhill Partners account number 42021832 at Sunstate Equity Trading, Inc. | from discovery disk # 19, 42021832 07-04.pdf, 08-04.pdf, 09-04.pdf, 10-04.pdf, 11-04.pdf, 12-04.pdf; SE000197-200 | | | | |
| 255 | | Letter of Instruction with Share Certificates depositing PWRM Shares into Arborcrest Assets brokerage account Sun State Equity Trading, Inc. | SW1-SSE000606-624 | | | | |
| 256 | | Letter of Instruction with Share Certificates depositing PWRM Shares into South Shore Harbor brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE001601-17 | | | | |
| 257 | | Letter to Cottonwood Stock Transfer from Jack Sherman dated 5/17/2004 | PWRM000466 | | | | |
| 258 | | Wire Transfer document for Trendline, Inc. | SW1-SSE001761-1762 | | | | |
| 259 | | Wire Transfer Instructions signed by Jim Kelly | SW1-SSE001766-1768 | | | | |
| 260 | | Account Opening Documents for Trendline, Inc. ("New Paperwork") brokerage account at Sunstate Equity, Inc. | SW1-SSE001875-79  SW1-SSE001759-60 | | | | |
| 261 | | Wire transfer documents related to Trendline, Inc. Bank of America account | HO10015-010-SEC17494-17497 | | | | |
| 262 | | Account Opening Documents for Trendline, Inc. bank account at Bank of America | HO10015-010-SEC017498-503 | | | | |
| 263 | | Wire Transfer Instruction for South Shore Harbor brokerage account at Sunstate Equity Trading, Inc. | HO10015-005-SSE008352-8356, SW1-SSE001618-1624 | | | | |
| 264 | | Verified Motion for Pre-Judgment Writ of Garnishment in Bank of America v. Nomrah Records, et al. | BOL000139-142 | | | | |
| 265 | | Voicemail recording for 407-491-8093 | "Renee Answering Message from 407-491-8093.wav" | | | | |

| Temporary Number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|---|---|
| 266 | | Voicemail recording for 407-399-9810 | "Debbie Answering Message from 407-399-8910" | | | | |
| 267 | | Account Trading statements for Dr. James Ray | CD # 55 | | | | |
| 268 | | Account trading statements for Kimsey Pitts | CD # 55 | | | | |
| 269 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for MAUG- provided by NASD | CD # 56 | | | | |
| 270 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for IVFH- provided by NASD | CD # 56 | | | | |
| 271 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for PWRM- provided by NASD | CD # 56 | | | | |
| 272 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for FGWC- provided by NASD | CD # 56 | | | | |
| 273 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for DNNI- provided by NASD | CD # 56 | | | | |
| 274 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for MAUG- provided by NASD | CD # 56 | | | | |
| 275 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for AMUT- provided by NASD | CD # 56 | | | | |
| 276 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for TWTN- provided by NASD | CD # 56 | | | | |
| 277 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for CRLU- provided by NASD | CD # 56 | | | | |
| 278 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for MHPD- provided by NASD | CD # 56 | | | | |
| 279 | | 2003 -04 Audit Trail Reports Reflecting Price/Volume Data for TIWI- provided by NASD | CD # 56 | | | | |
| 280 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for SGNJ- provided by NASD | CD # 56 | | | | |
| 281 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for SMSI- provided by NASD | CD # 56 | | | | |
| 282 | | 2004 Audit Trail Reports Reflecting Price/Volume Data for WLSF- provided by NASD | CD # 56 | | | | |
| 283 | | Picture of plane- type/model taken by Jeffrey Mills, Roderic Boling, Michael O'Grady and Ron Rambo to Gulfport MI in August 2004 | To be provided | | | | |
| 284 | | Map of Southeast United States | CD# 57 | | | | |
| 285 | | Photograph of Grand Casino-Gulfport | CD# 57 | | | | |
| 286 | | Mapquest directions between 203 Tranquility Cove and 210 Smokerise Blvd | CD# 57 | | | | |