UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-00228 (ESH) |
| ) | |
| JEFFREY S. MILLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based on the status conference conducted June 15, 2007, and for the reasons stated in open court, the Court hereby rules as follows:

1. Anna Boling's "Motion *In Limine* to Exclude Evidence Regarding U.S. Securities [and] Exchange Commission Investor Alerts" [Dkt. 115] is **GRANTED**. The investor alerts themselves will not be admitted unless appropriate stipulations cannot be agreed to.

2. On June 21, 2007, counsel shall meet to review all exhibits that the government intends to introduce in its case in chief and to agree upon appropriate stipulations.

3. On or before June 22, 2007, at 4 p.m., the parties shall file with chambers the government's updated exhibit list, copies of any exhibits as to which there is an objection and the bases for any such objections, all stipulations, and any opposition to Anna Boling's "Motion to Exclude Evidence Regarding Alleged Amount of Total Loss" [Dkt. 122].

4. The government will not be permitted, as part of its case in chief, to introduce voicemail recordings pertaining to companies not listed in the indictment.

5. Jeffrey Mills's "Designation of Expert Witness" [Dkt. 113] is **WITHDRAWN**.

6. To permit the government sufficient time to comply with the above orders, the government's "Motion for Extension of Time for Filing Proposed Jury Instructions and Verdict Forms" [Dkt. 117] is **GRANTED**. The government shall have until June 29, 2007, to file the jury instructions and verdict forms.

A further status conference is set for June 25, 2007, at 2:15 p.m.

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 15, 2007