UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-228 (ESH) |
| v. : | |
| JEFFREY S. MILLS, : | |
| RODERIC L. BOLING, AND : | |
| ANNA BOLING : | |
| Defendant. : | |

### NOTICE BY THE UNITED STATES OF REVISED EXHIBIT LIST
### AND OBJECTIONS BY DEFENSE COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files, pursuant to the Court's June 15, 2007 Order, this Notice and attached Revised Exhibit List with Objections.

As directed by the Court, counsel met on June 21, 2007, to discuss the Government's Proposed Exhibit List. Per the Court's suggestion, the Government eliminated a number of exhibits and included additional summary exhibits. Mr. Abbenante and Ms. McAdoo attended the meeting, and acted on behalf of Mr. Switzer who was unable to attend due to an emergency dental procedure. Defense counsel objected to approximately 67 exhibits on the Exhibit List, and two copies of these exhibits have been provided to chambers (with the exception of multimedia DVDs). The parties were unable to come to an agreement over a stipulation about the SEC investor alert and news coverage about the alert. The Government is attaching its proposed stipulation as Exhibit 2 to this notice.

The Government reserves the right to made minor changes to its summary charts prior to presentation at trial (such exhibits are marked "DRAFT"). The Government also reserves its right to present other, demonstrative exhibits during trial.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        for the District of Columbia

By:    _____s_____
        JONATHAN R. BARR
        D.C. Bar No. 437334
        TEJPAL S. CHAWLA
        D.C. Bar No. 464012
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2442 (Chawla)
        (202) 514-9620 (Barr)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2007, I have caused a copy of the Notice by the United States of Revised Exhibit List and Objections by Defense Counsel to be delivered electronically by ECF to the following counsel for the defendants:

Thomas Abbenante, Esq.

Robert O. Swtizer, Esq.

Leslie McAdoo, Esq.

                                                                       TEJPAL S. CHAWLA
                                                                        ASSISTANT U.S. ATTORNEY