| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 1 | 1 | | Voicemail Recording: MAUG | 407.wav / KC-TBC-00001 | | None |
| 2 | 2 | | Voicemail Recording: IVFH (A) rb_0806_live_01_old.wav and (B) 01.wav | rb_806_live_01_old.wav / KC-TBC-00001 and 01.wav / A01151476 | | None |
| 3 | 3 | | Voicemail Recording: PWRM (1)  (A) rb_081104_PWRM.wav and (B) 02.wav | rb_081104_PWRM.wav / KC-TBC-00001 and 02.wav on A01151476 | | None |
| 4 | 4 | | Voicemail Recording: FGWC (A) rb_081104_FGWC.wav and (B) 04.wav | rb_081104_FGWC.wav / KC-TBC-00001 and 04.wav / A01151476 | | None |
| 5 | 5 | | Voicemail Recording: DNNI (A) rb_081104_DNNI.wav and (B) 03.wav on A01151476 | rb_081104_DNNI.wav / KC-TBC-00001 and 03.wav / A01151476 | | None |
| 6 | 6 | | Voicemail Recording: PWRM (2) | TWRM.wav / KC-TBC-00001 | | None |
| 7 | 7 | | Voicemail Recording: AMUT | AMUT.wav / KC-TBC-00001 | | None |
| 8 | 8 | | Voicemail Recording: AMUT(2) | 08.wav on A01151476 | | None |
| 9 | 9 | | Voicemail Recording: TWTN | TWTN.wav / KC-TBC-00001 | | None |
| 10 | 10 | | Voicemail Recording: TWTN (2) | 07.wav on A01151476 | | None |
| 11 | 13 | | Anna Boling (Debbie) Answering Message from 407-399-9810 | "Debbie Answering Message from 407-399-9810.wav," | | None |
| 12 | 14 | | Anna Boling (Renee) Answering Message from 407-491-8093 | "Renee Answering Message from 407-491-8093.wav" | | None |
| 13 | 15 | | Transcripts for "407.wav," "rb_0806_live_01_old.wav," "rb_081104_PWRM.wav," "rb_081104_FGWC.wav," "04.wav," "rb_081104_DNNI.wav," "TWTN.wav," "07.wav," "AMUT.wav," "08.wav," "TWRW.wav," "05.wav," "06.wav," "Debbie Answering Message from 407-399-9810.wav," "Debbie Answering Message from 407-491-8093.wav" | Stipulation #7 | | None |
| **14** | **16** | | **CD from Telephone Broadcast Company containing wave files and other files saved on Kathryn Corns computer with directory printout** | **CD-TBC-00001** | | **FRE 401/ 403** |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 15 | 17 | | **CD containing wave files retrieved from Adam Folks' computer with directory printout** | A01151476 | | **FRE 401/ 403** |
| 16 | 19 | | **Securities and Exchange Commission Investor Alert** | CD#55 and http://www.sec.gov/investor/pubs/wrongnumberscam.htm | | **FRE 401/ 403** |
| 17 | 20 | | **Telephone Broadcast Company Billing Records to WET/Direct Activation 7/04** | HO10015-006-SEC009532-549 | | **SEC9532-48 - NONE SEC00549- FRE 403; 802 (EMAIL BUSINESS RECORD)** |
| 18 | 21 | | Telephone Broadcasting Company electronic files (6) saved on Kathryn Corns' Computer (CD #33): da_dallas_081804.txt, da_dncdallas_dump_fer_roddy_0812.txt, daATL_dump_fer_Roddy_0812.txt, dish_dallas_081804.txt, dishatl_dump_fer_Roddy_0812.txt, dishPacifica_dump_fer_roddy_0812.txt | CD # 33 | *voluminous- summary exhibits* | RESERVED- Defendant's requested more time to discuss |
| 19 | 22 | hot doc | Telephone Broadcast Company Phone Records (UCN Phone Records) for 7/24/04-8/10/04 (Paper Copy) | CD # 31 | *voluminous- summary exhibits* | RESERVED- Defendant's requested more time to discuss |
| 20 | 23 | | Michael O'Grady Phone Address Book (CD # 38) | CD # 38 | | NONE |
| 21 | | | REMOVED | | | |
| 22 | | | REMOVED | | | |
| 23 | 27 | | **Telephone Broadcast Company Emails from Susan Cox re RB Campaign (CDROM # 21)** | DOJ00035O-356, HO10015-006-SEC009149 | | **FRE 802 (EMAIL BUSINESS RECORD)** |
| 24 | 28 | | Telephone Broadcast Company Emails to Direct Activation and Roderic Boling re DS-3 Lease Agreement and Signed DS-3 Lease Agreement | HO10015-006-SEC009444-45, 9473, 417-419, HO10012-2005-2007 | | NONE |
| 25 | 29 | | Telephone Broadcast Company Billing of Water Equipment Technology and Direct Activation 7/2004-8/2004 | HO10015-006-SEC009377-78, HO10015-006-SEC009308-9319 | | NONE |
| 26 | 30 | | **Telephone Broadcast Company Email from Kathryn Corns to Adam Folks dated 7/29/04 re Roddy_hush campaign** | H10015-006-SEC009150 | | **FRE 802 (EMAIL BUSINESS RECORD)** |
| 27 | 31 | | Telephone Broadcast Company Email from Kathryn Corns re RB Campaign (CD ROM # 21) | DOJ000354 | | **FRE 802 (EMAIL BUSINESS RECORD)** |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 28 | 32 | | Telephone Broadcast Company New Order Records for RB Campaigns: 7/25/04; 7/28/04; 7/29/04; 7/30/04; 8/1/04; 8/2/04 | HO10015-006-SEC009143-48 | | NONE |
| 29 | 33 | | Compiled One Box Notification Emails | Previously made available to counsel | | NONE |
| 30 | 34 | | New Order Emails (10) re RB Campaigns from Michael O'Grady's Computer: 7/28/04; 7/29/04; 7/30/04; 8/1/04; 8/2/04; 8/18/04 | Previously made available to counsel | | NONE |
| 31 | | | REMOVED | | | |
| 32 | | | REMOVED | | | |
| 33 | | | REMOVED | | | |
| 34 | | | REMOVED | | | |
| 35 | | | REMOVED | | | |
| 36 | | | REMOVED | | | |
| 37 | | | REMOVED | | | |
| 38 | 42 | | **Account Records for Jefferson Murray 7/04-8/04** | HO10015-004-SEC006622-34, 006634, 006852-715 | | **FRE 401** |
| 39 | 43 | | **Account Records for Frank Askin** | **CD# 57** | | **FRE 401** |
| 40 | 45 | hot doc | Photos of Telephone Broadcast Company and Money | 2DOJ000005-14 | | NONE |
| 41 | 46 | | Bank of America Statement for Nomrah Records, Inc. DBA Direct Activation | BOA0000015-27 | | NONE |
| 42 | 47 | | **Bank of America Account Records for Jeff Mills 7/04-9/04** | BOA000073-84 | | **FRE 401** |
| 43 | | | REMOVED | | | |
| 44 | 49 | | Search Warrant Recovery Roderic Boling Computer (4) Emails from Joe Settecase to Roderic Boling on 7/8/04 | Previously made available to counsel | | NONE |
| 45 | 50 | | **Letter from Mark Stein on behalf of Emeril's Restaurants to Innovative Food Holdings, Inc.** | EML000003-9 | | **FRE 401; 802** |
| 46 | 51 | | **Invoices to Emerils Restaurants** | IVFH000172-180 | | **FRE 401** |
| 47 | 52 | | **Email from Connie Fatina to Emerils** | EML000014015 | | **FRE 401/ 403 / 802** |
| 48 | 53 | | Cell phone subscriber and toll records for Joseph Camillo | CING000199-200, 207-239 | | NONE |
| 49 | 54 | | Jovest Sunstate Account Statements | CAM000362-365, 428-432 | | NONE |
| 50 | 55 | | Consulting Agreement between Coast Market Research and Progressive Media | GBM0010-17 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 51 | 57 | | Alltel Cellphone Subscriber and toll Records for Robert Esposito | ALT000210-211, ALT000251-310 | | NONE |
| 52 | 58 | | Emails between Devin Bosch and Joseph Camillo | CAM00017-23 | | NONE |
| 53 | 59 | | Telephone, Toll and Billing Records for Bay Hill Partners (Ray Burghard) 7/04-11/04 | SEC000704-842 | | NONE |
| 54 | 60 | | Phone Numbers Recovered During Search Warrant of Jeffrey Mills' Home and Wallet | SW-MIL000269, SW-MIL000993 | | NONE |
| 55 | 61 | | Verizon Wireless Telephone, Billing, and Toll Records for Jeffrey Mills and Certificate of Authenticity | VER000001-631 | | NONE |
| 56 | 63 | | Cingular Telephone Subscription, Toll and Billing Records for Peter Veugeler | SEC00333-479 | | NONE |
| 57 | 64 | | Search Warrant Recovery Roderic Boling Computer 7/13/04 email from Roderic Boling to Direct TV | Previously made available to counsel | | NONE |
| 58 | 65 | | Search Warrant Recovery Roderic Boling Computer 5/01/04 email from Susan Cox to Roderic Boling | Previously made available to counsel | | NONE |
| 59 | | | REMOVED | | | |
| 60 | 67 | | Search Warrant Recovery Roderic Boling Computer 7/13/04 email from Telephone Leasing Company with invoices, and 7/28/04 email from Telephone Leasing Company with invoices | Previously made available to counsel | | NONE |
| 61 | | | REMOVED | | | |
| 62 | 69 | | Search Warrant Recovery: Roderic Boling Computer email from Roderic Boling forwarding email from Joe Settecase 7/8/04 | Previously made available to counsel | | NONE |
| 63 | 70 | | Search Warrant Recovery: Roderic Boling Computer email from Roderic Boling to Anna Boling- 7/8/04 | Previously made available to counsel | | NONE |
| 64 | 71 | | Search Warrant Recovery: Roderic Boling Computer website hits for PWRM: 612.htm; 404.htm; 455.htm; 936.htm; 308.htm; 394.htm; 606.htm; | Previously made available to counsel | | NONE |
| 65 | 72 | | Search Warrant Recovery: Roderic Boling Computer Website hits for MAUG: 936.htm; 581.htm; 239.htm; 718.htm | Previously made available to counsel | | NONE |
| 66 | 75 | | Handwritten Notes by Jeffrey Mills of MHPD Stock Promotion | SW-MIL000324-325, SW-MIL000350 | | NONE- Reserved for objection for Mr. Switzer |
| 67 | 76 | | Memo to Sunstate Equity from Jeffrey Mills | SW-MIL600346 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 68 | 77 | | **July 9, 2004 Agreement between Jeffrey Mills and Trendline, Inc. for $35,000** | **SW000445** | | **FRE 401/403** |
| 69 | 78 | | AT&T Prepaid Phone Package and Instructions | SW-MIL00002-004, SW-MIL00006 | | NONE |
| 70 | 79 | | File "Roddy_hush_0801_RTF" from Kathryn Corns' Computer | CD # 33 | | NONE |
| 71 | 80 | | Search Warrant Recovery- Roderic Boling Cell Phone Contacts List | SW2BOL000001-008 | | NONE |
| 72 | 81 | | Nextel Cellular Phone Records for Direct Activation (Roderic Boling) 321-436-1468 | CD #55 | | NONE |
| 73 | 82 | | Metron North America v. Nomrah Records, Inc. d/b/a Direct Activation, Roderic Boling and Anna Boling Default Judgments | BOL 000710-711, BOL000745-746 | | To be removed- pending signed stiuplation |
| 74 | 83 | | **CNBC News Story 8/19/04 on Street Signs** | **CD # 48** | | **FRE 401/403** |
| 75 | 84 | | **CNBC News Story 8/19/04 on Power Lunch** | **CD # 47** | | **FRE 401/403** |
| 76 | 85 | | **8/20/04--CBS Evening News Story--video and transcript** | **CD # 45** | | **FRE 401/403** |
| 77 | 86 | | Deposition of Anna August Boling 8/4/2005 | CD # 32 | | To be removed- pending signed stiuplation |
| 78 | 88 | | Washington Mutual Bank Account Statements and Records for Water Equipment Technologies of CF Inc.; Roderic Boling; and Anna August Boling; for 6/04-10/04 | WMB000002-22; 35-49; 67-71; 133; 141-142; 154; 168; 188-190; 224; 366 | | NONE |
| 79 | 89 | | Deposition of Roderic Boling, 8/8/2004 | BOLDEP000001-2 | | To be removed- pending signed stiuplation |
| 80 | | | REMOVED | | | |
| 81 | | | REMOVED | | | |
| 82 | 92 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| 83 | 94 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| 84 | 95 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| 85 | 96 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| 86 | 97 | | AMUT Press Releases 7/04-8/04 | CD # 38 | | NONE |
| **87** | **98** | | **DNNI Press Releases 7/04-8/04** | **CD # 38** | | **NONE- Except FRE 401/403 to August 20, 2004 Press Release** |
| 88 | 99 | | TWTN Press Releases 7/04-8/04 | CD # 38 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| **89** | **100** | | **MAUG Press Releases 7/04-8/04** | **CD # 38** | | **NONE- Except FRE 401/403 to August 20, 2004 Press Release** |
| **90** | **103** | | **PWRM Press Releases 7/04-8/04** | **CD # 38** | | **NONE- Except FRE 401/403 to August 19, 2004 Press Release** |
| 91 | 104 | | FGWC Press Releases 7/04-8/04 | CD # 38 | | NONE |
| 92 | 105 | | IVFH Press Releases for 7/04-8/04 | CD # 38 | | NONE |
| 93 | | | REMOVED | | | |
| 94 | 109 | | American Express Account Statements for Roderic Boling/WET 8/04 (selected) | AMEX000138-161 | | NONE |
| 95 | 110 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| 96 | 111 | | Currency Verification Sheets for Currency Recovered from Michael O'Grady | 2DOJ0000015-16 | | NONE |
| 97 | 112 | | REMOVED- SUMMARY CHART EX. 270 | | | |
| **98** | **115** | | **Electronic/Paper Records of trades for accounts in the name of Terrence C. Byrnes, Bryce Boucher, and Bartholomew Investments in 7/04- 8/04** | **CD # 3** | | **FRE 401** |
| 99 | 116 | | Florida Secretary of State Records for Water Equipment Technologies of Central Florida, Inc. | CD#55 | | To be removed- pending signed stiuplation |
| **100** | **117** | | **FGWC Internet Website hits from Michael O'Grady's computer: 7828.htm; 4033.htm; 11713.htm; 11714.htm** | **Previously made available to counsel** | | **NONE- Except FRE 401/403 to 11714.htm** |
| 101 | | | REMOVED | | | |
| 102 | 119 | | REMOVED | | | |
| 103 | 120 | | IVFH Shapshot Website hits on Michael O'Grady's computer: 7615.htm; 8136.htm; 13264.htm; 1392.htm | Previously made available to counsel | | NONE |
| 104 | 121 | | Search Warrant Recovery: Roderic Boling Computer Internet Explorer History 2004 | | | To be removed- pending signed stiuplation |
| **105** | **122** | | **MAUG Internet Website hits on Michael O'Grady's Computer: 8339.htm; 11795.htm; 5517.htm; 8179.htm; 13263.htm; 2999.htm; 6725.htm; 9133.htm; 15630.htm** | **Previously made available to counsel** | | **NONE- Except FRE 401/403 for 11975.htm; 2999.htm; 6725.htm; 9133.htm; 15630.htm** |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 106 | 123 | | TWTN Internet Website hits on Michael O'Grady's Computer: 8745.htm; 8744.htm | Previously made available to counsel | | NONE |
| **107** | **124** | | **PWRM Raging Bull.com Website hits on Michael O'Grady's Computer: 1410.htm; 1502.htm; 1583.htm; 1591.htm; 1436.htm; 1430.htm; 1431.htm; 1418.htm; 1447.htm; 1579.htm; 1492.htm; 1472.htm from 2004** | **Previously made available to counsel** | | **FRE 401/ 403** |
| 108 | 125 | | Website Images from Michael O'Grady's Computer PWRM Stock Research: 1983.htm; 1408.htm; 8352.htm; 13753.htm | Previously made available to counsel | | NONE |
| **109** | **126** | | **Website Images from Michael O'Grady's Computer with Google Searches for Jeffrey Mills: 458.htm; 2120.htm; 3674.htm; 601.htm; 603.htm; 1793.htm; 607.htm; 604.htm** | **Previously made available to counsel** | | **FRE 401** |
| 110 | 128 | | Grand Casino Records for Michael O'Grady, Jeffrey Mills, and Roderic Boling | DOJ000287-317 | | NONE |
| 111 | 129 | | Printout of Call Log from Michael O'Grady Trio Cell Phone | From Discovery CD # 30 | | NONE |
| 112 | | | REMOVED | | | |
| 113 | | | REMOVED | | | |
| **114** | **132** | | **Oppenheimer Brokerage Account Letters to Michael O'Grady for Non-Recommended Transactions** | **HO10015-011-SEC018850-52; H1O10015-006-SEC009076** | | **FRE 401** |
| 115 | 133 | | Confirmations for Mike O'Grady Purchases and Sales of Stock in Oppenheimer Account | HO10015-011-SEC018986 | | NONE |
| 116 | 134 | | Order Ticket Information for Michael O'Grady Oppenheimer Stock Purchases | HO10015-006-SEC008989-8992 | | NONE |
| 117 | | | REMOVED | | | |
| 118 | 136 | | Wire Transfer Records for Jovest Brokerage Account at Sunstate Equity Trading, Inc. | HO10015-008-SEC014550-551 | | NONE |
| 119 | 137 | | Account Opening Documents and Wire Instructions Documents for Sunstate Futures' brokerage account at Sunstate Equity Tradings, Inc. | SE000287-302 | | NONE |
| 120 | 138 | | Wire Transfer Documents for Progressive Media brokerage account at Sunstate Equity Trading Inc. | SW1-SSE000698-701 | | NONE |
| 121 | 139 | | Account Statements for Progressive Media Group, Inc. brokerage account at Sunstate Equity Trading, Inc. | Discovery CD # 30 | | NONE |
| 122 | 140 | | Transfer Agent Records for FGWC Stock | XC00003-44 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 123 | 141 | | Account Opening Documents for Robert Esposito's Brokerage Account at Sunstate Equity, Inc. | SEC000379-397 | | NONE |
| 124 | 142 | | Account Statements for Robert Esposito's Brokerage Account at Sunstate Equity, Inc. | From Discovery Disk # 20: Esposito, Robert, July2004.pdf, Aug2004.pdf | | NONE |
| 125 | 143 | | Account Opening Documents for Terrence Byrne brokerage account at Sunstate Equity Trading, Inc. | SSE00410-432 | | NONE |
| 126 | 145 | | Food Innovations, Inc., Company Overview | DOJ000099-109 | | NONE |
| 127 | 149 | | Oppenheimer Account Statements for Michael O'Grady and Jill O'Grady 2004 | HO10015-006-SEC009021-035, SEC000237-240, HO10015-006-SEC009039-74 | | NONE |
| 128 | 150 | | Letter from Direct TV to Mark Harmon dated July 30, 2004 | Previously made available to counsel | | To be removed- pending signed stiuplation |
| **129** | **151** | | **Search Warrant Recovery Roderic and Anna Boling's Home--Letter to Roderic Boling** | **SW-BOL000313** | | **FRE 401/ 403** |
| 130 | 152 | | Search Warrant Recovery Anna and Roderic Boling Home--Notes by Anna Boling | SW-BOL002719 | | NONE |
| **131** | **153** | | **Search Warrant Recovery Roderic and Anna Boling's Home--DS3 Lease Agreement** | **SW-BOL002856-61** | | **FRE 403** |
| 132 | 154 | | Search Warrant Recovery--Roderic and Anna Boling's Home--Note from Anna Boling | SW-BOL002718 | | NONE |
| 133 | 155 | | Trading Account Record for Ralph Chianelli 8/2004 | CD#55 | | NONE |
| 134 | 156 | | Trading Account Records for Norma Lindsey 8/2004 | CD#55 | | NONE |
| 135 | 157 | | Trading Account Records for Diana Steuterman 8/2004 and 9/2006 | CD#55 | | NONE |
| 136 | 158 | | Account Trading Records for Judith Bosch 8/2004 | CD#55 | | NONE |
| 137 | 159 | | Trading Account Records for Teresa Gibbons 8/2004 | CD#55 | | NONE |
| 138 | 160 | | Trading Records for George Iaizzi 8/2004 | CD#55 | | NONE |
| 139 | 161 | | Trading Records for Larry Prejean 8/2004 | CD#55 | | NONE |
| 140 | 162 | | Trading Records for Cliff Hedrick 8/2004 | CD#55 | | NONE |
| 141 | 163 | | Trading Records for Hershel Kilpatrick 8/2004 | CD#55 | | NONE |
| 142 | 164 | | Photos of Phone, Answering Machine and home of Hershel and Velma Kilpatrick | CD#55 | | NONE |
| **143** | **165** | | **Photos of Hershel and Velma Kilpatrick** | **CD#55** | | **FRE 401** |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 144 | 166 | | Trading Records for Connia Fatina 8/2004 | CD#55 | | NONE |
| **145** | **167** | | **News Stories re Phone Promotion 8/2004** | **NEWS00010-11; 14-15; 18-22; 24-35; 39-40; 47-51; 54-59; 63-67; 74-75** | | **FRE 401/ 403** |
| 146 | 168 | | Search Warrant Recovery--Roderic Boling Telephone--Recent Calls and Cellular Telephone Data | SW-BOL002830 | | NONE |
| 147 | 169 | | Search Warrant Recovery Photos of Boling Residence off loose CD-ROM | Previously made available to counsel | | NONE |
| 148 | 170 | | Search Warrant Recovery Roderic Boling Computer: Internet webpage "PWRM" - 455.htm | Previously made available to counsel | | NONE |
| 149 | 171 | | Email from joesettecase@yahoo.com to support@telephonyleasing.com dated 8/5/2004, subject:  DO NOT RUN DISH UNTIL FURTHER NOTICE. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email notification is contained on Discovery Disk #21. | | NONE |
| 150 | 172 | | Email from joesettecase@yahoo.com to support@telephonyleasing.com dated 8/5/2004, subject:  NO TRAVEL DIALING TODAY EITHER. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email notification is contained on Discovery Disk #21. | | NONE |
| 151 | 173 | | Email from Susan@telephonbroadcast.com to support@telephonebroadcast.com dated 7/29/2004, Subject: Additional RB Numbers. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email notification is contained on Discovery Disk #21. | | NONE |
| 152 | | | REMOVED | | | |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 153 | 175 | | Email from support@telephonyleasing.com to support@telephonyleasing.com dated August 1, 2004, with attachment roddy_hush_0801[4].rtf | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email notification is contained on Discovery Disk #21. | | FRE 802 (EMAIL BUSINESS RECORD) |
| 154 | 176 | | Email from suppor4t@telephonyleasing.com reply to support@telephonyleasing.com dated August 2, 2004, Subject: comet setup 08/02. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | FRE 802 (EMAIL BUSINESS RECORD) |
| 155 | | | REMOVED | | | |
| 156 | 178 | | Email from Kathryn@telephonebroadcast.com to support@telephonyleasing.com dated July 29, 2004, Subject: comet setup 07/29 rev_02. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | FRE 802 (EMAIL BUSINESS RECORD) |
| 157 | | | REMOVED | | | |
| 158 | 180 | | Emails between theman@directactivation.com to support@telephonyleasing.com, Subjects: Please, or area codes. | Emails obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of these emails are contained on Discovery Disk #21. | | NONE |
| 159 | 181 | | Email from support4@telephonyleasing.com to joe@directactivation.com, support@telephonyleasing.com, dated 7/13/2004, Subject: RODDY HAD EMAILED SOME NEW AREAS AND WAS LOOKIN FOR A REPORT OF HOW MANY LEADS YOU HAD IN THESE AREAS AND HOW MANY YOU COULD OBTAIN? | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC. The content of this email is contained on Discovery Disk #21. | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 160 | 182 | | Email from neworder@telephonebroadcast.com to neworder@telephonebroadcast.com, dated July 25, 2004, Subject: A New Order Was Placed by Roddy Boling. | Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21. | | NONE |
| 161 | | | REMOVED | | | |
| 162 | 184 | | **Email from support4@telephonyleasing.com to support@telephonyleasing.com, dated July 30, 2004, Subject: comet setup 07/30 rev01.** | **Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21.** | | **FRE 802 (EMAIL BUSINESS RECORD)** |
| 163 | 185 | | **Email from Kathryn@telephonebroadcast.com to support@telephonyleasing.com, dated August 1, 2004, Subject: comet setup 08/01 rev_04.** | **Email obtained from the CD-ROM bates labeled 2-TBC-00256 produced by TBC.  The content of this email is contained on Discovery Disk #21.** | | **FRE 802 (EMAIL BUSINESS RECORD)** |
| 164 | | | REMOVED | | | |
| 165 | 187 | | Stock Certificates issue in name of Capital Group International LLP--Western Series | PEN000111, 113, 114 | | NONE |
| 166 | 188 | | OTC Digest Newsletter about PWRM | DOJ000214-218 | | NONE |
| 167 | 189 | | Account Statements for Capital Group International Western Series (Devin Bosch) brokerage account at Sunstate Equity, 42020131 07-04.pdf, 08-04.pdf, 11-04.pdf, 12-04.pdf | from Discovery CD # 19 | | NONE |
| 168 | 190 | | Instructions of Devin Bosch to Sunstate Equity Trading, Inc. | SSE00285, 286, 267, 265 | | NONE |
| 169 | 191 | | Account Opening Documents for Progressive Media Group brokerage account at Sunstate Equity Trading | SW1-SSE001320-1341 | | NONE |
| 170 | 192 | | Account Statements for Progressive Media brokerage account at Sunstate Equity Trading | COH00050-57 | | NONE |
| 171 | 193 | | Instructions by Bryce Boucher to DTC MAUG Shares to Bayhill Partner's Account | PEN000107-110 | | NONE |
| 172 | | | REMOVED | | | |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 173 | 197 | | Account Statements for Coast Market Research brokerage account at Sunstate Equity Trading, Inc. | from discovery disc # 30, 11768595 8-2004.pdf; 42021758 8-2004.pdf, 7-2004.pdf, Journal for account 42021782 to 42021758.Tif | | NONE |
| 174 | 199 | | Instructions of Grant Miller to Sunstate Equity Trading, Inc. to journal 250,000 shares of IVFH to Direct Results of Sweetwater | SEC000454, HO10015-001-SEC001472 | | NONE |
| 175 | | | REMOVED | | | |
| 176 | 201 | | Account Statements & Confirmations for Coast Market Research brokerage account at Newbridge Securities | HO10015-001-SEC001521-526, GBM0086-96 | | NONE |
| 177 | 202 | | REMOVED | | | |
| 178 | 203 | | REMOVED | | | |
| 179 | 204 | | IVFH Stock Certificates in name of Equity Media, Ltd. and Letter of Instruction Gerald C. Young, III and IVFH Stock Certificate for Coast Market Research | GBM0059-60, GBM0018-31 | | NONE |
| 180 | 205 | | Plea Agreement, Information and Statement of Offense from Michael O'Grady | CD# 55 | | NONE |
| 181 | 206 | | Email between Angeline Cook and Grant Miller | DOJ000207-209, IVFH000056, IVFH0000112, DOJ000097-98 | | NONE |
| 182 | 211 | | Articles of Organization for Direct Results of Sweetwater LLC | DOJ000272-274 | | NONE |
| 183 | 213 | | Account Opening Documents for Direct Results of Sweetwater brokerage account at Sunstate Equity Trading, Inc. | PEN000003-15 | | NONE |
| 184 | 214 | | Trade Confirmations for Direct Results of Sweetwater brokerage account at Sunstate Equity Trading, Inc. | PEN000016-17 | | NONE |
| 185 | 215 | | Brokerage Account Statements at Sunstate Equity Trading, Inc. for Direct Results of Sweetwater, LLC | provided by Penson Financial Services and taken from Discovery Disk 18, 42021758 08-04.pdf | | NONE |
| 186 | 216 | | Wire transfer documents for Direct Results account at Sunstate Equity Trading, Inc. | PEN000018-20 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 187 | 217 | | Deposit Slips for the Deposit of 2 Bayhill Partners Checks into Direct Results Suntrust Bank Account | HO10015-010-SEC017642 | | NONE |
| 188 | 218 | | Account Statements for South Shore Harbor LLP Bank Account at Southtrust Bank | SEC1726-1762 | | NONE |
| 189 | 219 | | Documents Concerning Deposit of PWRM Shares into brokerage account of South Shore Harbor Group LP LLLP | SW1SSE001601-1617 | | NONE |
| 190 | 220 | | Account Opening Documents for South Shore Harbor Group LP LLP brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE001576-1600 | | NONE |
| 191 | 221 | | Account Opening Documents for South Shore Harbor LLP at South Trust Bank | SEC001718-1725 | | NONE |
| 192 | 222 | | Account opening documents "Old Paperwork" for Trendline brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE001866-1874 | | NONE |
| 193 | 223 | | Account Statements for Trendline Inc. brokerage account at Sunstate Equity Trading, Inc. | Discovery CD # 30 | | NONE |
| **194** | **224** | | **Documents concerning loan for Trendline, Inc. to Direct Results of Sweetwater LLC** | **HO10015-005SEC007236-37, SEC007695** | | **FRE 401** |
| 195 | 225 | | Account Statements for Trendline Inc. bank account at Bank of America | HO10015-010-SEC017410-415 | | NONE |
| 196 | 226 | | Account Statements & Wire Transfer Records for Arborcrest Assets bank account at Moody National Bank | SEC001672-1717 | | NONE |
| 197 | 227 | | Account Opening Documents for Arborcrest Assets LP LLP Bank Account at Moody National Bank | SEC001574-1634 | | NONE |
| 198 | 228 | | Correspondence from Arborcrest Assets concerning sale or transfer PWRM Stock to Trendline, Inc. | SW1-SSE000625-633 | | NONE |
| 199 | 229 | | Correspondence relating to deposit of PWRM Stock into Arborcrest Assets Brokerage account at Sunstate Equity Trading, Inc., PWRM Stock Certificates included in exhibit | SW1-SSE000606-624 | | NONE |
| 200 | 230 | | Account Opening Documents for Arborcrest Assets LP LLLP brokerage account at Sunstate Equity Trading, Inc. | SW1-SSE000577-605 | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 201 | 231 | | Toll Records for Cellphone Number (407) 491-8093 with incoming call data | From Discovery Disk #22 Reseller Print of Calls to 4074918093.pdf and HO10015-006-SEC0019809-9811 | | NONE |
| 202 | 232 | | Roderic and Anna Boling Phone Bills | from Discovery Disk #30 4076822921 aug.tif, july.tif, nov.tif, oct.tif, sep.tif | | NONE |
| 203 | 233 | | Subscriber Records and Toll Records for Cellular Number 386-216-8059 | from DOJ Discovery Disk # 30 | | **FRE 401/ 403** |
| 204 | 234 | | Toll Records for Devin Bosch Cellphone (858) 774-6489 | discovery disk # 22 Report 7.5_68270.pdf | | NONE |
| 205 | 235 | | Toll Records for Cellphone Number (407) 399-9810 | from discovery disk # 22 File 57693 SubActivity & LTD.pdf | | NONE |
| **206** | **236** | | **Ruddy Hush.rtf** | **from discovery disk 21** | | **FRE 401/ 403** |
| 207 | | | REMOVED | | | |
| 208 | 238 | | Gunn Allen Account Statements for Bartholomew Int'l Investments, attention OCK-119349 for June-Sep. 2004 | taken from PDF files on discovery disk # 16 BII Ltd. Statements.pdf | | NONE |
| 209 | 240 | | Toll Records for Bayhill Partners | SEC00543-802 | | NONE |
| 210 | | | REMOVED | | | |
| 211 | 243 | | Account Statements for South Shore Harbor LP LLP brokerage account at Sunstate Equity Trading | Discovery Disk # 30 Aug2004.pdf, September 2004 | | NONE |
| 212 | 244 | | Account Statements for Arborcrest Assets LP LLLP brokerage account at Sunstate Equity Trading, Inc. | Discovery Disk # 20 10272004\ArborcrestAssets\Jul2004.pdf, Aug2004.pdf, Sep.2004.pdf | | NONE |
| 213 | 245 | | Account Opening Documents and Wire Transfer Documents for Direct Results bank account | HO10015-010-SEC017650-58 | | NONE |
| 214 | 246 | | Account Statements for Direct Results' Suntrust Bank Account | HO10015-010-SEC017608-610 | | NONE |
| 215 | 247 | | Checks and deposit items for Direct Results Suntrust Bank Account | HO10015-010-17627-633; 642-647 | | NONE |
| 216 | 248 | | REMOVED | | | |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 217 | 249 | | Freerealtime.com Website Information (subscription) http://quotes.freerealtime.com/dl/frt/X | CD #55 | | To be removed- pending signed stiuplation |
| 218 | 250 | | Search Warrant recovery from Roderic Bolings' computer: internet webpage snapshot Freerealtime.com installation- 8/2/2004 | Previously made available to counsel | | To be removed- pending signed stiuplation |
| 219 | 252 | | Wire Transfer Instructions and related documents for Arborcrest Assets brokerage account at Sunstate Equity Trading, Inc. | HO10015-005-SEC008357-363, 1497-1498; SW1-SSE000636-639, 641-645; HO10015-005-SEC000636-639, 641-643, 645 | | NONE |
| 220 | 254 | | Account Statements for Bayhill Partners account number 42021832 at Sunstate Equity Trading, Inc. | from discovery disk # 19, 42021832 07-04.pdf, 08-04.pdf, 09-04.pdf, 10-04.pdf, 11-04.pdf, 12-04.pdf; SE000197-200 | | NONE |
| 221 | 257 | | Letter to Cottonwood Stock Transfer from Jack Sherman dated 5/17/2004 | PWRM000466 | | NONE |
| 222 | 258 | | Wire Transfer document for Trendline, Inc. | SW1-SSE001761-1762 | | NONE |
| 223 | 259 | | REMOVED | | | |
| 224 | 260 | | Account Opening Documents for Trendline, Inc. ("New Paperwork") brokerage account at Sunstate Equity, Inc. | SW1-SSE001875-79  SW1-SSE001759-60 | | NONE |
| 225 | 261 | | Wire transfer documents related to Trendline, Inc. Bank of America account | HO10015-010-SEC17494-17497 | | NONE |
| 226 | 262 | | Account Opening Documents for Trendline, Inc. bank account at Bank of America | HO10015-010-SEC017498-503 | | NONE |
| 227 | 263 | | Wire Transfer Instruction for South Shore Harbor brokerage account at Sunstate Equity Trading, Inc. | HO10015-005-SSE008352-8356, SW1-SSE001618-1624 | | NONE |
| **228** | **267** | | **Account Trading statements for Dr. James Ray** | CD # 55 | | **FRE 401** |
| 229 | 268 | | Account trading statements for Kimsey Pitts | CD # 55 | | NONE |
| 230 | 269 | | REMOVED | | | |
| **231** | **270** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for IVFH- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **232** | **271** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for PWRM- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| **233** | **272** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for FGWC- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **234** | **273** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for DNNI- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **235** | **274** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for MAUG- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **236** | **275** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for AMUT- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **237** | **276** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for TWTN- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| 238 | 277 | | REMOVED | | | |
| 239 | 278 | | REMOVED | | | |
| **240** | **279** | | **2003 -04 Audit Trail Reports Reflecting Price/Volume Data for TIWI- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **241** | **280** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for SGNJ- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **242** | **281** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for SMSI- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| **243** | **282** | | **2004 Audit Trail Reports Reflecting Price/Volume Data for WLSF- provided by NASD** | **CD # 56** | | **FRE 401/ 403** |
| 244 | 283 | | Picture of plane- type/model taken by Jeffrey Mills, Roderic Boling, Michael O'Grady and Ron Rambo to Gulfport MI in August 2004 | provided | | NONE |
| 245 | 284 | | Map of Southeast United States | CD# 57 | | NONE |
| 246 | 285 | | Photograph of Grand Casino-Gulfport | CD# 57 | | NONE |
| 247 | 286 | | Mapquest directions between 203 Tranquility Cove and 210 Smokerise Blvd | CD# 57 | | NONE |
| 248 | | | Devin Bosch Account Trading Records | AMT00009-12 | | NONE |
| 249 | | | Raymond Burghard Plea Agreement and Statement of Offense | Provided in Giglio production | | **FRE 401/ 403** |
| 250 | | | Summary Chart-Direct Activation Business | | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 251 | | | Summary Chart-Timeline "Roderic Boling Knowledge of MAUG Voicemails" | | | NONE |
| 252 | | | Summary Chart- Timeline- "Roderic Boling Knowledge of PWRM Voicemails" | | | NONE |
| 253 | | | Summary Charts - Timelines of phone calls between Co-promoters | | | RESERVED- Defendant's requested more time to discuss |
| **254** | | | **Summary Chart- Telephone Calls Between Jeffrey Mills and Devin Bosch** | | | **NONE- Except object to mention of SEC Investor alert (FRE 401/ 403)** |
| **255** | | | **Summary Chart- Telephone Calls Between James Kelly and Devin Bosch** | | | **NONE- Except object to mention of SEC Investor alert (FRE 401/ 403)** |
| 256 | | | Summary Chart- Telephone Calls Between Jeffrey Mills and Ray Burghard | | | NONE |
| **257** | | | **Summary Chart- Telephone Calls Between Devin Bosch, Jeffrey Mills, James Kelly, and Sunstate Equity Trading** | | | **NONE- Except object to mention of SEC Investor alert (FRE 401/ 403)** |
| 258 | | | Summary Chart- Telephone Calls Between Michael O'Grady and Roderic Boling | | | NONE |
| **259** | | | **Summary Chart- Telephone Calls Between Jeffrey Mills and Roderic Boling** | | | **NONE- Except object to mention of SEC Investor alert (FRE 401/ 403)** |
| 260 | | | Summary Chart- Voicemail Drops by Anna Boling by Day | | | NONE |
| 261 | | | Summary Chart- Stock Voicemail Drops by Anna Boling | | | RESERVED |
| 262 | | | Summary Chart- Nomrah Records-Direct Activation | | | NONE |
| 263 | | | Summary Chart- Grand Casino Trip Itinerary | | | NONE |
| 264 | | | Summary Chart- How Voicemails are Distributed from the Boling Home to the Public | | | NONE |
| **265** | | | **Summary Chart- Mills Receipt of IVFH and Sale of Stock** | | | **FRE 401/403** |
| 266 | | | Summary Chart- Michael O'Grady Stock Sales | | | NONE |
| 267 | | | Summary Chart- Michael O'Grady Stock Purchases | | | NONE |

| "New" Temporary Number | old temp number | Final Exhibit Number | Description of Exhibit | Bate Number/Location | comments | Objection/ Issue |
|---|---|---|---|---|---|---|
| 268 | | | Summary Chart- Roderic Boling Debt to TBC | | | NONE |
| **269** | | | **Summary Chart- Proceeds from Selected Co-Promoter Account Stocksales During Voicemail Promotion** | | | **FRE 401 (Object to use of proceeds)** |
| 270 | | | Summary Chart- Boling Credit Card Balances versus Bank Account | | | NONE |
| **271** | | | **Summary Chart- Proceeds from Arbor Crest Asset Sales** | | | **FRE 401 (Object to use of proceeds)** |
| **272** | | | **Summary Chart- Proceeds from South Shore Harbor Sales** | | | **FRE 401 (Object to use of proceeds)** |
| **273** | | | **Summary Chart- Proceeds from Trendline Sales** | | | **FRE 401 (Object to use of proceeds)** |
| **274** | | | **Summary Chart- Proceeds of Direct Results' Sales of IVFH (2 charts)** | | | **FRE 401 (Object to use of proceeds)** |
| **275** | | | **Summary Chart- Proceeds from Bryce Boucher Sales of MAUG** | | | **FRE 401 (Object to use of proceeds)** |
| **276** | | | **Summary Chart- Transfer of IVFH Stock Sales to Sun State Futures (Jim Kelly)** | | | **FRE 401 (Object to use of proceeds)** |
| **277** | | | **Summary Chart- Transfer of Arborcrest Assets and Shout Shore Harbor Proceeds** | | | **FRE 401 (Object to use of proceeds)** |
| 278 | | | Summary Chart- Jeffrey Mills' deposit of Bayhill Partners' Checks issued from Proceeds of MAUG stock | | | NONE |
| 279 | | | Summary Chart- Summary of IVFH Losses in Devin Bosch's Ameritrade Account | | | NONE |
| **280** | | | **Summary Chart- Proceeds from Terence Byrne's sales (2 charts)** | | | **FRE 401 (Object to use of proceeds)** |
| **281** | | | **Summary Chart- Proceeds from Progressive Media Group's Sales of IVFH Stock from August 9 through August 13** | | | **FRE 401 (Object to use of proceeds)** |
| **282** | | | **Summary Chart-Proceeds from Jovest Consulting Corp.'s Sales** | | | **FRE 401 (Object to use of proceeds)** |
| 283 | | | Consulting Agreement between Old Monarch Media Group and New Progressive | DOJ000130-133 | | NONE |