UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
UNITED STATES                 )
                              )
      v.                      )    Crim. No.  06-228 (ESH)
                              )
JEFFREY S. MILLS,             )
                              )
      Defendant.              )
_____)
```

## VERDICT FORM FOR JEFFREY S. MILLS

We the Jury have reached a unanimous and true verdict for the following charges for the Defendant Jeffrey Mills and indicate our decision with an [X]:

**COUNT ONE-CONSPIRACY**

(A) How do you find the defendant Jeffrey S. Mills, as to Count One of the Indictment, Conspiracy to Commit Securities Fraud?

   _____        _____
   Not Guilty        Guilty

(B) How do you find the defendant Jeffrey S. Mills, as to Count One of the Indictment, Conspiracy to Commit Wire Fraud?

   _____        _____
   Not Guilty        Guilty

**COUNT TWO-SECURITIES FRAUD**

(A) How do you find the defendant Jeffrey S. Mills, as to Count Two of the Indictment, Securities Fraud?

   _____        _____
   Not Guilty        Guilty

**COUNT THREE-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Three of the Indictment, Wire Fraud?

                  _____     \_\_\_\_\_
                  Not Guilty       Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Three of the Indictment on the lessor-included Count of Attempted Wire Fraud?

                  _____     \_\_\_\_\_
                  Not Guilty       Guilty

**COUNT FOUR-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Four of the Indictment, Wire Fraud?

                  _____     \_\_\_\_\_
                  Not Guilty       Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Four of the Indictment on the lessor-included Count of Attempted Wire Fraud?

                  _____     \_\_\_\_\_
                  Not Guilty       Guilty

**COUNT FIVE-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Five of the Indictment, Wire Fraud?

              _____     _____
              Not Guilty     Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Five of the Indictment on the lessor-included Count of Attempted Wire Fraud?

              _____     _____
              Not Guilty     Guilty

**COUNT SIX-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Six of the Indictment, Wire Fraud?

              _____     _____
              Not Guilty     Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Six of the Indictment on the lessor-included Count of Attempted Wire Fraud?

              _____     _____
              Not Guilty     Guilty

**COUNT SEVEN-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Seven of the Indictment, Wire Fraud?

              _____     _____
              Not Guilty     Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire

Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Seven of the Indictment on the lessor-included Count of Attempted Wire Fraud?

        _____    _____
        Not Guilty    Guilty

## COUNT EIGHT-WIRE FRAUD

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Eight of the Indictment, Wire Fraud?

        _____    _____
        Not Guilty    Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Eight of the Indictment on the lessor-included Count of Attempted Wire Fraud?

        _____    _____
        Not Guilty    Guilty

**COUNT NINE-WIRE FRAUD**

    (A)    How do you find the defendant Jeffrey S. Mills, as to Count Nine of the Indictment, Wire Fraud?

            _____    _____
            Not Guilty     Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Jeffrey S. Mills, as to Count Nine of the Indictment on the lessor-included Count of Attempted Wire Fraud?

            _____    _____
            Not Guilty     Guilty

_____
Foreperson