# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
UNITED STATES                 )
                              )
    v.                        )    Crim. No.  06-228 (ESH)
                              )
RODERIC L. BOLING,            )
                              )
        Defendant.            )
_____)
```

## VERDICT FORM FOR RODERIC L. BOLING

We the Jury have reached a unanimous and true verdict for the following charges for the Defendant Roderic L. Boling and indicate our decision with an [X]:

**COUNT ONE-CONSPIRACY**

    (A)    How do you find the defendant Roderic L. Boling, as to Count One of the Indictment, Conspiracy to Commit Securities Fraud?

                _____      _____
                 Not Guilty      Guilty

    (B)    How do you find the defendant Roderic L. Boling, as to Count One of the Indictment, Conspiracy to Commit Wire Fraud?

                _____      _____
                 Not Guilty      Guilty

**COUNT TWO-SECURITIES FRAUD**

    (A)    How do you find the defendant Roderic L. Boling, as to Count Two of the Indictment, Securities Fraud?

                _____      _____
                 Not Guilty      Guilty

**COUNT THREE-WIRE FRAUD**

 (A) How do you find the defendant Roderic L. Boling, as to Count Three of the Indictment, Wire Fraud?

   _____  _____
   Not Guilty   Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

 (B) How do you find the defendant Roderic L. Boling, as to Count Three of the Indictment on the lessor-included Count of Attempted Wire Fraud?

   _____  _____
   Not Guilty   Guilty

**COUNT FOUR-WIRE FRAUD**

 (A) How do you find the defendant Roderic L. Boling, as to Count Four of the Indictment, Wire Fraud?

   _____  _____
   Not Guilty   Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

 (B) How do you find the defendant Roderic L. Boling, as to Count Four of the Indictment on the lessor-included Count of Attempted Wire Fraud?

   _____  _____
   Not Guilty   Guilty

**COUNT FIVE-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Five of the Indictment, Wire Fraud?

_____        _____
Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B) How do you find the defendant Roderic L. Boling, as to Count Five of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____        _____
Not Guilty        Guilty

**COUNT SIX-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Six of the Indictment, Wire Fraud?

_____        _____
Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B) How do you find the defendant Roderic L. Boling, as to Count Six of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____        _____
Not Guilty        Guilty

**COUNT SEVEN-WIRE FRAUD**

(A) How do you find the defendant Roderic L. Boling, as to Count Seven of the Indictment, Wire Fraud?

_____        _____
Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire

Fraud. If your verdict above is Not Guilty, then reach the following verdict:

>   (B)   How do you find the defendant Roderic L. Boling, as to Count Seven of the Indictment on the lessor-included Count of Attempted Wire Fraud?
>
>   _____        _____
>   Not Guilty          Guilty

**<u>COUNT EIGHT-WIRE FRAUD</u>**

>   (A)   How do you find the defendant Roderic L. Boling, as to Count Eight of the Indictment, Wire Fraud?
>
>   _____        _____
>   Not Guilty          Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

>   (B)   How do you find the defendant Roderic L. Boling, as to Count Eight of the Indictment on the lessor-included Count of Attempted Wire Fraud?
>
>   _____        _____
>   Not Guilty          Guilty

**COUNT NINE-WIRE FRAUD**

 (A) How do you find the defendant Roderic L. Boling, as to Count Nine of the Indictment, Wire Fraud?

   _____  _____
   Not Guilty   Guilty

 If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

 (B) How do you find the defendant Roderic L. Boling, as to Count Nine of the Indictment on the lessor-included Count of Attempted Wire Fraud?

   _____  _____
   Not Guilty   Guilty

            _____
            Foreperson