# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**_____**

| | |
|---|---|
| ) | |
| **UNITED STATES** ) | |
| ) | |
| **v.** ) | **Crim. No. 06-228 (ESH)** |
| ) | |
| **ANNA BOLING,** ) | |
| ) | |
| **Defendant.** ) | |

**_____ )**

## VERDICT FORM FOR ANNA BOLING

We the Jury have reached a unanimous and true verdict for the following charges for the Defendant Anna Boling and indicate our decision with an [X]:

## COUNT ONE-CONSPIRACY

    (A)    How do you find the defendant Anna Boling, as to Count One of the Indictment, Conspiracy to Commit Securities Fraud?

        _____      _____
        Not Guilty       Guilty

    (B)    How do you find the defendant Anna Boling, as to Count One of the Indictment, Conspiracy to Commit Wire Fraud?

        _____      _____
        Not Guilty       Guilty

## COUNT TWO-SECURITIES FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Two of the Indictment, Securities Fraud?

        _____      _____
        Not Guilty       Guilty

## COUNT THREE-WIRE FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Three of the Indictment, Wire Fraud?

       _____      _____

       Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Anna Boling, as to Count Three of the Indictment on the lessor-included Count of Attempted Wire Fraud?

       _____      _____

       Not Guilty        Guilty

## COUNT FOUR-WIRE FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Four of the Indictment, Wire Fraud?

       _____      _____

       Not Guilty        Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Anna Boling, as to Count Four of the Indictment on the lessor-included Count of Attempted Wire Fraud?

       _____      _____

       Not Guilty        Guilty

## COUNT FIVE-WIRE FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Five of the Indictment, Wire Fraud?

          _____          _____
          Not Guilty          Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Anna Boling, as to Count Five of the Indictment on the lessor-included Count of Attempted Wire Fraud?

          _____          _____
          Not Guilty          Guilty

## COUNT SIX-WIRE FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Six of the Indictment, Wire Fraud?

          _____          _____
          Not Guilty          Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

    (B)    How do you find the defendant Anna Boling, as to Count Six of the Indictment on the lessor-included Count of Attempted Wire Fraud?

          _____          _____
          Not Guilty          Guilty

## COUNT SEVEN-WIRE FRAUD

    (A)    How do you find the defendant Anna Boling, as to Count Seven of the Indictment, Wire Fraud?

          _____          _____
          Not Guilty          Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire

Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B)     How do you find the defendant Anna Boling, as to Count Seven of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____          _____
Not Guilty          Guilty

## COUNT EIGHT-WIRE FRAUD

(A)     How do you find the defendant Anna Boling, as to Count Eight of the Indictment, Wire Fraud?

_____          _____
Not Guilty          Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud. If your verdict above is Not Guilty, then reach the following verdict:

(B)     How do you find the defendant Anna Boling, as to Count Eight of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____          _____
Not Guilty          Guilty

**<u>COUNT NINE-WIRE FRAUD</u>**

(A)     How do you find the defendant Anna Boling, as to Count Nine of the Indictment, Wire Fraud?

_____          _____
Not Guilty                 Guilty

If your verdict is Guilty, do not consider the lesser-included count of Attempted Wire Fraud.  If your verdict above is Not Guilty, then reach the following verdict:

(B)     How do you find the defendant Anna Boling, as to Count Nine of the Indictment on the lessor-included Count of Attempted Wire Fraud?

_____          _____
Not Guilty                 Guilty

_____
Foreperson