CO-526
(04/06)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES OF AMERICA

Jeffrey S. Mills vs.
_____
**Defendant**

Criminal No. 06-228-1

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
**Defendant**

_____
**Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge Ellen Segal Huvelle**