# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

---

**United States of America,** :
:
                    **Plaintiff,** :
:
:
:
:
                **v.** :
:
**Jeffrey S. Mills, et al.** :   Case No. 1:06CR00228 (ESH)
:
                **Defendants.** :

---

## NOTICE OF APPEARANCE

Clerk of the Court:

COMES NOW Mark David Hunter and enters his appearance as co-counsel for Jeffrey S. Mills in the above-captioned matter.

                                    /s/ Mark David Hunter_____
                                    Mark David Hunter, Esq.
                                    Bar No. 974569
                                    Leser, Hunter, Taubman & Taubman, PLLC
                                    Atrium Financial Center
                                    1515 North Federal Highway, Suite 300
                                    Boca Raton, Florida 33432
                                    (561) 394-8886 (Telephone)
                                    (561) 392-9901 (Facsimile)
                                    E-Mail: mdhunter@lhttlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 9th day of July 2007, a copy of the foregoing Notice of Appearance was served electronically upon:

> Jonathan Barr
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, DC 20530
>
> Robert O. Switzer
> 111 Soledad Street
> Suite 1200
> San Antonio, TX 78205
>
> Thomas Abbenante
> 1919 Pennsylvania Avenue, NW
> Suite 200
> Washington, DC 20006
>
> Leslie McAdoo
> 11140 19th Street, NW
> Suite 602
> Washington, DC 20036

/s/ Mark David Hunter
Mark David Hunter