# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

-------------------------------------------------------------------
**United States of America,**              :
                                           :
                **Plaintiff,**     :
                                           :
                                           :
                                           :
        **v.**                            :
                                           :
**Jeffrey S. Mills, et al.**               :    Case No. 1:06CR00228 (ESH)
                                           :
                **Defendants.**   :
-------------------------------------------------------------------

## NOTICE OF WITHDRAWAL

Clerk of the Court:

    COMES NOW Mark David Hunter and withdraws as co-counsel for Jeffrey S. Mills in the above-captioned matter.

    /s/ Mark David Hunter_____
    Mark David Hunter, Esq.
    Bar No. 974569
    Leser, Hunter, Taubman & Taubman, PLLC
    Atrium Financial Center
    1515 North Federal Highway, Suite 300
    Boca Raton, Florida 33432
    (561) 394-8886 (Telephone)
    (561) 392-9901 (Facsimile)
    E-Mail: mdhunter@lhttlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of July 2007, a copy of the foregoing Notice of Withdrawal was served electronically upon:

>Jonathan Barr
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20530
>
>Robert O. Switzer
>111 Soledad Street
>Suite 1200
>San Antonio, TX 78205
>
>Thomas Abbenante
>1919 Pennsylvania Avenue, NW
>Suite 200
>Washington, DC 20006
>
>Leslie McAdoo
>11140 19th Street, NW
>Suite 602
>Washington, DC 20036

/s/ Mark David Hunter_____
Mark David Hunter