UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| **Defendants.** | : | |

## JOINT MOTION TO CONTINUE STATUS DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this Joint Motion to Continue the Status Date for defendants Jeffrey Mills, Roderic Boling, and Anna Boling. Specifically, the Government and defendants request that the Court reschedule the status hearing presently set for February 9, 2008 for at least one hundred and twenty (120) days from this date. Government counsel has contacted counsel for each of the defendants, and they all join in this request.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney
                                                  for the District of Columbia

By:      _____/s /_____
            TEJPAL S. CHAWLA
            D.C. Bar No. 464012
            Assistant U.S. Attorneys
            555 4th Street, N.W.
            Washington, D.C.  20530
            (202) 353-2442 (Chawla)