**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Criminal No. 06-228 (ESH) |
| | : |
| v. | : |
| | : |
| **JEFFREY S. MILLS** | : |
| **RODERIC L. BOLING; AND** | : |
| **ANNA BOLING,** | : |
| | : |
| **Defendants.** | : |

## ORDER

After having considered the Joint Motion to Continue Status Date, and the entire record in this matter, it is hereby ORDERED that the joint motion is GRANTED and that the status date set for all defendants should be re-set until _____ ___, 2008.

**SO ORDERED** this _____ day of _____, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
   AUSA Tejpal Chawla
   Thomas Abbenante, Esq.
   Robert O. Swtizer, Esq.
   Leslie McAdoo, Esq.