**FILED**

FEB 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Criminal No. 06-228 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| Defendants. | : | |

## ORDER

After having considered the Joint Motion to Continue Status Date, and the entire record

in this matter, it is hereby ORDERED that the joint motion is GRANTED and that the status date

set for all defendants should be re-set until _June   13_, 2008. at 9:30 a m

**SO ORDERED** this _4_ day of _February_, 2008.

_Ellen S Huvelle_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
AUSA Tejpal Chawla
Thomas Abbenante, Esq.
Robert O. Swtizer, Esq.
Leslie McAdoo, Esq.

2