UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | JUN 0 9 2008 |
| ANNA BOLING, | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendants. | : | U.S. DISTRICT COURT |

### ORDER

After having considered the Government's Unopposed Motion to Continue Status Date, and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED and that the status date set for all defendants should be re-set until Sept. 19 ___, 2008. at 10:00 am

SO ORDERED this 9 day of June , 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
AUSA Tejpal Chawla
Thomas Abbenante, Esq.
Robert O. Swtizer, Esq.
Leslie McAdoo, Esq.

2